**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No.: 1:19-cr-10040-JDB |
| | ) | |
| | ) | 21 U.S.C. § 846 |
| vs. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 861(f) |
| | ) | 21 U.S.C. § 856(a)(1) |
| | ) | 18 U.S.C. § 2 |
| **JEFFREY W. YOUNG, JR.** | ) | |
| **ALEXANDER ALPEROVICH, M.D., and** | ) | |
| **ANDREW RUDIN, M.D.** | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendants. | ) | |

**ORDER SEALING INDICTMENT**

Upon motion of the United States and for good cause shown, the indictment against the above-named defendant is hereby ordered sealed until the defendant is in custody or further order of the Court.

This, the 15th day of April, 2019.

                                                   s/J. Daniel Breen
                                                   **J. DANIEL BREEN
                                                   UNITED STATES DISTRICT JUDGE**