# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | **Cr. No.:** 1:19-cr-10040-JDB |
| ) | |
| ) | 21 U.S.C. § 846 |
| vs. ) | 21 U.S.C. § 841(a)(1) |
| ) | 21 U.S.C. § 861(f) |
| ) | 21 U.S.C. § 856(a)(1) |
| ) | 18 U.S.C. § 2 |
| **JEFFREY W. YOUNG, JR.** ) | |
| **ALEXANDER ALPEROVICH, M.D., and** ) | |
| **ANDREW RUDIN, M.D.** ) | **FILED UNDER SEAL** |
| ) | |
| **Defendants.** ) | |

## NOTICE OF PENALTIES

### COUNT ONE
### Conspiracy to Distribute and Dispense Controlled Substances
### (21 U.S.C. § 846)

[A term of imprisonment for not more than twenty years, a fine of up to $1,000,000, or both, and at least three years supervised release, and a mandatory special assessment of $100, see 18 U.S.C. § 3013(a).]

### COUNTS TWO THROUGH SEVEN
### Unlawfully Distributing and Dispensing Controlled Substances to a Pregnant Woman and Aiding and Abetting
### (21 U.S.C. §§ 841(a)(1), § 861(f) and 18 U.S.C. § 2)

[For a first offense: a term of imprisonment for twice the maximum punishment otherwise authorized, or 40 years, a fine of up to $1,000,000, and at least twice any term of supervised release, or at least six years supervised release, and a mandatory special assessment of $100, see 18 U.S.C. § 3013(a); except to the extent a greater minimum sentence is otherwise provided, a term of imprisonment under this section shall not be less than one year; in any case of any sentence imposed under this section, imposition or execution of such sentence shall not be suspended and probation shall not be granted; an individual convicted of an offense for which a mandatory minimum term of imprisonment is applicable, shall not be eligible for parole until the individual has served the mandatory term of imprisonment as enhanced in this section.]

[ For any subsequent offenses: any person who violates this section after a prior conviction under this section has become final, a term of imprisonment up to three times the maximum punishment otherwise authorized, or 60 years, a fine of up to $1,000,000, and at least three times any term of supervised release otherwise authorized for a first offense, or 18 years, and a mandatory special assessment of $100, see 18 U.S.C. § 3013(a); except to the extent a greater minimum sentence is otherwise provided, a term of imprisonment under this section shall not be less than one year; in any case of any sentence imposed under this section, imposition or execution of such sentence shall not be suspended and probation shall not be granted; an individual convicted of an offense for which a mandatory minimum term of imprisonment is applicable, shall not be eligible for parole until the individual has served the mandatory term of imprisonment as enhanced in this section.]

## COUNTS EIGHT THROUGH FOURTEEN
**Unlawfully Distributing and Dispensing Controlled Substances and Aiding and Abetting**
**(21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2)**

[A term of imprisonment for not more than twenty years, a fine of up to $1,000,000, or both, and at least three years supervised release, and a mandatory special assessment of $100, see 18 U.S.C. § 3013(a).]

## COUNT FIFTEEN
**Maintaining a Drug-Involved Premises and Aiding and Abetting**
**(21 U.S.C. § 856(a)(1) & 18 U.S.C. § 2)**

[A term of imprisonment for not more than twenty years, a fine of up to $500,000, or both, and at least three years supervised release, and a mandatory special assessment of $100, see 18 U.S.C. § 3013(a).]