UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § v. § § Criminal No. 1:19-cr-10040-JDB § JEFF W. YOUNG JR., § ALEXANDER ALPEROVICH, M.D., § And ANDREW RUDIN, M.D., § § Defendants. § | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its undersigned counsel, hereby files this Notice of Attorney Appearance, designating Jason Ross Knutson, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, an attorney for the United States in this matter.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY


By:      /s/ Jason Ross Knutson
     Jason Ross Knutson
     Trial Attorney
     United States Department of Justice
     Criminal Division, Fraud Section
     1400 New York Ave. NW
     Washington, DC 20005
     (202) 679-1883
     Jason.knutson@usdoj.gov