UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | Criminal No.  1:19-cr-10040-JDB |
| JEFFREY W. YOUNG JR., | § | |
| ALEXANDER ALPEROVICH, M.D., | § | |
| and ANDREW RUDIN, M.D., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its undersigned counsel, hereby files this

Notice of Attorney Appearance, designating Andrew Pennebaker, Trial Attorney, United States

Department of Justice, Criminal Division, Fraud Section, an attorney for the United States in this

matter.


Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY



By:  ____ /s/ Andrew Pennebaker
      Andrew Pennebaker
      Trial Attorney
      United States Department of Justice
      Criminal Division, Fraud Section
      1400 New York Ave. NW
      Washington, DC 20005
      (202) 597-0683
      Andrew.Pennebaker@usdoj.gov