AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
| V. | |
| JEFFREY W. YOUNG, JR. | Case Number: 1:19-cr-10040-JDB-1 |

| PRESIDING JUDGE<br>Jon A. York | PLAINTIFF'S ATTORNEY<br>Jason Knutson | DEFENDANT'S ATTORNEY<br>Clairborne Ferguson |
|---|---|---|
| TRIAL DATE (S)<br>4/18/2019 | COURT REPORTER<br>FTR | COURTROOM DEPUTY<br>A. Shulman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 4/18/2019 | Yes | Yes | State Board of Nursing Agreed Order |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages