AO 442 (Rev. 01/09) Arrest Warrant

31401-076

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
| v. | ) |
|  | ) Case No. 1:19-cr-10040-JDB |
| JEFFREY W. YOUNG, JR. | ) |
| *Defendant* | ) |

## ARREST WARRANT

WEST TENNESSEE
US MARSHALS
APR 16 '19 8:50AM

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JEFFREY W. YOUNG, JR. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) - Unlawful distribution of a controlled substance;
21 U.S.C. § 846 - Conspriacy to distribute and dispense controlled substances;
21 U.S.C. § 856(a)(1) - Maintaining drug-involved premises;
21 U.S.C. § 861(f) - Dispensing controlled substances to a pregnant woman; and
18 U.S.C. § 2 - Aiding and abetting.

Date: 04/15/2019                                   s/ Andrew Shulman
                                                   *Issuing officer's signature*

City and state: JACKSON, TENNESSEE       THOMAS M. GOULD, CLERK U.S. DISTRICT COURT
                                          *Printed name and title*

---

### Return

This warrant was received on *(date)* 4/16/19, and the person was arrested on *(date)* 4/17/19
at *(city and state)* Jackson, TN

Date: 4/17/19
                                                   *Arresting officer's signature*
                                                   John S. Tankersley SA
                                                   *Printed name and title*