**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

---

**UNITED STATES OF AMERICA,**
    **Plaintiff,**
**vs.**                                                   No. 1:19-cr-10040-JDB
**JEFFREY YOUNG,**
    **Defendant.**

---

**NOTICE OF APPEARANCE**

---

Claiborne H. Ferguson, attorney for Jeffrey Young, hereby gives Notice of his Appearance in the above-styled cause of action for the charges now pending. All communication should be directed to the address below.

Respectfully submitted,

/s/ Claiborne H. Ferguson
Claiborne H. Ferguson (BPR 20457)
Attorney for Defendant
294 Washington Avenue
Memphis, TN 38103
(901) 216-0261

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2019, I served a true and correct copy of the foregoing upon the person(s) listed below by the following method(s) of service:

[  ] Depositing it in the U.S. mail, first class postage prepaid and properly addressed;
[  ] Hand delivery;
[  ] Facsimile transmission
[ X ] Electronic Transmission - PACER

Victor Lee Ivy, Esq.
U.S. Attorney's Office

/s/ Claiborne H. Ferguson