UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Eastern Division*
*Office of the Clerk*

**Thomas M. Gould, Clerk**                                                          *Deputy-in-Charge*
**242 Federal Building**                                              *U. S. Courthouse, Room 262*
**167 N. Main Street**                                              *111 South Highland Avenue*
**Memphis, Tennessee 38103**                                      *Jackson, Tennessee  38301*
**(901) 495-1200**                                                                   *(713) 421-9200*

---

### NOTICE OF SETTING
**Before Judge J. Daniel Breen, United States District Judge**

---

April 22, 2019

   **RE:**   **1:19-10040-01-JDB**
       *USA vs. JEFFREY W. YOUNG, JR.*

Dear Sir/Madam:

   A **REPORT DATE** has been **SET** before **Judge J. Daniel Breen** for **WEDNESDAY, MAY 8, 2019** at **9:00 A.M.**  The report date is required by Section IV, paragraph B(4) of the Speedy Trial Plan. The Plan requires defendant and his attorney appear at the above-designated time to give a status report to the Court on the case.  Defendant must be present at the report date unless the Court excuses his appearance <u>and</u> defendant files a written waiver of appearance in advance of the report date.  Attorneys for the Government and the Defense are expected to have furnished and obtained **ALL DISCOVERY** material prior to the report date.

   **Defense counsel is expected to have discussed with defendant the options of change of plea or of going to trial, and should be prepared to advise the Court of defendant's plan in this regard at the report date.**

   **As to defendants on bond, failure to appear as directed will result in a forfeiture of that defendants's appearance bond and issuance of a warrant for his or her arrest.**

   If you have any questions about this matter, please contact the case manager at the telephone number provided below.

                                Sincerely,
                                THOMAS M. GOULD, CLERK

                            BY:    s/ **Evelyn Cheairs**,
                                      Case Manager for Judge J. Daniel Breen
                                      731-421-9207