# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**Vs.**                              **Cr. No.: 1:19-cr-10040-JDB**

**JEFFREY W. YOUNG, Jr.,**
    **Defendant.**

## MOTION TO CONDUCT THE REPORT TELEPHONICALLY

COMES NOW the Defendant, Jeffrey W. Young, Jr., by and through his attorney of record, Claiborne H. Ferguson, and moves this Court to allow the May 8, 2019 report to be conducted telephonically. For cause, counsel would state as follows:

1. It is unlikely that any discovery will have been received prior to the report date.

2. That discovery is expected to be voluminous.

3. That Counsel will need time to process and advise client.

4. Counsel emailed Jason Knutson, AUSA handling this case but has not received a response yet.

5. A proposed Order has been forwarded to the Court regarding this request.

WHEREFORE premise considered, Counsel requests permission to appear telephonically.

**The
CLAIBORNE ✇ FERGUSON
Law Firm, P.A.**
294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
claiborne101@yahoo.com

/s/ Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (20457)
Attorney for Defendant

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via the Court's electronic filing system, this the 23th day of April 2019.

s/Claiborne H. Ferguson
CLAIBORNE H. FERGUSON