IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Cr. No.: 1:19-cr-10040-JDB

JEFFREY W. YOUNG, Jr.,

    Defendant.

**ORDER DENYING MOTION TO CONDUCT THE REPORT TELEPHONICALLY**

    Before the Court is the Motion of Defense Counsel to Conduct the Report Date, presently set for May 8, 2019, by telephone. The Court does not conduct such appearances by telephone and if the parties are not prepared to proceed with the report date at that time, they should jointly or individually move to reset the report date to a later time when it is reasonably expected that an appropriate report can be made as to the status of the case.

    The Defendant's motion is DENIED.

    IT IS SO ORDERED, the 25th day of April, 2019.

                                  **s/ J. DANIEL BREEN**
                                  J. DANIEL BREEN
                                  UNITED STATES DISTRICT JUDGE