**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     No. **1:19-CR-10040-JDB** |
| | ) |
| **JEFFREY W. YOUNG, JR.,** | ) |
| **ALEXANDER ALPEROVICH and** | ) |
| **ANDREW RUDIN,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO WITHDRAW

COMES NOW, the undersigned Assistant United States Attorney, Victor L. Ivy, pursuant to Local Rule 83.5 of the Western District of Tennessee, and files this motion to withdraw as counsel on behalf of the United States of America in this cause, and to be removed from the distribution list.  The United States respectfully requests that it now and continue to be represented by Assistant United States Attorney Jason Knutson as lead counsel in the above-styled cause.

                                                    Respectfully submitted,

                                                    D. MICHAEL DUNAVANT
                                                    United States Attorney

                            By:      s/ Victor L. Ivy_____
                                        VICTOR L. IVY  (BPR #14363)
                                        Assistant United States Attorney
                                        109 South Highland Avenue, Suite 300
                                        Jackson, Tennessee  38301
                                        (731)  422-6220
                                        Vic.Ivy@usdoj.gov

## CERTIFICATE OF SERVICE

I, Victor L. Ivy, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing motion has been sent via electronic mail to all counsel of record, this the 25th day of April, 2019.

                                              By:    s/ Victor L. Ivy_____
                                                          VICTOR L. IVY  (BPR #14363)
                                                          Assistant United States Attorney