IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              No. 1:19-CR-10040-JDB

JEFFREY W. YOUNG, JR.,
ALEXANDER ALPEROVICH and
ANDREW RUDIN,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

    Upon motion of the United States and for good cause shown, it is thereby ORDERED that Victor L. Ivy, Assistant United States Attorney, be withdrawn from this case and the United States will now and continue to be represented by Assistant United States Attorney Jason Knutson as lead counsel.

    IT IS SO ORDERED, the 26th day of April, 2019.

                                                    **s/ J. DANIEL BREEN**
                                                    J. DANIEL BREEN
                                                    UNITED STATES DISTRICT JUDGE