IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Cr. No.: 1:19-cr-10040-JDB |
| | ) |
| vs. | ) |
| | ) |
| JEFFREY W. YOUNG, JR. | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Government's Motion Pursuant to 18 U.S.C. § 3145(a)(1) for Revocation of Magistrate's Release Order and Request for Evidentiary Hearing is hereby _____.

A hearing on this motion is set for _____.

This, the _____ day of May, 2019.

_____
THE HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE