AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cr-10040 |
| Young et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America (add James W. Powell to the notification list).

Date: 05/03/2019

s/James W. Powell
*Attorney's signature*

James W. Powell; BPR # 09614
*Printed name and bar number*

109 South Highland Avenue; Ste. 300
Jackson, Tennessee  38301

*Address*

james.powell@usdoj.gov
*E-mail address*

(731) 422-6220
*Telephone number*

(731) 422-6668
*FAX number*