UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Eastern Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

## NOTICE OF SETTING
**Before Judge J. Daniel Breen, United States District Judge**

May 3, 2019

RE:   1:19-10040-01-JDB
        USA vs. JEFFREY W. YOUNG, JR.

Dear Sir/Madam:

A(n) **MOTION HEARING (re: D. E. 47)** before **Judge J. Daniel Breen** has been **SET** for **THURSDAY, MAY 9, 2019** at **1:30 P.M. in Courtroom 2, 4th floor of the U. S. Courthouse, Jackson, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

> Sincerely,
> THOMAS M. GOULD, CLERK
>
> BY:    s/ **Evelyn Cheairs**
>           Case Manager for Judge J. Daniel Breen
>           731-421-9207