IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

Vs.                                        Cr. No.: 1:19-cr-10040-JDB

**JEFFREY W. YOUNG, Jr.,**
    **Defendant.**

## MOTION TO CONTINUE REHEARING/REPORT DATE

COMES NOW the Defendant, Jeffrey W. Young, Jr., by and through his attorney of record, Claiborne H. Ferguson, and moves this Court to continue the May 9, 2019 report and detention rehearing to next week. For cause, counsel would state as follows:

1. The Government on May 2nd, 2019 filed a motion to rehear the detention decision of the magistrate judge which was heard and decided on April 18, 2019.

2. Counsel was out of town without access to his computer and was able to review it on Friday, May 3rd, 2019.

3. That Counsel effectively has three (3) days to prepare for the hearing which is inadequate concerning the wide ranging allegations contained in the petition and the Government, due to delaying for two weeks to file the request for a rehearing.

4. Necessary witnesses are out of town, and unable to forward affidavits. Specifically, the Government alleges that Mr. Young suffers mental illness that makes him a danger and he will present evidence from his health care provider to

the contrary.  She is unavailable, either to appear or to prepare an affidavit, until after the 10th.

5. It is substantively unfair for the government to be allowed three weeks to prepare when the defendant is only afforded three days.

6. Counsel emailed Drew Pennebaker, AUSA handling this case . He objects.

7. A proposed Order has been forwarded to the Court regarding this request.

WHEREFORE premise considered, Counsel requests this Court to reset the rehearing/report date till the week of May 20, 2019.

The
**CLAIBORNE FERGUSON**
**Law Firm, P.A.**
294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
claiborne101@yahoo.com

/s/ Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (20457)
Attorney for Defendant

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via the Court's electronic filing system, this the 6th day of May 2019.

s/Claiborne H. Ferguson
CLAIBORNE H. FERGUSON