## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | )   **CR. NO. 1:19-cr-10040-JDB** |
| | ) |
| **vs.** | ) |
| | ) |
| **JEFFREY W. YOUNG, JR.,** | ) |
| **ALEXANDER ALPEROVICH, M.D., and** | ) |
| **ANDREW RUDIN, M.D.** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its undersigned counsel, hereby files this Notice of Attorney Appearance, designating Jillian Willis, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, an attorney for the United States in this matter.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

By:     _/s/ Jillian Willis_
JILLIAN D. WILLIS
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave, NW
Washington, D.C. 20005
(202) 353-0822
Jillian.Willis2@usdoj.gov