IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                                        Cr. No.: 1:19-cr-10040-DB

JEFFREY W. YOUNG, Jr.,

    Defendants.

### AMENDED ORDER GRANTING MOTION TO CONTINUE MOTION REHEARING/REPORT DATE

    BEFORE THE COURT IS counsel's request to continue the rehearing on the detention hearing and the report date, set the same day, and for good cause shown in the Motion, specifically the need to investigate and prepare for the new allegations contained in the Government's request for the rehearing (Doc # 58), the Court GRANTS the motion and continues both hearings to MONDAY, MAY 13, 2019 at 1:30 p.m.

    The period from May 9, 2019 through May 13, 2019 is excludable under 18 U.S.C. 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare.

    SO ORDER THIS THE 7th DAY OF MAY, 2019.

                                                        s/ J. DANIEL BREEN
                                                        UNITED STATES DISTRICT JUDGE