✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Western | DISTRICT OF | Tennessee/Eastern Division |

| USA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Jeffrey W. Young, Jr. | Case Number: 1:19-10040-01-JDB |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Daniel Breen | Andrew Pennebaker | Claiborne Ferguson |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Motion Hrg 5/13/2019 & 5/20/2019 | Kristi Heasley & Cathy Best | Evelyn Cheairs |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Govt's Proof: |
| | | | | | Govt Witness: Shirley Pickering |
| | | | | | Motion Hearing continued on, 5/20/2019 |
| 1 | | 5/20/2019 | X | X | (SEALED EXHIBIT) White binder - Shirley Pickering Medical Board Exhibits |
| | | | | | Govt Witness:  John Chew |
| | | | | | Govt Witness:  Barry Cooper |
| | | | | | Govt Witness:  Natalie Seabolt |
| 2-24 | | 5/20/2019 | X | X | (SEALED EXHIBITS) Black binder with exhibits 2-24  (some exhibits are on flash drive) |
| | | | | | Govt Rest: |
| | | | | | Defendant's Proof: |
| | | | | | Defendant Witness:  Carla Wright |
| | | | | | Defendant Witness:  Nancy Plunk |
| | | | | | Defendant Rest: |
| | | | | | No Rebuttal: |
| 25 | | 5/20/2019 | X | X | (SEALED EXHIBIT) White binder - Natalie Seabolt documents |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages