IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                             CR NO. 19-10040-01-JDB

JEFFREY W. YOUNG, JR.

## ORDER REVOKING BOND

On May 20, 2019, the Defendant, Jeffery W. Young, Jr., appeared with counsel, Claiborne Ferguson, for a Motion Hearing regarding (D. E. 58).

After hearing statements from witnesses and arguments of counsel, the Court found sufficient evidence to revoke the defendant's bond. It is therefore Ordered that the defendant's bond is revoked and the defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 20th day of May, 2019

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE