IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,
    Plaintiff-Appellee,

Vs.                                                   Cr. No.: 1:19-cr-10040-JDB

JEFFREY W. YOUNG, Jr.,
    Defendant-Appellant.

## NOTICE OF APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE EASTERN DIVISION ORDER OF DETENTION

    **COMES NOW** the Defendant-Appellant, Jeffrey W. Young, Jr., by and through his attorney of record, Claiborne H. Ferguson, and notifies this Court of his intent to appeal the United States District Court for the Western District of Tennessee Eastern Division's Order of Detention, through the provisions of 28 U.S.C. § 1291.

Respectfully submitted,

                                                           The
                                               **CLAIBORNE FERGUSON**
                                                 **Law Firm, P.A.**
                                        294 Washington Avenue
                                        Memphis, Tennessee 38103
                                        (901) 529-6400

                                        _____
                                        s/CLAIBORNE FERGUSON (20457)
                                        Attorney for Defendant

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via the Court's electronic filing system, this the 25th day of June 2019.

                                                              s/Claiborne H. Ferguson
                                                               CLAIBORNE H. FERGUSON