IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.                                    Cr. No.: 1:19-cr-10040-JDB

JEFFREY W. YOUNG, Jr.,
    Defendant.

## NOTICE OF INTENT TO REDACT

COMES NOW the Defendant, Jeffrey W. Young, Jr., by and through his attorney of record, Claiborne H. Ferguson, and Notices the Court his intent to redact portions of the transcript. The rules indicate that the party that called the witness has the duty to redact. Counsel believes that the Government therefore bears the burden but because of the sensitive nature of the transcripts and because they haven't been reviewed yet, counsel intends to review both transcripts for necessary redactions to insure a good copy for appeal.

                                                              The
                                    CLAIBORNE ❉ FERGUSON
                                      Law Firm, P.A.
294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
claiborne101@yahoo.com

/s/ Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (20457)
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

      I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via the Court's electronic filing system, this the 17th day of July 2019.

                                                s/Claiborne H. Ferguson
                                                CLAIBORNE H. FERGUSON