**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CR. NO. 19-cr-10040-JDB** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JEFFREY W. YOUNG, JR.** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**NOTICE OF INTENT TO REQUEST REDACTION**

---

COMES NOW, the United States of America, by and through the undersigned Assistant

United States Attorney, and hereby files, its notice of the Government's intention to request

redactions to the motion hearing transcript filed on May 13, 2019 (Document Number 99).


Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY


By: _____ /s/ Andrew Pennebaker
Andrew Pennebaker
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, DC 20005
(202) 597-0683
Andrew.Pennebaker@usdoj.gov