## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**


**Vs.**                                                    **Cr. No.: 1:19-cr-10040-JDB**


**JEFFREY W. YOUNG, Jr.,**
    **Defendant.**

---

## MOTION TO CONTINUE REPORT DATE

---

COMES NOW the Defendant, Jeffrey W. Young, Jr., by and through his attorney of record, Claiborne H. Ferguson, and respectfully moves this court for a continuance of the report date in this matter currently scheduled for August 14, 2019 at 9:00 AM [Doc. 92]. Given the volume of discovery materials and the complexity of the case, it is respectfully suggested that at least a 30-day continuance of the report date be granted.

Respectfully submitted,

**The**
**CLAIBORNE ⊗ FERGUSON**
**Law Firm, P.A.**
294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
claiborne101@yahoo.com


/s/ Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (20457)
Attorney for Defendant

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via the Court's electronic filing system, this the 13th day of August, 2019.

s/Claiborne H. Ferguson
CLAIBORNE H. FERGUSON