**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**Vs.**                                                              **Cr. No.: 1:19-cr-10040-01-JDB**

**JEFFREY W. YOUNG, Jr.,**
    **Defendant.**

**ORDER GRANTING MOTION TO CONTINUE REPORT DATE
AND NOTICE OF RESETTING**

BEFORE THE COURT IS counsel's request to continue the report date and for good cause shown in the Motion, specifically the need to review the discovery, the Court GRANTS to motion and reset the report date to the 2nd day of October, 2019 at 9:00 a.m.

The period from August 15, 2019, through October 2, 2019, is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice is served in allowing for additional time to prepare outweigh the need for a speedy trial.

SO ORDER THIS THE 13th DAY OF AUGUST, 2019.

                                                              s/ J. DANIEL BREEN
                                                              UNITED STATES DISTRICT JUDGE