IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**
   **Plaintiff,**

**Vs.**                                                        **Cr. No.: 1:19-cr-10040-JDB**

**JEFFREY W. YOUNG, Jr.,**
   **Defendant.**

## CERTIFICATE OF CONSULTATION

After consultation with the government on the motion to continue, the government has no objection.

Respectfully submitted,

**The
CLAIBORNE ⚜ FERGUSON
Law Firm, P.A.**
294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
claiborne101@yahoo.com


/s/ Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (20457)
Attorney for Defendant

CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via the Court's electronic filing system, this the 13th day of August, 2019.

                                      s/Claiborne H. Ferguson
                                      CLAIBORNE H. FERGUSON