**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | |
| § | **Criminal No. 1:19-cr-10040-JDB** |
| **JEFF W. YOUNG JR.,** § | |
| **ALEXANDER ALPEROVICH, M.D.,** § | |
| **and ANDREW RUDIN, M.D.,** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its undersigned counsel, hereby files this Notice of Attorney Appearance, designating Katherine Payerle, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, an attorney for the United States in this matter.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY


By:      /s/ Katherine Payerle
         Katherine Payerle
         Assistant Chief
         United States Department of Justice
         Criminal Division, Fraud Section
         1400 New York Ave. NW
         Washington, DC 20005
         (202) 341-4227
         Katherine.Payerle@usdoj.gov