

 NEWSLETTERS  JOIN  LOG IN

POLITICS  ENTERTAINMENT  WORLD NEWS  HALF FULL  CULTURE  U.S. NEWS  INNOVATION  SCOUTED  TRAVEL

SEX, DRUGS, ROCK 'N ROLL

# The Wild Story of 'Rock Doc' Jeff Young, a Reality TV Wannabe Accused in Pills-for-Sex Scheme

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Support The Daily Beast

 

**CHEAT SHEET** | **DAILY BEAST** | NEWSLETTERS | JOIN | LOG IN

POLITICS | ENTERTAINMENT | WORLD NEWS | HALF FULL | CULTURE | U.S. NEWS | INNOVATION | SCOUTED | TRAVEL



Photo Illustration by The Daily Beast / Photo Getty

# Prosecutors say the Tennessee nurse practitioner used his prescription pad to prey on women—and is still working.

Steven Hale

Updated 05.12.19 8:58AM ET
Published 05.11.19 10:29PM ET

On the morning of May 7, several days after federal prosecutors described him as a violent, drug-pushing "sexual predator" and a "danger to the community," Tennessee nurse practitioner Jeff Young posted a message on Facebook.

"To clear up any confusion ....." he wrote, attaching image that read, "Yes, we're open." The post included a link to the page for his Jackson clinic, GeneXis Health.

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

ADVERTISEMENT

Support The Daily Beast





NEWSLETTERS  JOIN  LOG IN

POLITICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL

In light of his current legal circumstances, it read like a defiant taunt. Young is a brash, tattooed 45-year-old who calls himself the "Rock Doc" and recently tried to launch a reality show centered on his practice.

Clips from the failed show still live online and feature Young prowling around his clinic to a hard rock soundtrack, with ink in full display and rings on several of his fingers. In the pilot episode, his nurses refer to him as "Dr. Young" and patients speaking glowingly about him. At one point, he and a friend discuss his haters as Young—in a sleeveless shirt, sunglasses and hat

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Support The Daily Beast





NEWSLETTERS    JOIN    LOG IN

POLITICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

Sixx. "One day your life will flash before your eyes —make sure it's worth watching." Young was confident his life would make a good reality show.

And it turns out federal authorities thought he was worth watching, too.

He was among dozens of doctors, nurses and pharmacists caught last month in a federal opioid strike force dragnet. Prosecutors accused him of using "his power to prescribe controlled substances to promote his television pilot and his podcast, and to have sex with women, including women who were his patients."

Now they're so troubled by the fact that Young is back in the community, and back in business, that they've gone to court seeking to have him put back in jail pending trial.

### 'ROCK DOC'

### Dentist Pulled Teeth So He Could Prescribe Opioids: Feds

Victoria Albert

A new court filing, first reported by The Tennessean last week, portrays the R menacing figure at the intersection of crisis and the #MeToo movement. The feds say Young "regularly and cavalierly traded prescriptions for sex—sometimes even showing

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Support The Daily Bea





NEWSLETTERS   JOIN   LOG IN

POLITICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL

woman."

ADVERTISEMENT

Young has pleaded not guilty to all of the charges against him—and will fight the feds' attempt to lock him up at a detention hearing Monday. His attorney told The Daily Beast that Young is not a danger to the community and is seeing patients who are "very happy to be treated by

Young was one of 60 medical professi states—including 32 in Tennessee, wh areas have been hard hit by the opioid were indicted in April as part of the fe investigation.

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Advertisement

Support The Daily Bea

   NEWSLETTERS   JOIN   LOG IN

POLITICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

The Rock Doc, whose clinic and home were raided by Drug Enforcement Administration agents in 2017, mostly stands out from the bunch, though. (Still, his case isn't entirely unique. An Alabama doctor also indicted as part of the crackdown allegedly "recruited prostitutes and other young women with whom he had sexual relationships to become patients at his clinic, while simultaneously allowing them and their associates to abuse illicit drugs at his house," according to a Department of Justice release.)

Aside from charges of using access to drugs to extract sex from patients, the indictment alleged that "Young treated patients while intoxicated on alcohol, marijuana or other controlled substances, freely prescribed controlled substances to his friends and family, and promoted the use of illicit drugs, including marijuana."

Additionally, prosecutors say he prescribed hydrocodone, oxycodone and alprazolam to a pregnant woman "for no legitimate medical purpose" and that the woman's baby was born "addicted to opioids with Fetal Abstinence Syndrome." Over a three-year period, Young allegedly prescribed approximately 1.4 million

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Support The Daily Beast

   NEWSLETTERS  JOIN  LOG IN

POLITICS  ENTERTAINMENT  WORLD NEWS  HALF FULL  CULTURE  U.S. NEWS  INNOVATION  SCOUTED  TRAVEL

to file a motion asking that Young's bond be revoked. The new papers outlined prosecutors' arguments as to why he allegedly poses a threat to

the community where he's worked in medicine for more than 20 years.

A call to his clinic on Friday was returned by one of his nurses, who said The Daily Beast should look into the stories of the other medical professionals charged in the takedown.

