⇄ US Attorney Michael Dunavant Retweeted



**The Jackson Sun** ✓ @JSunNews · Sep 24

Feds: 'Rock Doc' Jeff Young prescribed opioids to undercover cops without exam, should stay in jail



Feds: 'Rock Doc' Jeff Young prescribed opioids to undercover cops with...
Federal prosecutors argue 'Rock Doc' Jeffrey Young should stay in jail pending his trial, citing prescriptions to undercover cops and other ...
🔗 jacksonsun.com

 ⇅ 2    4   

ant/status/1176185158111768579/photo/2