**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cr. No.: 1:19-cr-10040-JDB** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JEFFREY W. YOUNG, JR.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION AND MEMORANDUM FOR A CHANGE IN VENUE

The Government responds to Defendant Jeffrey Young's Motion and Memorandum for Change in Venue. Dkt. 126. While the Government believes that Defendant Young would receive a fair trial in the Eastern Division of the Western District of Tennessee, should the Court be inclined to a change of venue, the Government has no objection to the trial being held in front of this Court in the Western Division of the Western District of Tennessee.

Respectfully submitted,

/s/ Jason Knutson
Jason Knutson
Trial Attorney
U.S. Department of Justice
(202) 679-1883
Jason.Knutson@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed

through ECF on October 11, 2019.


                         */s/ Jason Knutson*
                         Jason Knutson
                         Trial Attorney