# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE (Jackson)

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

vs.                                                                 **No. 1:19-cr-10040-JDB**

**JEFFREY YOUNG,**
    **Defendant.**

## NOTICE OF APPEARANCE

John P. McNeil, attorney for Jeffrey Young, hereby gives Notice of his Appearance (as co-counsel) in the above-styled cause of action. All communication should continue to be directed to the address below.

                                                       Respectfully submitted,

                                                       /s/ John P. McNeil
                                                       John P. McNeil (BPR 34355)
                                                       Attorney for Jeffrey Young
                                                       294 Washington Avenue
                                                       Memphis, TN 38103
                                                       (901) 870-8074

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2019, I served a true and correct copy of the foregoing upon the person(s) listed below by the following method(s) of service:

[   ] Depositing it in the U.S. mail, first class postage prepaid and properly addressed;
[   ] Hand delivery;
[   ] Facsimile transmission
[ **X** ] Electronic Transmission - PACER

James W. Powell
Assistant U.S. Attorney

                                                       /s/ John P. McNeil