# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 03, 2019

Mr. Thomas M. Gould
Western District of Tennessee at Jackson
111 S. Highland Avenue
Suite 262 U.S. Courthouse
Jackson, TN 38301-0000

      Re: Case No. 19-5692, *USA v. Jeffrey Young, Jr.*
           Originating Case No. : 1:19-cr-10040-1

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                          Sincerely yours,

                                          s/Maddison R Edelbrock
                                          For Karen Fultz

cc:  Ms. Joanna Katherine Wood Bowman
      Mr. Claiborne Hambrick Ferguson
      Mr. James W. Powell
      Mr. Jeremy Raymond Sanders

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-5692

_____

Filed: December 03, 2019

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JEFFREY W. YOUNG, JR.

       Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 11/07/2019 the mandate for this case hereby issues today.

COSTS: None