## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF
## TENNESSEE EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                                  ) | |
|       Plaintiff,           ) | |
|                                  ) | |
| vs.                                ) | No. 1:19-cr-10040 |
|                                  ) | |
| ANDREW RUDIN,            ) | |
|                                  ) | |
|       Defendant.         ) | |
|                                  ) | |

**AGREED MOTION TO RESET REPORT DATE TIME**

Now Comes the Defendant, ANDREW RUDIN, by and through his counsel, Nishay K. Sanan, Esq., and moves this Court to Reset the Report Date Time, in support thereof, Rudin states as follows:

1. This cause, for all three Defendants, is set for a Report Date on February 20, 2020 @ 10:00 A.M., before this Honorable Court.

2. Rudin's counsel has a conflict the previous night and can be in court until the late morning/early afternoon of the 20th based upon the Chicago to Memphis flight schedule.

3. Counsel has spoken to the other defense counsel as well as the AUSA regarding a time change and no party objects to changing the time to 1:30 P.M.

4. Based upon Counsel's conflict and neither party objecting, Counsel requests that the time for the Report Date be changed to 1:30 P.M.

5. Counsel has contacted this Court's chambers and advised of the situation.

6. In the alternative, if the new time does not work for this Court, Counsel can be available by phone with his client.

**WHEREFORE**, the defendant, Andrew Rudin, requests that this Court grant his Motion to Reset the Report Date Time to 1:30 P.M.

Respectfully Submitted,

/s/ Nishay K. Sanan
Nishay K. Sanan
Attorney for Defendant
53 W. Jackson Blvd.
Suite 1424
Chicago, IL 60604
312-692-0360
nsanan@aol.com

CERTIFICATE OF SERVICE

The undersigned, an attorney, first being duly sworn on oath, states that a copy of Motion was served upon the parties who have filed appearances in this matter, by electronically filing the same pursuant to rules of ECM on January 29, 2020.

__/s/ Nishay Sanan_____