# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# TENNESSEE  EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No. 1:19-cr-10040 |
| ) | |
| **ANDREW RUDIN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

This cause coming before this Court on Defendant, Andrew Rudin's Motion to RESET THE REPORT DATE time, for all three Defendants, upon said motion and for good cause shown, it is thereby ORDERED that REPORT DATE time as to all Defendants is reset to February 20, 2020 @ 1:30 PM, in Jackson Courtroom 2 before Judge J. Daniel Breen.


IT IS SO ORDERED,

On this _____ day of January 2020.


/s/
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE