# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**Vs.**                                                                            Cr. No.: 1:19-cr-10040-JDB

**JEFFREY W. YOUNG, Jr.,**
    **Defendant.**

## MOTION TO CONDUCT THE REPORT TELEPHONICALLY

COMES NOW the Defendant, Jeffrey W. Young, Jr., by and through his attorney of record, Claiborne H. Ferguson, and moves this Court to allow the February 19, 2020 report to be conducted telephonically.  For cause, counsel would state as follows:

1. The date was advanced from the 20th of February.

2. That on the 19th of February, Counsel must appear in federal court in Memphis, has a motion to suppress set to be argued in state court, and is set to take an evidentiary deposition of a witness in a murder case.  Along with the full day of normal report days in Memphis and Germantown set this day, counsel is finding it hard to appear in person.

3. Counsel would be greatly appreciative of leave to appear via telephone.

4. A proposed Order has been forwarded to the Court regarding this request.

WHEREFORE premise considered, Counsel requests permission to appear telephonically.

**The
CLAIBORNE ✠ FERGUSON
Law Firm, P.A.**
294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
claiborne101@yahoo.com


/s/ Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (20457)
Attorney for Defendant


CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via the Court's electronic filing system, this the 14th day of February 2020.


s/Claiborne H. Ferguson
CLAIBORNE H. FERGUSON