# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                          ) | Cr. No. 1:19-cr-10040-JDB |
| ) | |
| ALEXANDER ALPEROVICH, M.D.   ) | |

## ORDER GRANTING MOTION TO CONTINUE REPORT
## DATE AND NOTICE OF RESETTING

This cause coming before this Court on Defendant Alexander Alperovich's Motion to RESET THE REPORT DATE, upon said motion and for good cause shown, and absent objection by any party, it is thereby ORDERED that the REPORT DATE as to Alexander Alperovich, Jeffrey Young, and Andrew Rudin is reset to April 23, 2020, at 1:30 p.m. in Jackson Courtroom 2 before Judge J. Daniel Breen.

The period from February 19, 2020, through April 23, 2020, is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice is served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED,

On this 18th day of February, 2020.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE