# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# TENNESSEE  EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )   | |
| Plaintiff,   ) | |
| )   | |
| vs.   ) | No. 1:19-cr-10040-01-JDB |
| )   | |
| JEFFREY YOUNG,   ) | |
| )   | |
| Defendant.   ) | |
| )   | |

## ORDER ENTERED AS MOOT – REPORT CONTINUED TO APRIL 23, 2020 AT 1:30 P.M.

This cause coming before this Court on Defendant, Jeffrey Young's Counsel's Motion to APPEAR BY TELEPHONE AT THE FEBRUARY 19, 2020 REPORT DATE.  REPORT DATE RESET.

IT IS SO ORDERED,

On this 18th day of February 2020.


 /s/ J. DANIEL BREEN
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE