IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No.: 1:19-cr-10040 JDB

JEFFREY W. YOUNG, JR.,

    Defendant.

---

ORDER OF REFERENCE

---

    Before the court is the Emergency Motion of the Defendant, Jeffrey W. Young, Jr., for a modification of the previous Order Revoking Bond entered by the undersigned on May 21, 2019. (Docket Entry (D.E.) 152.)  Previously, Magistrate Judge Jon York had granted the Defendant release under certain conditions, however, the United States appealed that decision and following a two-day hearing, the Court reversed the Magistrate Judge's grant of bond.  The Defendant appealed that determination to the United States Court of Appeals for the Sixth Circuit, which in a unanimous opinion, affirmed the order revoking the Defendant's release on bond.  <u>United States v Jeffrey Young, Jr.</u>, No. 19-5692 (Nov. 7, 2019).

    Specifically, Defendant insists that due to his being in immune suppressive drug therapy because of his being an organ recipient, coupled with the circumstances of the coronavirus pandemic, he should be heard as to his entitlement to pretrial release to home confinement.  The Government opposed the Defendant's motion.

    As the Defendant has raised new issues which Magistrate Judge York did not have the opportunity to consider  in his previous decision, this motion is REFERRED to the Magistrate

Judge to determine if there are any conditions or combination of conditions found in 18 U.S.C. § 3142(c) which would reasonably assure the safety of any other person and the community, by his release to home confinement.

    It is so ordered this the 20th day of March 2020.

                                            **s/ J. DANIEL BREEN**
                                            J. DANIEL BREEN
                                            U.S. DISTRICT JUDGE