IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**Vs.**                                         **Cr. No.: 1:19-cr-10040-JDB**

**JEFFREY W. YOUNG, Jr.,**
    **Defendant.**

## NOTICE OF FILING

COMES NOW the Defendant, Jeffrey W. Young, Jr., by and through his attorney of record, Claiborne H. Ferguson, and files this Notice of Filing to include the four affidavits that were previously sent to the Court and parties, and that were referenced in the hearing on todays date.

                                                                        **The**
                                           **CLAIBORNE ✠ FERGUSON**
                                                **Law Firm, P.A.**
                                          294 Washington Avenue
                                          Memphis, Tennessee 38103
                                          (901) 529-6400
                                          claiborne101@yahoo.com


                                          /s/ Claiborne H. Ferguson
                                          CLAIBORNE H. FERGUSON (20457)
                                          Attorney for Defendant

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via the Court's electronic filing system, this the 25th day of March 2020.

                                                s/Claiborne H. Ferguson
                                                CLAIBORNE H. FERGUSON