# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**Vs.**                                                                 Cr. No.: 1:19-cr-10040-JDB

**JEFFREY W. YOUNG, Jr.,**
    **Defendant.**

## APPEAL FROM THE MAGISTRATE JUDGE'S DENIAL OF RELEASE/CHANGE IN CONDITIONS OF DETENTION

COMES NOW the Defendant, Jeffrey W. Young, Jr., by and through his attorney of record, Claiborne H. Ferguson, and moves this Court to promptly conduct a hearing on the request for home confinement or pre-trial release in this matter. The Magistrate Judge's Order is Document 158 of this case.

>                           The
>             **CLAIBORNE ✪ FERGUSON**
>                   **Law Firm, P.A.**
>             294 Washington Avenue
>             Memphis, Tennessee 38103
>             (901) 529-6400
>             claiborne101@yahoo.com


>             /s/ Claiborne H. Ferguson
>             CLAIBORNE H. FERGUSON (20457)
>             Attorney for Defendant

CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via the Court's electronic filing system, this the 31st day of March 2020.

                                                                     s/Claiborne H. Ferguson  
                                                                     CLAIBORNE H. FERGUSON