IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            No. 1:19-cr-10040-JDB-1

JEFFREY W. YOUNG, JR.,

    Defendant.

## ORDER DIRECTING DEFENDANT TO FILE AMENDED APPEAL

Pending before the Court is the appeal of the Defendant, Jeffrey W. Young, Jr., (Docket Entry ("D.E.") 159) from the March 25, 2020, order of Magistrate Judge Jon A. York denying his motion for release (D.E. 158). In its entirety, the filing "moves this Court to promptly conduct a hearing on the request for home confinement or pre-trial release in this matter." (D.E. 159 at PageID 2514.)

The local rules of this district permit appeals to the presiding judge from orders of the magistrate judges determining pretrial matters. *See* LR 72.1(g)(1). Under the rule, the "presiding district judge may reconsider any order determining a pretrial matter *where it has been shown that the magistrate judge['s] order is clearly erroneous or contrary to law*." *Id.* (emphasis added). However, Defendant has made no effort whatever to make such a showing. Young is therefore DIRECTED, within ten days of the entry of this order, to file an amended document, outlining in detail those portions of the March 25, 2020, order he believes were "clearly erroneous or contrary to law" and the reasons therefor.

IT IS SO ORDERED this 7th day of April 2020.

                                                               s/ J. DANIEL BREEN
                                                               UNITED STATES DISTRICT JUDGE