Exhibit B



**WTDF Covid-19 Isolation Unit Procedures**

**High Risk Housing Plan:**
- Male detainees will be housed in █████
- Female detainees will housed in ██████.

**Staff:**
- Designated staff will be assigned to the units.
- **ONLY THESE STAFF WILL BE ALLOWED ENTRY INTO THE UNIT.**
- All staff assigned to work in the facility will be screened prior to contact with any detainees/offenders.

**Screening:**
- Designated staff will have their temperature taken daily
- Designated staff will answer and clear symptom screening questions daily

**PPE:**
All staff entering and working in the isolation unit will at a minimum don the following PPE.
- N95 masks
- Nitrile gloves
At the end of each shift, all waste material will be disposed of in biohazard bags, following infection control practices in policy/standards (*e.g.,* double-bagging).

**Medical:**
- At a minimum, one LPN will be assigned to provide on-site medication administration and conduct daily rounds (e.g., check on patients, collect Sick Call requests, respond to urgent health care needs, etc.)
- An RN will be assigned to complete Sick Call Assessments in the unit
- Provider assessments (doctor sick call, health appraisals, chronic care, etc.) will be conducted in the unit
    - Privacy will be maintained during clinical encounters.
    - Designated staff will wear N95 masks and nitrile gloves
    - Designated staff will have their temperature taken daily
    - Designated staff will answer and clear symptom screening questions daily

**Supplies**
- Medical will stock a cart with supplies that can be placed in the housing unit sally port so that staff entering the unit can don PPE prior to entering the unit.
- Proper storage for disposal of PPE will also be placed in the sally port of the unit for disposal and removal of the PPE.

**Isolation Unit Procedures**
**Cleaning**:
- Conduct (2)-hour cleaning schedule- utilize in-house porters
- Emphasis on all hard surfaces, doors and door handles

**CoreCivic**

**WTDF Covid-19 Isolation Unit Procedures**

**Dayroom Schedule**
- ███ will follow normal building schedule.
- ███ will follow normal building schedule.

**Recreation Schedule**
   Modified:   High Risk Females/Males rotate recreation times daily.
      Recreation times: ████████████

**Shower Schedule:**
- a shower schedule be developed that includes showers being cleaned with disinfectant after each use
- Showers will be offered daily.

**Medical services:**
- Pill Call, Sick Call, and Chronic Care Visits will occur in housing units.

**Commissary:**
- Commissary will be delivered to the unit team by commissary staff
  - Unit Team will deliver commissary to each unit

**Unit Management:**
- Designated Unit Team members may enter these units but will do so on a restricted basis.

**Mail Services:**
- Unit Team will pick up and deliver all mail

**Laundry Services:**
- Will follow normal schedule.
- All laundry from these areas will be washed separately from other units.



**WTDF Covid-19 Isolation Unit Procedures**