# Exhibit C



# COVID-19
# Information for Inmates and Detainees

The **novel coronavirus, or COVID-19,** is a respiratory illness that is easily transmissible through the air and on surfaces if prevention measures are not followed. We all need to do our part to keep our facility safe and healthy.

## SYMPTOMS OF COVID-19


Fever


Coughing


Shortness of breath

## COVID-19 SPREADS THROUGH


Close contact (about 6 feet)


Coughing and sneezing


Touching a contaminated surface and then touching your eyes, nose or mouth

## HOW TO PREVENT COVID-19

⟵ KEEP 6 FEET DISTANCE ⟶

- Avoid close contact with people who are sick
- Don't touch your eyes, nose, or mouth
- Cover your cough or sneeze with a sleeve, not your hand

- Wash your hands often with soap and water for at least 20 seconds, especially before eating, and after going to the bathroom, blowing your nose, coughing, or sneezing

If you start to feel any of the **symptoms** listed, fill out a **sick call request immediately.** Alert a staff member if you notice someone else looking unwell. Requests consistent with the symptoms of COVID-19 will be prioritized.