# Exhibit D

**COVID-19 Daily Checklist – Warden/Administrative Duty Officer**

ADO: _____  Date: _____

| Daily activity (Completed during your assigned shift and turned into the Facility Warden Daily) | Completed (Yes/No/NA) | ADO Initials |
|---|---|---|
| Receive update on any callouts, contacts for medical assistance, and signs of infection among the staff or detainees. | | |
| Get update each AM on sick call trends, real numbers, and concerns of the providers and nursing staff. | | |
| Communicate with local NIMS/EMA contacts to maintain knowledge of all changing conditions, plans, or instructions. | | |
| Share information with all staff through the internal teleconference messages, emails, change notices, and meet with staff. | | |
| Specifically approve any contractor access – emergency repairs only. | | |
| Ensure that the WebEOC information is updated daily. | | |
| Monitor local and national news for changing conditions. | | |
| Check in with Safety and Security to ensure that Restrooms, door handles, gates, intercom boxes and other common high touch areas being cleaned. | | |
| Receive updated list of high risk detainees and adjust plan as needed. | | |
| Verify that staff are practicing the known and trained social distancing recommendations (avoiding handshakes, avoiding close contact in closed door meetings, using the teleconference options, covering coughs and sneezes, frequent handwashing, etc.) | | |
| Verify that the COVID-19 signs are evident throughout the facility. | | |
| Monitor staff for health and wellness; encourage staff to go home or stay home if they're feeling ill or showing any signs of illness. | | |
| Verify staff are conducting the front lobby screening procedures (questions, forms, and temperature).  Are they wearing their PPE? | | |
| Verify that medical is taking detainee temperatures on all incoming and outgoing detainees. | | |
| Remind staff and detainees of sanitation standards and safety practices during rounds | | |
| Verify with safety, food service, and unit team that food safety, tray delivery, plastic gloves, hairnets and beard guards, etc. processes are being followed. | | |
| Verify dining areas are being cleaned/sanitized before, during, and after each meal. | | |
| Verify recreation areas and equipment, both indoor and outdoor, are sanitized in and out of the recreation session.  Encourage outdoor rec. | | |
| Verify with Safety and Security that laundering facilities – main laundry and unit based laundry machines are being sanitized | | |
| Verify that keys, radios, OC and other security issued items  are sanitized upon issue, during use, and upon their return. | | |
| Review sanitation inspections and ensure they are being completed. | | |

**COVID-19 Daily Shift Checklist - Security**

Shift: _____ Shift Supervisor _____ Date: _____

| Daily activity (Completed during your assigned shift and turned into the Facility Warden Daily) | Completed (Yes/No/NA) | Shift Sup/Asst Initials |
|---|---|---|
| Ensure that Restrooms, door handles, gates, intercom boxes and other common high touch areas being cleaned | | |
| Verify that staff are practicing the known and trained social distancing recommendations (avoiding handshakes, avoiding close contact in closed door meetings, using the teleconference options, covering coughs and sneezes, frequent handwashing, etc.) | | |
| Verify that the COVID-19 signs are evident throughout your area and the facility | | |
| Monitor staff for health and wellness; encourage staff to go home or stay home if they're feeling ill or showing any signs of illness. | | |
| Ensure that all facility vehicles are sanitized daily; before, during and after all transports.  Refer to TransCor directions on this subject. | | |
| Monitor food safety, tray delivery, plastic gloves, hairnets and beard guards, etc. | | |
| Ensure dining areas are being cleaned/sanitized before, during, and after each meal. | | |
| Verify staff are conducting the front lobby screening procedures (questions, forms, and temperature.)  Are they wearing their PPE? | | |
| Laundering facilities – main laundry and unit based laundry machines and carts are being sanitized. | | |
| Ensure that keys, radios, OC and other security issued items are sanitized upon issue, during use, and upon return. | | |
| Discuss sanitation standards and safety practices at shift briefing and during rounds with both staff and inmates. | | |
| Conduct sanitation inspections in your areas of responsibility. | | |
| Share information with all staff through the email, review change notices, and meet with staff at shift clock in/out, include COVID-19 info on shift briefings. | | |
| Verification that ample supplies of hand soap and paper towels in all restrooms and common area break rooms.  Check all sanitation supply inventories during rounds in all areas and contact Safety Manager before stock becomes low. | | |
| Verify with intake Lieutenant that medical is taking detainee temperatures on all incoming and outgoing detainees. | | |
| Verify during rounds that recreation areas and equipment, both indoor and outdoor, are sanitized before, during, and after recreation. | | |

