# Exhibit E

*United States of America vs. Young, et al. – 1:19-cr-10040-JDB*

**(Transcription[1] of audio file: "Clip – Minutes 530 – 634 – CSN171856533_ID31401076_PH17316105090_032220")**

| | |
|---|---|
| **00:00 – 00:01**<br>**Jeffrey Young**<br>**(Defendant's Father)** | "Well that's crazy. |
| **00:02 – 00:12**<br>**Jeffrey Young, Jr.**<br>**(Defendant)** | "Yeah. That's why they're callin' up all them, I mean this way, you know, makes no sense that, you know, have, you know, twelve hundred doctors locked up across the United States when they're callin' out, uh, for retired doctors and nurses, you know, everywhere…" |
| **00:13 – 00:21**<br>**Jeffrey Young, Jr.**<br>**(Defendant)** | "Um, you know, trying to get them to, you know, uh, come back in and serve, uh, even though they're retired… um, so." |
| **00:23 – 00:24**<br>**Jeffrey Young**<br>**(Defendant's Father)** | "Yeah, and well,  –" |
| **00:23 – 00:24**<br>**Jeffrey Young, Jr.**<br>**(Defendant)** | "You aren't gettin', uh, go ahead –" |
| **00:24 – 00:27**<br>**Jeffrey Young**<br>**(Defendant's Father)** | "– And the old people, the ones that get it worse." |
| **00:27 – 00:40**<br>**Jeffrey Young, Jr.**<br>**(Defendant)** | "– Yeah, you know they called eight thousand up. Um, they have some sort of medical reserve, that if you're, uh, retired, or… you know, that kind of thing, but, you know, they've got like eight hundred – eight thousand providers they're trying to rustle up in New York. You know…" |
| **00:42 – 00:43**<br>**Jeffrey Young, Jr.**<br>**(Defendant)** | "But you gotta think of –" |
| **00:43 – 00:43**<br>**Jeffrey Young**<br>**(Defendant's Father)** | "You wouldn't –." |

---

[1] This is an unofficial transcription, made for the Court's convenience with best efforts to understand the conversation by counsel for the Government. The original clip can be made available on request if there is any dispute about its contents.

| Time | Speaker | Statement |
|---|---|---|
| **00:43 – 00:45** | Jeffrey Young, Jr. (Defendant) | "– The people in here, so, makes zero sense." |
| **00:46 – 00:48** | Jeffrey Young (Defendant's Father) | "Yeah, well you wouldn't need to be treatin' it anyway." |
| **00:48 – 00:56** | Jeffrey Young, Jr. (Defendant) | "Well, but, I mean, at least I'd have PPE, and I'd much rather die, you know fightin' the front lines, like you know being the eighteen year old kid, World War Two, beggin' to go to war." |
| **00:58 – 00:59** | Jeffrey Young (Defendant's Father) | "Right, right." |
| **00:59 – 01:04** | Jeffrey Young, Jr. (Defendant) | "You know, much rather die, you know, out there fightin' it, than, you know, dyin' locked in with it." |
| **01:05 – 01:06** | Jeffrey Young (Defendant's Father) | "That's true, that's true." |
| **01:06 – 01:07** | Jeffrey Young, Jr. (Defendant) | "Yep." |