# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 1:19-cr-10040-JDB |
| | ) |
| ALEXANDER ALPEROVICH, M.D. | ) |
| JEFFREY YOUNG | ) |
| ANDREW RUDIN, M.D | ) |

## NOTICE OF FILING PROPOSED SCHEDULING ORDER

Comes the defendant, Alexander Alperovich, M.D., through counsel, and respectfully gives Notice to this Honorable Court that all parties in this matter, defense and prosecution, have come to agreement on the attached Proposed Scheduling Order in the above matter.

Respectfully submitted this 4th day of June, 2020, by:

                RITCHIE, DILLARD, DAVIES & JOHNSON, P.C.

                /s/Stephen Ross Johnson
                STEPHEN ROSS JOHNSON [BPR No. 022140]
                606 W. Main Street, Suite 300
                Knoxville, TN 37902
                (865) 637-0661
                www.rddjlaw.com
                johnson@rddjlaw.com
                *Counsel for Alexander Alperovich, M.D.*

## CERTIFICATE OF SERVICE

I certify that on June 4, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                /s/Stephen Ross Johnson
                STEPHEN ROSS JOHNSON