IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No.  1:19-cr-10040-JDB |
| | ) |
| ALEXANDER ALPEROVICH, M.D. | ) |
| JEFFREY YOUNG | ) |
| ANDREW RUDIN, M.D | ) |

**PRETRIAL ORDER ON DISCOVERY AND SCHEDULING**

Upon agreement of the parties, and for good cause, the following Pretrial Scheduling Order is entered.

A Jury Trial in this matter is expected to last up to three weeks and shall begin on March 15, 2021 at 9:30 A.M. before Judge J. Daniel Breen.

The government and all defendants shall complete production of discovery required under Rule 16 of the Federal Rules of Criminal Procedure on or before September 14, 2020. After September 14, 2020, if additional discoverable materials are obtained by any party, those materials shall be produced to all parties as soon as practicable.

Unless otherwise ordered by the Court, any disclosure of expert information required by Fed. R. Crim. P. 16(a)(1)(G) shall be made by the government on or before August 1, 2020. Any expert disclosures required by Rule 16(b)(1)(C) shall be made by defendant on or before October 14, 2020. Any motions concerning the admissibility of expert testimony under Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), shall be filed no later than December 15, 2020, responses will be due 14 days thereafter, and any hearing on the Daubert motions shall be held as ordered by the Court.

Except as set forth below, any non-dispositive motions such as motions to suppress evidence related to searches and seizures or other motions for non-dispositive relief shall be filed no later than October 30, 2020. Responses to those motions will due be 14 days later. Any dispositive motions shall be filed no later than October 30, 2020. Responses to these motions will be due 14 days later.

The government shall provide defendants with a witness list and exhibit list on or before January 14, 2021. Before February 15, 2021, the parties shall make every possible effort in good faith to stipulate all facts or points of law, the truth and existence of which is not contested and the early resolution of which will expedite the trial.

Motions *in limine* shall be filed on or before February 15, 2021 with responses due on or before February 26, 2021.

The parties agree under Federal Rule of Criminal Procedure 17(c) to an early return of trial subpoenas. All materials received pursuant to a trial subpoena will be tendered to all other parties within 14 days of receipt.

A pretrial conference shall be held on March 5, 2021, at which time the Court will hear argument, if any.

IT IS SO ORDERED this the ___ day of _____, 2020.

                                                s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE