IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       No.  1:19-cr-10040-JDB

ALEXANDER ALPEROVICH, M.D.,
JEFFREY YOUNG, and
ANDREW RUDIN, M.D,

    Defendants.

### PRETRIAL ORDER ON DISCOVERY AND SCHEDULING

Upon agreement of the parties, and for good cause shown, the following pretrial scheduling order is entered.

A jury trial in this matter is expected to last up to three weeks and shall begin on March 15, 2021, at 9:30 a.m. before Judge J. Daniel Breen.

The Government and Defendants shall complete production of discovery required under Rule 16 of the Federal Rules of Criminal Procedure on or before September 14, 2020.  After September 14, 2020, if additional discoverable materials are obtained by any party, those materials shall be produced to all parties as soon as practicable.

Unless otherwise ordered by the Court, any disclosure of expert information required by Fed. R. Crim. P. 16(a)(1)(G) shall be made by the Government on or before August 1, 2020.  Any expert disclosures required by Rule 16(b)(1)(C) shall be made by Defendants on or before October 14, 2020.  Any motions concerning the admissibility of expert testimony under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), shall be filed no later than December 15, 2020,

responses will be due fourteen days thereafter, and any hearing on the *Daubert* motions shall be held as ordered by the Court.

Except as set forth below, any non-dispositive motions such as motions to suppress evidence related to searches and seizures or other motions for non-dispositive relief shall be filed no later than October 30, 2020.  Responses to those motions will be due fourteen days later.  Any dispositive motions shall be filed no later than October 30, 2020.  Responses to these motions will be due fourteen days later.

The Government shall provide Defendants with a witness list and exhibit list on or before January 14, 2021.  Prior to February 15, 2021, the parties shall make every possible effort in good faith to stipulate all facts or points of law, the truth and existence of which is not contested and the early resolution of which will expedite the trial.

Motions *in limine* shall be filed on or before February 15, 2021, with responses due on or before February 26, 2021.

The parties agree under Fed. R. Crim. P. 17(c) to an early return of trial subpoenas.  All materials received pursuant to a trial subpoena will be tendered to all other parties within fourteen days of receipt.

A pretrial conference shall be held on March 5, 2021, at which time the Court will hear argument, if any.

IT IS SO ORDERED this 4th day of June 2020.

                                                    s/ J. DANIEL BREEN
                                                    UNITED STATES DISTRICT JUDGE