IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                          Cr. No.  1:19-cr-10040-JDB

ALEXANDER ALPEROVICH, M.D.
JEFFREY YOUNG
ANDREW RUDIN, M.D.

    Defendants.

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

On June 4, 2020, the Court entered a Scheduling Order (Doc. 174), which included a discovery deadline of September 14, 2020 at the agreement of the parties. In its Motion to Amend Scheduling Order, the government has identified some unforeseen circumstances that impacted the re-production of certain electronic materials (the "Search Warrant Electronic Data") in load-ready format in advance of the September 14, 2020 deadline and has further raised to the Court's attention a potentially thorny issue with respect to the production of documents that may be subject to a claim of attorney-client privilege.

Upon review of the briefing in this matter, and for good cause shown, the Court GRANTS the government's motion and ORDERS:

(1) The discovery deadline currently set for September 14, 2020 shall be vacated;

(2) By October 14, 2020, the government shall produce, in load-ready format, the Search Warrant Electronic Data that does not appear to be subject to any claim of attorney-client privilege; and

(3) With respect to any potentially privileged materials identified by the government's privilege

review team, all parties, by October 14, 2020, shall either (a) jointly submit a protocol for managing the negotiation and production of potentially privileged documents to Defendants Alperovich and Rudin; or (b) if the parties cannot reach agreement on such a protocol, shall file individual proposals and memoranda in support to the Court.

IT IS SO ORDERED this the 15th day of September 2020.

<u>s/ J. DANIEL BREEN</u>
UNITED STATES DISTRICT JUDGE