# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | |
| § | Criminal No. 1:19-cr-10040-JDB |
| **JEFFREY W. YOUNG JR.,** § | |
| **ALEXANDER ALPEROVICH, M.D.,** § | |
| **and ANDREW RUDIN, M.D.,** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its undersigned counsel, hereby provides notice that Trial Attorney Bennett P. Starnes has been assigned to the Filter Team in this case, and files this notice to appear in that capacity. The undersigned requests to be informed of all future filings and court hearings in the above captioned case.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY


By:      /s/ Bennett Starnes
    Bennett Starnes
    Trial Attorney
    United States Department of Justice
    Criminal Division, Fraud Section
    1400 New York Ave. NW
    Washington, DC 20005
    (202) 616-2684
    Bennett.Starnes@usdoj.gov