# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | Criminal No. 1:19-cr-10040-JDB |
| JEFFREY W. YOUNG JR., § | |
| ALEXANDER ALPEROVICH, M.D., § | |
| and ANDREW RUDIN, M.D., § | |
| § | |
| Defendants. § | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its undersigned counsel, hereby provides notice that Trial Attorney Kathryn C. Furtado has been assigned to the Filter Team in this case, and files this notice to appear in that capacity. The undersigned requests to be informed of all future filings and court hearings in the above captioned case.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TENNESSEE

DANIEL KAHN, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By: /s/ Kathryn C. Furtado
Kathryn C. Furtado
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
Special Matters Unit
1400 New York Avenue NW
Washington, DC 20530
Tel: (202) 307-2884
Kathryn.Furtado@usdoj.gov