# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                    )<br>      Plaintiff,       )<br>                                    )<br>vs.                                  )<br>                                    )<br>ANDREW RUDIN,      )<br>                                    )<br>      Defendant.      )<br>                                    ) | No. 1:19-cr-10040 |

## UNOPPOSED MOTION TO RESET REPORT DATE AS TO ALL DEFENDANTS

Now Comes the Defendant, ANDREW RUDIN, by and through his counsel, Nishay K. Sanan, Esq., and moves this Court to Reset the Report Date, in support thereof, Dr. Rudin states as follows:

1. This cause, for Andrew Rudin and the Co-Defendants was set yesterday for a Report Date of January 7, 2021 @ 9:15 A.M., before this Honorable Court.

2. This will be the first time the matter is up before this Court as the matter had previously been before Judge Breen then transferred to this Court for trial and further proceedings.

3. Counsel believes it is important to personally be involved with this Status Report Date versus having stand-in in counsel, because the matter is currently set for trial on March 15, 2021.

4. Counsel for Dr. Rudin will be on an international flight, returning to Chicago, on January 7, 2019 @ 9:15 A.M.

5. Counsel has communicated with all Counsel, and no one has an objection to moving this matter.

6. Counsel for Dr. Alperovich has indicated his availability as follows: the afternoons of Jan. 11, 12, 13, 14, or 15 or the morning of Jan 14th.

7. Counsel is not asking for a long delay, in fact Counsel and his client can appear before this Court for a Report Date after January 7, 2021.

8. Counsel and Dr. Rudin do not make this motion to cause delay in this matter. Dr. Rudin, in fact, wishes to pursue this matter expeditiously.

9. Mr. Rudin does not object to the exclusion of time.

**WHEREFORE**, the defendant, Andrew Rudin, requests that this Court grant his Motion to Reset the Report Date.

Respectfully Submitted,

/s/ Nishay K. Sanan

Nishay K. Sanan

Attorney for Defendant

53 W. Jackson Blvd.

Suite 1424

Chicago, IL 60604

312-692-0360

nsanan@aol.com

2

CERTIFICATE OF SERVICE

      The undersigned, an attorney, first being duly sworn on oath, states that a copy of Motion was served upon the parties who have filed appearances in this matter, by electronically filing the same pursuant to rules of ECM on December 18, 2020.

      __/s/ Nishay Sanan_____