## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF
## TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:19-cr-10040 |
| | ) | |
| ANDREW RUDIN, ET AL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This cause coming before this Court on Defendant, Andrew Rudin's Unopposed Motion to RESET THE REPORT DATE, upon said motion and for good cause shown, it is thereby ORDERED that REPORT DATE as to all three Defendants is reset to _____, 2020 @ _____ AM/PM in Courtroom 3 - Memphis before Judge John T. Fowlkes Jr.

IT IS SO ORDERED,

On this \_\_\_\_ day of December 2020.

/s/
John T. Fowlkes Jr.
UNITED STATES DISTRICT JUDGE