IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 19 CR 10040-03 |
| | ) | Hon. J. Daniel Breen |
| ANDREW RUDIN, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

**DR. RUDIN'S MOTION TO ADOPT DR. ALPEROVICH'S MOTION & MEMORANDUM FOR IN CAMERA REVIEW AND TO COMPEL PRODUCTION OF DISCOVERY MATERIAL**

Now comes the Defendant, Dr. Andrew Rudin, by and through his undersigned attorney, Nishay K. Sanan, and respectfully files this Motion to Adopt. In support thereof, Dr. Rudin states as follows:

1. On or about February 4, 2021, Dr. Alperovich filed his Motion & Memorandum For In Camera Review And To Compel Production Of Discovery Material.

2. Dr. Rudin is similarly situated as Dr. Alperovich and therefore moves to adopt said Motion.

3. Based upon the forgoing, Dr. Rudin adopts the arguments set forth in said Motion and adopts them as his own.

WHEREFORE, Dr. Rudin prays that this Court enters an order allowing him to adopt DR. Alperovich's Motion

Respectfully submitted,

/s/  Nishay K. Sanan  
Attorney for Dr. Rudin

**Law Office of Nishay K. Sanan**
53 West Jackson Boulevard, Suite 1424
Chicago, Illinois 60604
312.386.7091
nsanan@aol.com

CERTIFICATE OF SERVICE

The undersigned, an attorney, first being duly sworn on oath, states that a copy of Motion was served upon the parties who have filed appearances in this matter, by electronically filing the same pursuant to rules of ECM on February 5, 2021.


__/s/ Nishay Sanan_____