# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:19-cr-10040 |
| ANDREW RUDIN, ET AL ) | |
| Defendant. ) | |

## ORDER

This cause coming before this Court on Defendant, DR. RUDIN'S MOTION TO ADOPT DR. ALPEROVICH'S MOTION & MEMORANDUM FOR IN CAMERA REVIEW AND TO COMPEL PRODUCTION OF DISCOVERY MATERIAL, upon said motion and for good cause shown, it is thereby ORDERED that said Motion is granted.

IT IS SO ORDERED,

On this _____ day of February 2021.

/s/
John T. Fowlkes Jr.
UNITED STATES DISTRICT JUDGE