UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

Case No. 1:19-cr-10040-Fowlkes

**UNITED STATES OF AMERICA,**

**vs.**

**JEFFREY YOUNG,**
**ALEXANDER ALPEROVICH,**
**ANDREW RUDIN,**
    **Defendants**.
_____/

## UNITED STATES' MOTION TO SEAL THE GOVERNMENT'S REPLY TO DEFENDANT YOUNG'S RESPONSE IN OPPOSITION TO THE FILTER TEAM'S MOTION FOR AUTHORIZATION TO PRODUCE DISCOVERY AND RESPOSE TO DEFENDANTS ALPEROVICH AND RUDIN'S MOTION FOR AUTHORIZATION TO PRODUCE DISCOVERY

The United States, by and through the assigned Filter Team, respectfully requests that the court enter an order sealing the government's reply to Defendant Young's response in opposition to the Filter Team's motion for authorization to produce discovery and response to Defendant Alperovich and Rudin's motion for authorization to produce discovery until further order of the Court. The associated motion discusses potentially privileged communications. Accordingly, the motion to seal is necessary to protect the confidentiality of the potentially privileged information.

The assigned Prosecution Team shall not be delivered a copy of these pleadings pursuant to the Court's order regulating the production of discovery material to the defendant and third-parties issued on October 15, 2020. (Doc. 182, §2).

Dated: February 16, 2021   Respectfully submitted,

                                                           DANIEL KAHN, ACTING CHIEF
                                                           CRIMINAL DIVISION, FRAUD SECTION
                                                           U.S. DEPARTMENT OF JUSTICE

By:    */s/ Bennett P. Starnes*_____

                                                           BENNETT P. STARNES
                                                          KATHRYN C. FURTADO
                                                          TRIAL ATTORNEYS
                                                          United States Department of Justice
                                                          Criminal Division, Fraud Section
                                                          Privilege Review Team
                                                          1400 New York Avenue NW
                                                          Washington, DC 20530
                                                          Tel: (202) 616-2684
                                                          Bennett.Starnes@usdoj.gov
                                                          Kathryn.Furtado@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 16, 2021, I filed the foregoing document with the Clerk of the Court.

By: _/s/ Bennett P. Starnes_____
Bennett P. Starnes

Copies delivered by FedEx and Electronic Mail to:

Nishay Sanan
53 W. Jackson, Suite 1424
Chicago, IL 60604
(312) 692-0360
nsanan@aol.com
*Counsel for Defendant Andrew Rudin*

William D. Massey
3074 East Street
Memphis, TN 38128
w.massey3074@gmail.com
*Counsel for Defendant Alexander Alperovich*

Stephen Ross Johnson
606 West Main Street, Suite 300
(865) 637-0661
johnson@rddjlaw.com
*Counsel for Defendant Alexander Alperovich*

Claiborne H. Ferguson
294 Washington Avenue
Memphis, TN 38103
(901) 529-6400
claiborne@midsouthcriminaldefense.com
*Counsel for Defendant Jeffrey Young, Jr.*