AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-CR-10040-JTF |
| Jeffrey W. Young, Jr., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE UNITED STATES OF AMERICA  (Please remove AUSA James Powell from the distribution list.)   .

Date:   02/26/2021

s/Victor L. Ivy
*Attorney's signature*

VICTOR L. IVY, 14363
*Printed name and bar number*

U.S. Attorneys Office
109 South Highland Avenue
Suite 300
Jackson, Tennessee  38301
*Address*

Vic.Ivy@usdoj.gov
*E-mail address*

(731) 422-6220
*Telephone number*

(731) 422-6668
*FAX number*