# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )   CR. NO. 1:19-cr-10040-JTF |
| | ) |
| vs. | ) |
| | ) |
| JEFFREY W. YOUNG, JR., | ) |
| ALEXANDER ALPEROVICH, M.D., and | ) |
| ANDREW RUDIN, M.D. | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

The United States of America, by and through its undersigned counsel, moves to withdraw Jason Knutson, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, as co-counsel for the United States in this matter as he will be leaving his employment with the Department of Justice. Withdrawal will not prejudice any party nor delay the adjudication of this case.

Respectfully Submitted,

Joseph C. Murphy, Jr.
ACTING UNITED STATES ATTORNEY

By:   *s/ Jason Knutson*
Jason Knutson
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1000 Louisiana, St. 2300
Houston, Texas 77002
Email: Jason.Knutson@usdoj.gov
Phone: (202) 679-1883

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2021, a true and correct copy of the foregoing document was served on defense counsel of record via CM/ECF.

*s/ Jason Knutson*
Jason Knutson
Trial Attorney
