# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. NO. 1:19-cr-10040-JTF |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY W. YOUNG, JR., | ) | |
| ALEXANDER ALPEROVICH, M.D., and | ) | |
| ANDREW RUDIN, M.D. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO WITHDRAW

The government's Motion to Withdraw Jason Knutson as co-counsel for the United States in this matter is GRANTED on July 13th, 2021.

*s/John T. Fowlkes, Jr.*
John T. Fowlkes Jr.
United States District Judge