# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. <u>**1:19-cr-10040**</u> |
| vs. ) | |
| ) | |
| **JEFFREY W. YOUNG, JR.** ) | |
| **ALEXANDER ALPEROVICH, M.D.,** ) | |
| **and ANDREW RUDIN, M.D.** ) | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its undersigned counsel, hereby files this Notice of Attorney Appearance, designating Thomas J. Jaworski, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, as an additional attorney for the United States in this matter.

Respectfully submitted, this the 30th day of July 2021.

                                                  Respectfully submitted,

                                                JOSEPH C. MURPHY, JR.
                                                Acting United States Attorney

                    By:    *s/ Thomas J. Jaworski*
                            Thomas J. Jaworski
                            Trial Attorney
                            United States Department of Justice
                            Criminal Division, Fraud Section
                            110 9th Avenue South, Suite A-961
                            Nashville, TN 37203
                            (202) 270-1580

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 30, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

                                        s/ *Thomas J. Jaworski*
                                        THOMAS J. JAWORSKI