# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA,**
    **Plaintiff,**
**vs.**                                                                                                                                               No. 1:19-cr-10040-JTF-1
**JEFFREY YOUNG,**
    **Defendant.**

## NOTICE OF APPEARANCE

Ramon Damas, attorney for Jeffrey Young, hereby gives Notice of his Appearance in the above-styled cause of action for the charges now pending. All communication should be directed to the address below.

                                                    Respectfully submitted,

                                                    /s/ Ramon Damas
                                                  Ramon Damas (BPR 36780)
                                                  Attorney for Defendant
                                                  294 Washington Avenue
                                                  Memphis, TN 38103
                                                  (901) 216-0261

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2021, I served a true and correct copy of the foregoing upon the person(s) listed below by the following method(s) of service:

[   ] Depositing it in the U.S. mail, first class postage prepaid and properly addressed;
[   ] Hand delivery;
[   ] Facsimile transmission
[ **X**] Electronic Transmission - PACER

U.S. Attorney's Office
Assistant U.S. Attorney
167 N. Main, Suite 800
Memphis, TN 38103

                                                                   /s/ Ramon Damas