UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. <u>1:19-cr-10040</u> |
| vs. ) | |
| ) | |
| JEFFREY W. YOUNG, JR. ) | |
| ALEXANDER ALPEROVICH, M.D. ) | |
| and ANDREW RUDIN, M.D. ) | |

## MOTION TO WITHDRAW

The United States of America, by and through its undersigned counsel, moves to withdraw Thomas J. Jaworski, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, as co-counsel for the United States in this matter as he will be leaving his employment with the Criminal Division in February 2022. Withdrawal will not prejudice any party nor delay adjudication of this case.

Respectfully submitted, this the 31st day of January 2022.

                                          Respectfully submitted,

                                        JOSEPH C. MURPHY, JR.
                                        Interim United States Attorney

By:   <u>*s/ Thomas J. Jaworski*</u>
        Thomas J. Jaworski
        Trial Attorney
        United States Department of Justice
        Criminal Division, Fraud Section
        110 9th Avenue South, Suite A-961
        Nashville, TN 37203
        (202) 270-1580

## CERTIFICATE OF SERVICE

    I hereby certify that on January 31, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                       s/ *Thomas J. Jaworski*
                                       THOMAS J. JAWORSKI