UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 1:19-cr-10040 |
| | ) | |
| v. | ) | |
| | ) | |
| **JEFFREY W. YOUNG, JR.** | ) | |
| **and ANDREW RUDIN, M.D.** | ) | |

NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its undersigned counsel, hereby files this Notice of Attorney Appearance, designating Dermot Lynch, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, as an additional attorney for the United States in this matter.

Respectfully submitted,

JOSEPH C. MURPHY, JR.
United States Attorney

By:   *s/Dermot Lynch*
Dermot Lynch
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
202-591-6015
dermot.lynch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2022, a true and correct copy of the foregoing document was served on defense counsel of record via CM/ECF.

<u>*s/Dermot Lynch*</u>           <br>
Dermot Lynch