UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　　　　　**No. 1:19-cr-10040-JTF-1**

**JEFFREY YOUNG,**
    **Defendant.**

### NOTICE OF AUTHORIZATION DEFENSE AND MODIFIED PUBLIC AUTHORITY DEFENSE

    Comes now, Defendant by and through his counsel and Notices the Government of his intent to plead the Authorization Defense per *Xiulu Ruan v. United States*, (once a defendant claims that he or she falls within the authorization exception and the burden shifts back to the Government, the Government must prove a lack of authorization by satisfying the ordinary criminal law burden of proof—beyond a reasonable doubt).  As a licensed professional, he was clearly authorized to prescribe medications.

    Likewise, while not an actual Public Authority defense, as it is merely an attach on the intent or *mens rea* element, the Defendant notices his intent to rely of the Tennessee Medical Board's continued licensing of his practice while aware of his prescribing practice as it is proof of a lack of intent or knowledge to violate the "authorized manner" clause.

**The**
**CLAIBORNE ❋ FERGUSON**
**Law Firm, P.A**.
294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
Claiborne@midsouthcriminaldefense.com

/s/Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (BPR 20457)

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2022, I served a true and correct copy of the foregoing upon the person(s) listed below by the following method(s) of service:

[   ] Depositing it in the U.S. mail, first class postage prepaid and properly addressed;
[   ] Hand delivery;
[   ] Facsimile transmission
[ **X**] Electronic Transmission - PACER

Jillian Willis
U.S. Department of Justice
Criminal Division, Fraud Section
202-257-5852

/s/ Claiborne H. Ferguson