UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CR. NO.: <u>19-cr-10040</u> |
| ) | |
| JEFFREY YOUNG and ) | |
| ANDREW RUDIN ) | |
| ) | |
| Defendants. ) | |

**APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD TESTIFICANDUM**

The United States Attorney's Office applies to the Court for a Writ to have HOPE NICHELLE ARMENT, <u>GDC ID: 1002920094</u>, now being detained in Arrendale TC, 2023 Old Gainsville Hwy, Alto, GA 30510, appear before the Honorable U.S. District Judge John T. Fowlkes, Monday through Friday, November 7 - 11, 2022, at 9:30 a.m., for Trial and for such other appearances as this Court may direct.

Respectfully submitted this 12th day of October, 2022.

s/Dermot Lynch.
Trial Attorney

---------------------------------------------------------------------

Upon consideration of the foregoing Application, TYREECE L. MILLER, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., WARDEN ALLEN DILLS, ARRENDALE TC, 2023 OLD GAINSVILLE HWY, ALTO, GA 30510.

YOU ARE HEREBY COMMANDED to have HOPE NICHELLE ARMENT, GDC ID: 1002920094, appear before the Honorable U.S. District Judge John T. Fowlkes, on the dates and times aforementioned.

ENTERED this <u>13th</u> day of October, 2022.

s/ Tu M. Pham
TU. M. PHAM
CHIEF U. S. MAGISTRATE JUDGE

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility, please advise the requesting Assistant United States Attorney."