# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:19-cr-10040 |
| ) | |
| ANDREW RUDIN, ET AL ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO SET STATUS/REPORT DATE AS TO ALL DEFENDANTS

Now Comes the Defendant, DR. ANDREW RUDIN, by and through his counsel, Nishay K. Sanan, Esq., and moves this Court to set a Status/Report Date, in support thereof, Dr. Rudin states as follows:

1. This cause, for Andrew Rudin and the Co-Defendant is set for trial on November 7, 2022, before this Honorable Court.

2. There has been a significant change in the law in this type of prosecutions since the Supreme Court released its opinion in *Ruan v. United States*, 142 S. Ct. 2370 (2022).

3. On October 12, 2022, Dr. Rudin filed a Motion to Dismiss or in the Alternative for Grand Jury Minutes.

4. Counsel believes that a Status/ Report Date is necessary and important to determine if this trial can proceed as scheduled or if additional briefing will be necessary based upon *Ruan v. United States*, 142 S. Ct. 2370 (2022).

5. Counsel for Dr. Rudin has spoken to Co-Defendant's Counsel who is also in agreement that a Status/Report date is necessary.

6. Counsel has communicated with all Counsel, that this request is being made.

7. Counsel and Dr. Rudin do not make this motion to cause a delay in this matter. Dr. Rudin, in fact, wishes to pursue this matter expeditiously.

8. Mr. Rudin does not object to the exclusion of time.

**WHEREFORE**, the defendant, Andrew Rudin, requests that this Court grant his Motion Set a Status/Report Date.

Respectfully Submitted,

/s/ Nishay K. Sanan

Nishay K. Sanan

Attorney for Defendant

53 W. Jackson Blvd.

Suite 1434

Chicago, IL 60604

312-692-0360

nsanan@aol.com

CERTIFICATE OF SERVICE

      The undersigned, an attorney, first being duly sworn on oath, states that a copy of Motion was served upon the parties who have filed appearances in this matter, by electronically filing the same pursuant to rules of ECM on October 20, 2022.

      __/s/ Nishay Sanan_____