# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,              )<br>                              )<br>vs.                           )<br>                              )<br>ANDREW RUDIN, ET AL           )<br>                              )<br>        Defendant.            )<br>                              ) | No. 1:19-cr-10040 |

## ORDER

This cause coming before this Court on Defendant, DR. RUDIN'S MOTION TO SET A STATUS OR REPORT DATE, upon said motion and for good cause shown, it is thereby ORDERED that said Motion is granted.

IT IS SO ORDERED,

On this ____ day of October _____ 2022.

/s/
John T. Fowlkes Jr.
UNITED STATES DISTRICT JUDGE