AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cr-10040 |
| Jeffrey W. Young, Jr., et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America. Please remove James Powell from the distribution list.

Date: 10/20/2022

s/Hillary L. Parham
*Attorney's signature*

Hillary L. Parham; BPR # 25520
*Printed name and bar number*

109 South Highland Avenue; Ste. 300
Jackson, Tennessee  38301
*Address*

hillary.parham@usdoj.gov
*E-mail address*

(731) 422-6220
*Telephone number*

(731) 422-6668
*FAX number*