## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

vs.           No. 1:19-cr-10040-JTF-1

**JEFFREY YOUNG,**
    **Defendant.**

## NOTICE OF ADOPTING DOC 240

Comes now, Defendant by and through his counsel and Notices this that he joins in with the Motion filed in Document 240 (Motion to Dismiss….).

**The**
**CLAIBORNE ✺ FERGUSON**
**Law Firm, P.A.**
294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
Claiborne@midsouthcriminaldefense.com

/s/Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (BPR 20457)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2th day of Novenber, 2022, I served a true and correct copy of the foregoing upon the person(s) listed below by the following method(s) of service:

[   ] Depositing it in the U.S. mail, first class postage prepaid and properly addressed;
[   ] Hand delivery;
[   ] Facsimile transmission
[ **X**] Electronic Transmission - PACER

Jillian Willis
U.S. Department of Justice

Criminal Division, Fraud Section
202-257-5852

/s/ Claiborne H. Ferguson