UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No: 19-cr-10040 |
| | ) | |
| JEFFREY YOUNG | ) | |
| ANDREW RUDIN | ) | |
| | ) | |
| Defendants | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO PRODUCE GRAND JURY MATERIALS FOR *IN CAMERA* REVIEW**

The United States moves for an extension of time of two weeks—or until November 18, 2022—to produce for an *in camera* review the grand jury materials requested by this Court in the November 2, 2022 hearing. Due to changes in travel for the trial team in light of the continuance of the trial date and the need to coordinate with the United States Attorney's Office, the United States needs this additional time. Neither Defendant opposes the relief sought in this motion.

1

Respectfully Submitted,

KEVIN G. RITZ
UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION

By: *s/Dermot Lynch*
Dermot Lynch
Andrew Pennebaker
Katherine Payerle
Criminal Division
Fraud Section
1400 New York Ave., NW
Washington, D.C. 20005
Dermot.Lynch@usdoj.gov
202-591-6015

## CERTIFICATE OF SERVICE

  I hereby certify that on November 4, 2022, a true and correct copy of the foregoing document was served on defense counsel of record via CM/ECF.

                *s/Dermot Lynch*
                Dermot Lynch