UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| vs. | )   No: 19-cr-10040 |
| | ) |
| JEFFREY YOUNG | ) |
| ANDREW RUDIN | ) |
| | ) |
|     Defendants | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO PRODUCE GRAND JURY MATERIALS FOR *IN CAMERA* REVIEW**

On consideration of the United States' Motion for Extension of Time to Produce Grand Jury Materials for In Camera Review, the Court GRANTS the motion. Accordingly, the United States shall have until November 18, 2022 to produce for an *in camera* review the grand jury materials requested by this Court in the November 2, 2022 hearing.

SO ORDERED

_____

Judge John T. Fowlkes

United States District Judge