Western District of Tennessee
United States District Court

# Jury Panel Order Form

Please submit this form to Jury Administration to request jurors for an upcoming trial. Send to email: juryadmin@tnwd.uscourts.gov.  If you learn that this case will not proceed as scheduled, please notify the jury office ASAP.

| Case No. | Case Title |
|---|---|
| 1:19-10040 | USA v. Jeffrey W. Young, Jr. |

Counsel for USA  Dermot Lynch, Jillian Willis, Katherine Payerle, Andrew Pennebaker, James Powell, Bennett Starnes, Hillary Lawler Parham

Counsel for Plaintiff  _____

Counsel for Deft(s)  Claiborne Ferguson, John McNeil

Estimated Days of Trial  5+

| Date of Trial: | Trial Start Time: |
|---|---|
| 03/27/2023 | 9:30 a.m. |

| Type of Trial: | Number of Jurors Requested |
|---|---|
| ☐ Civil   ☑ Criminal | 35 |

Memphis Courtrooms
1 ☐  2 ☐  3 ☑  4 ☐  5 ☐  6 ☐  7 ☐

Jackson Courtrooms
1 ☐  2 ☐

☐ Check here if the Judge wants to start jury selection before the trial start date, what day will jury selection begin? _____.

Additional Notes:
Will use CR#3 jury room.

| Date of Request: | Requestor: |
|---|---|
| 03/24/2023 | Ross Herrin |

Revised March 2022