IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:19-cr-10040-JTF-001 |
| Jeffrey W. Young, Jr. ) | |
| ) | |
| Defendant. ) | |

_____

ORDER DIRECTING CLERK'S OFFICE TO PAY FOR LUNCHES
_____

The Clerk's office is directed to pay for lunches, and other allowed expenses for all of the jurors on the above styled case from March 28th, 2023, until they are dismissed.

**IT IS SO ORDERED** on this 24th day of March, 2023.

BY THE COURT:

*s/John T. Fowlkes, Jr.*
**JOHN T. FOWLKES, JR.**
**U.S. DISTRICT JUDGE**