"It's not just him," said the nurse, who declined to give her name.

Advertisement

But prosecutors have described Young as a standout among the dozens of charged medical professionals.

"Most of these defendants had no prior encounters with law enforcement; their danger to the community was arguably tempered by the

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Support The Daily Beast

   NEWSLETTERS   JOIN   LOG IN

POLITICS  ENTERTAINMENT  WORLD NEWS  HALF FULL  CULTURE  U.S. NEWS  INNOVATION  SCOUTED  TRAVEL

Attorney Andrew Pennebraker wrote in the recent filing.

### RELATED IN U.S. NEWS



Defiant Doc Sues FDA to Prescribe Mail-Order Abortion Pills



'Malevolent' Dem Donor Charged in Third Man's Overdose



Why Wasn't Ed Buck Charged Before 3rd Overdose in His Home?

"If some of the defendants' danger to the community was mitigated by those conditions, Jeff Young's was not," he continued. "Even among other defendants presumed to be dangerous, Young stands out: he has a demonstrated history of violence against women, intimidation and threats, and disregard of judicial and administrative orders."

> **He has a demonstrated history of violence against intimidation and threats, disregard of judicial and administrative orders**

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Support The Daily Beast



owned in the Jackson area, largely offers cosmetic services now. His Facebook page is a stream of promotions for services like lip injections and vampire facials, a process also known as platelet rich plasma (PRP) in which plasma is extracted from a patient's own blood which is then re-injected into their face.

He is no longer allowed to prescribe opioids under the terms of a 2018 settlement with the Tennessee Board of Nursing—which investigated him for overprescribing—but he can still prescribe other addictive drugs like benzodiazepines. Prosecutors say that in the weeks since the April 18 indictment he's continued to provide those drugs to patients who have been "doctor shopping" and receiving opioids from other doctors.

Young's continued ability to prescribe powerful drugs like Xanax is the basis of prosecutors' harsh criticism of the Tennessee Board of Nursing's settlement with him. In arguing for him to be released on bond, Young and his attorney cited the settlement—which restricted Young but allowed him to keep his license and continue to practice—as sufficient reason for the court to be comfortable letting him out of jail. But prosecutors call the board's order "inadequate" and "woefully inadequate to address the evidence the board had before it."

Tennessee Department of Health spokesperson

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT





NEWSLETTERS   JOIN   LOG IN

POLITICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL

Christian said he can't confirm or deny whether there are any other complaints against Young on file with the state because complaints against licensed health professionals are confidential under state law.

Young' has his defenders. In a post on his Facebook page last week, one woman, commenting on local coverage of the allegations against him, writes: "You're going to have to show me the proof instead of all the quotation marks. I've seen women throw themselves at this man. Never the other way around. This is nearly laughable if it were not so damaging to someone. I'm just going to have to see the proof."

The Rock Doc



JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

In the pilot for his failed reality show, posted to YouTube, Young and a close friend head to a makeshift studio to record rap songs that they say are inspired by accusations against him.

"A lot of the content of the lyrics comes from

Support The Daily Beast

    NEWSLETTERS    JOIN    LOG IN

POLITICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

The prosecution filing sheds light on what some of those rumors might have been. Pennebraker writes that Young "has a long history of sexual

harassment, threats, and violence, including threats to potential witnesses in this case." Young —who put his son in the pilot—repeatedly violated a restraining order prohibiting contact with his ex-wife, according to the filing. And in 2015, the filing says, "Young posted a naked picture of his ex-wife on Craigslist and Facebook and taunted her about it."

"Several people, including Young's ex-wife, former co-workers, and even individuals associated with the [Board of Nursing], have reported being verbally threatened by Young," Pennebraker wrote, adding that "still more have reported being threatened by his affiliates on his behalf."

The filing also cites a 2016 investigation by the Jackson Police Department into a rape that allegedly occurred at Young's home. But the department told The Daily Beast that

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

was listed as someone present at the when the rape allegedly occurred, he considered a suspect in the ongoing i



" Adults do stupid things in the

Support The Daily Bea

   NEWSLETTERS  JOIN  LOG IN

POLITICS  ENTERTAINMENT  WORLD NEWS  HALF FULL  CULTURE  U.S. NEWS  INNOVATION  SCOUTED  TRAVEL

# determine whether or not they're a danger to the community.



— Defense attorney Claiborne Ferguson

Young's attorney, Claiborne Ferguson, told The Daily Beast that he and his client "dispute the majority of the facts contained within that document."

"There are obviously things that he's done through the course of his divorce… adults do stupid things in the middle of divorces that shouldn't be used in later dates to determine whether or not they're a danger to the community," Ferguson said. "However, we don't believe that he is a danger to the community. He still maintains an active practice, with many clients who are very happy and very pleased with his services and very happy to be treated by him."

Ferguson declined to discuss specific allegations. "Due to the sensitive nature of many of these issues and, obviously, my deference to the court."