**What do I need in my area?** _____

**COVID-19 Shift Daily Checklist – Unit Management**

Unit: _____ Unit Manager _____ Date: _____

| Daily activity (Completed during your assigned shift and turned into the Facility Warden Daily) | Completed (Yes/No/NA) | Unit Manager Initials |
|---|---|---|
| Share information with all staff through email, change notices, and meet with staff. | | |
| Ensure that Restrooms, door handles, gates, intercom boxes and other common high touch areas being cleaned. | | |
| Verify that staff and detainees are practicing the known and trained social distancing recommendations (avoiding handshakes, avoiding close contact in closed door meetings, using the teleconference options, covering coughs and sneezes, frequent handwashing, etc.) | | |
| Verify that the COVID-19 signs are evident throughout your area and the facility. | | |
| Monitor staff for health and wellness; encourage staff to go home or stay home if they're feeling ill or showing any signs of illness. | | |
| Monitor food safety, tray delivery, plastic gloves, hairnets and beard guards, etc. | | |
| Ensure that all recreation areas and equipment, both indoor and outdoor, are being sanitized before, during, and after usage. | | |
| Discuss sanitation standards and safety practices with staff and detainees daily. | | |
| Conduct sanitation inspections in your areas of responsibility. | | |
| Monitor detainee orderlies and porters ensuring that they have received the proper training, using PPE required by their cleaning supplies, have access to appropriate cleaning supplies, and supervision and follow up inspections by supervisors. | | |
| Verification that ample supplies of hand soap and paper towels in all restrooms and common area break rooms.  Check all sanitation supply inventories during rounds in all areas and contact Safety Manager before stock becomes low. | | |
| Laundering facilities – unit based laundry carts are sanitized upon entry and exit of the pods | | |

**What do I need in my area?** _____

**COVID-19 Daily Checklist – Safety Manager**

Safety Manager: _____ Date: _____

| Daily activity (Completed during your assigned shift and turned into the Facility Warden Daily) | Completed (Yes/No/NA) | Initials |
|---|---|---|
| Share information with all staff through emails, post notices, and meet with staff. | | |
| Ensure that Restrooms, door handles, gates, intercom boxes and other common high touch areas being cleaned. | | |
| Check on the inventory of sanitation supplies – This should be clearly delegated and documented listing of all supplies and par levels, based on population characteristics. | | |
| Verify that facility PPE is secured and only issued with ADO or HSA permission. | | |
| Verification that ample supplies of hand soap and paper towels in all restrooms and common area break rooms. | | |
| Verify that staff are practicing the known and trained social distancing recommendations (avoiding handshakes, avoiding close contact in closed door meetings, using the teleconference options, covering coughs and sneezes, frequent handwashing, etc.) | | |
| Ensure that the CoreCivic TV facility specified information is updated. | | |
| Verify that the COVID-19 signs are evident throughout the facility. | | |
| Monitor detainee orderlies and porters ensuring that they have received the proper training, using PPE required by their cleaning supplies, have access to appropriate cleaning supplies, and supervision and follow up inspections by supervisors. | | |
| Monitor staff for health and wellness; encourage staff to go home or stay home if they're feeling ill or showing any signs of illness. | | |
| Discuss sanitation standards and safety practices during rounds with both staff and inmates. Provide topics of discussion for shift briefings. | | |
| Conduct sanitation inspections in your areas of responsibility. | | |
| Monitor food safety, tray delivery, plastic gloves, hairnets and beard guards, etc. | | |
| Ensure dining areas being cleaned/sanitized before, during, and after each meal. | | |
| Verify staff are conducting the front lobby screening procedures (questions, forms, and temperature.) Are they wearing PPE? | | |
| Verify recreation areas and equipment, both indoor and outdoor are sanitized in and out of the recreation session. | | |
| Laundering facilities – main laundry and unit based laundry machines | | |
| Ensure that keys, radios, OC and other security issued items are sanitized upon issue, during use, and upon return. Make sure they have sanitizer available. | | |