Meanwhile, on his Facebook page, Young is

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Beast

9/30/2019
Rock Doc' Jeff Young, The Wild Story of a Reality TV Wannabe Accused in Pills-for-Sex Scheme
Case 1:19-cr-10040-JDB Document 126-3 Filed 10/01/19 Page 13 of 17 PageID 2379



 NEWSLETTERS    JOIN    LOG IN

POLITICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

Loading...

## HERE WE GO

# House Subpoenas Rudy Giuliani for Documents About Trump and Ukraine

House investigators just want his documents, not his appearance, so far.

**Erin Banco** National Security Reporter
**Asawin Suebsaeng** White House Reporter

Updated 09.30.19 4:12PM ET
Published 09.30.19 4:00PM ET

   

The House Intelligence Committee said Monday that it had subpoenaed Rudy Giuliani for documents related to his work in Ukraine—a major step in the investigation into efforts by President

### READ THIS LIST

**The Funniest Stand-Up Special of the Year Is Super Dark**
MATT WILSTEIN

**GOP Shows Russian Trolls How It's Done**
KEVIN POULSEN

**Joel Kim Booster Isn't Your Typical Hot Idiot**
KEVIN FALLON

**We're Screwed if We Republicans Can't Condemn Trump**
RORY COOPER

**GOP Rep. Collins Resigns After Insider-Trading Charges**
JUSTIN MILLER

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Support The Daily Beast

   NEWSLETTERS   JOIN   LOG IN

POLITICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL

by the House Foreign Affairs, Intelligence and Oversight committees into Trump and Giuliani's communications with Ukrainian President Volodomyr Zelensky and his advisors. The congressional committees also sent letters to three Giuliani associates involved in his Ukraine work asking them to hand over documents and appear for depositions next month.

For roughly a year, Giuliani sought to elicit information from Ukrainians on possible origins of the Mueller investigation, as well as on Biden's son, Hunter, and his role on the board of directors of a major gas company. Giuliani said that in recent months the State Department helped him get in touch with Zelensky administration officials.

Giuliani and Trump were both subjects of a whistleblower complaint filed August 12 which outlined some of the ways they asked Ukrainians to investigate the Bidens.

Since the complaint became public last week, Giuliani has appeared on multiple television shows to defend his work regarding Ukraine and underline his communication with State Department officials about his efforts.

"In addition to this, to what is in

## JOIN
## EXCLUSIVE CONTENT
## MY ACCOUNT
## LOG OUT

Support The Daily Beast





NEWSLETTERS    JOIN    LOG IN

POLITICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

Trump Administration officials may have been involved in this scheme," Rep. Eliot Engel, chairman of the House Foreign Affairs committee, wrote in a letter to Giuliani. Engel requested Giuliani produce the records no later than October 15.

The Trump lawyer did not immediately respond to a request for comment on this story.

But Giuliani previously told The Daily Beast he would not be willing to appear for questioning on Capitol Hill, and has repeatedly accused Democratic lawmakers and committee chairs of being "corrupt" and operating in bad faith. And Democrats worry Giuliani appearing publicly could hinder the impeachment inquiry by turning the hearing into a spectacle.

Even before this probe was launched, whenever the topic of document subpoenas from the Democratic House majority came up, the Trump attorney and former New York mayor typically reacted in a hostile manner. "If they want to come after me, I gladly accept it, because we could just make the Biden stuff bigger news," Giuliani told The Daily Beast in early June—when congressional Democrats had begun

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Support The Daily Bea

   NEWSLETTERS   JOIN   LOG IN

POLITICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL

with the explicit blessing from his client, President Trump. In fact, the president was so into it that he even made a specific point of privately instructing Giuliani to keep doing more TV interviews and cable news hits on the topic, so that Trumpworld could train as much media attention as possible on the Bidens.

In the time since all of this broke, the president, the Republican National Committee, the Trump reelection campaign, numerous GOP allies on Capitol Hill, and various other major organs of the party have rallied in Giuliani's defense and to his cause. Democrats, meanwhile, have started the single biggest impeachment push of the Trump era thus far.

Giuliani is just the latest Trump advisor to hear from the committees. Last week, the three congressional panels subpoenaed Secretary of State Mike Pompeo for related documents and announced depositions for five current and former State employees, including Kurt Volker, the former U.S. representative for Ukraine negotiations who resigned from his post Friday.

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Beast





NEWSLETTERS   JOIN   LOG IN

POLITICS  ENTERTAINMENT  WORLD NEWS  HALF FULL  CULTURE  U.S. NEWS  INNOVATION  SCOUTED  TRAVEL



POLITICS  ENTERTAINMENT  WORLD NEWS  HALF FULL  CULTURE  U.S. NEWS  INNOVATION  SCOUTED  TRAVEL

ABOUT  CONTACT  TIPS  JOBS  HELP  PRIVACY  CODE OF ETHICS & STANDARDS  TERMS & CONDITIONS  COPYRIGHT & TRADEMARK  SITEMAP  COUPONS

© 2019 The Daily Beast Company LLC

Advertise With Us

Support The Daily Beast