**What do I need in my area?** _____

**COVID-19 Daily Checklist – Medical**

HSA: _____ Date: _____

| Daily activity (Completed during your assigned shift and turned into the Facility Warden Daily) | Completed (Yes/No/NA) | HSA/Clinical Supervisor Initials |
|---|---|---|
| Monitor and report any callouts, contacts for medical assistance, and signs of infection among the staff or detainees. | | |
| Ensure that Restrooms, door handles, intercom boxes and other common high touch areas being cleaned in the medical department. | | |
| Share information with all staff through the emails, change notices, and meet with staff. | | |
| Verify that ample supplies of hand soap and paper towels are in all restrooms, exam rooms and break room in medical. | | |
| Verify that staff are practicing the known and trained social distancing recommendations (avoiding handshakes, avoiding close contact in closed door meetings, using the teleconference options, covering coughs and sneezes, frequent handwashing, etc.) | | |
| Report all staff call offs to the Warden/ADO. | | |
| Verify that the COVID-19 signs are evident throughout your area. | | |
| Monitor staff for health and wellness; encourage staff to go home or stay home if they're feeling ill or showing any signs of illness. | | |
| Monitor the isolation plan for the medical holding cell areas. | | |
| Verify that nursing staff are taking detainee temperatures on incoming and outgoing detainees. | | |
| Discuss sanitation standards and safety practices during rounds with both staff and detainees. | | |
| Conduct sanitation inspections in your areas of responsibility.  Check all sanitation supply inventories during rounds in all areas and contact Safety Manager before stock becomes low. | | |
| Monitor detainee orderlies and porters ensuring that they have received the proper training, using PPE required by their cleaning supplies, have access to appropriate cleaning supplies, and supervision and follow up inspections by supervisors. | | |

**What do I need in my area?** _____

**COVID-19 Daily Checklist – Food Service**

Food Service Manager: _____ Date: _____

| Daily activity (Completed during your assigned shift and turned into the Facility Warden Daily) | Completed (Yes/No/NA) | Manager Initials |
|---|---|---|
| Share information with all staff through the emails, change notices, and meet with staff. | | |
| Ensure that Restrooms, door handles, intercom boxes and other common high touch areas being cleaned in your area. | | |
| Verification that ample supplies of hand soap and paper towels in all restrooms and wash stations in your area. | | |
| Verify that staff are practicing the known and trained social distancing recommendations (avoiding handshakes, avoiding close contact in closed door meetings, using the teleconference options, covering coughs and sneezes, frequent handwashing, etc.) | | |
| Verify that the COVID-19 signs are evident throughout your area. | | |
| Monitor staff for health and wellness; encourage staff to go home or stay home if they're feeling ill or showing any signs of illness. | | |
| Monitor food safety, tray delivery, plastic gloves, hairnets and beard guards, etc. | | |
| Ensure serving areas are being cleaned/sanitized before, during, and after each meal. | | |
| Discuss sanitation standards and safety practices with both staff and detainee workers. Check all sanitation supply inventories during rounds in all areas and contact Safety Manager before stock becomes low. | | |
| Conduct sanitation inspections in your areas of responsibility. | | |
| Check all restrooms and handwashing stations hourly, and document those checks.  Fill soap dispensers, check hot water temps, fill all paper towel dispensers, and ensure toilet paper is stocked. | | |
| Take extra care to inspect all inmate workers coming into the department.  Look for signs of illness; question them; look at hands, arms, and faces for any injuries or sores; inspect the uniforms for sanitation; double check all handwashing practices; and keep educating them they can impact the entire facility's health and safety if they're not extremely careful. | | |
| Monitor detainee workers ensuring that they have received the proper training, using PPE required by their cleaning supplies, have access to appropriate cleaning supplies, and supervision and follow up inspections by supervisors. | | |

What do I need in my area? _____

**COVID-19 Daily Checklist – Quality Assurance Manager**

**Quality Assurance Manager:** _____ **Date:** _____

| Daily activity (Completed during your assigned shift and turned into the Facility Warden Daily) | Completed (Yes/No/NA) | Manager Initials |
|---|---|---|
| The QA Manager will log any Contract Specific Requests and monitor. (This will be facility specific info input by the QAM) | | |
| Participate in all EOC and Managing Director calls to stay up to date on changing practices and expectations. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**What do I need in my area?** _____