IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS | ) | CR. NO. 19-10040 |
| | ) | |
| JEFFREY W. YOUNG, JR., | ) | |
| | ) | |
| Defendant. | ) | |

# VERDICT

We, the jury, on the charges in the indictment for our verdict say:

We find the defendant, JEFFREY YOUNG, as to Count 1
(conspiracy to distribute controlled substances)

_____.

**(Guilty)**   or   (Not Guilty)


We find the defendant, JEFFREY YOUNG, as to Count 2
(distribution to Patient H.R. on or about March 5, 2015)

_____.

**(Guilty)**   or   (Not Guilty)


We find the defendant, JEFFREY YOUNG, as to Count 3
(distribution to Patient H.R. on or about March 25, 2015)

_____.

**(Guilty)**   or   (Not Guilty)


27

We find the defendant, JEFFREY YOUNG, as to Count 4
(distribution to Patient H.R. on or about April 23, 2015)

_____.

**(Guilty)**   or   (Not Guilty)


We find the defendant JEFFREY YOUNG, as to Count 5,
(distribution to Patient H.R. on or about May 20, 2015)

_____.

**(Guilty)**   or   (Not Guilty)


We find the defendant, JEFFREY YOUNG, as to Count 6,
(distribution to Patient H.R. on or about June 19, 2015)

_____.

**(Guilty)**   or   (Not Guilty)


We find the defendant, JEFFREY YOUNG, as to Count 7,
(distribution to Patient H.R. on or about July 17, 2015)

_____.

**(Guilty)**   or   (Not Guilty)


We find the defendant, JEFFREY YOUNG, as to Count 8,
(distribution to Patient K.S. on or about June 7, 2016)

_____.

**(Guilty)**   or   (Not Guilty)

28

We find the defendant, JEFFREY YOUNG, as to Count 9, (distribution to Patient K.S. on or about July 12, 2016)

_____.

**(Guilty)**   or   (Not Guilty)


We find the defendant, JEFFREY YOUNG, as to Count 10, (distribution to Patient K.S. on or about August 6, 2016)

_____.

**(Guilty)**   or   (Not Guilty)


We find the defendant, JEFFREY YOUNG, as to Count 11, (distribution to Patient K.S. on or about September 23, 2016)

_____.

**(Guilty)**   or   (Not Guilty)


We find the defendant, JEFFREY YOUNG, as to Count 12, (distribution to Patient K.S. on or about October 11, 2016)

_____.

**(Guilty)**   or   (Not Guilty)


We find the defendant, JEFFREY YOUNG, as to Count 13, (distribution to Patient K.S.L. on or about October 11, 2016)

_____.

**(Guilty)**   or   (Not Guilty)

We find the defendant, JEFFREY YOUNG, as to Count 14,
(distribution to Patient K.S.L. on or about November 15, 2016)

_____.

(Guilty) ⊛      or      (Not Guilty)

We find the defendant, JEFFREY YOUNG, as to Count 15,
(maintaining a drug-involved premises)

_____.

(Guilty) ⊛      or      (Not Guilty)

_John R. Bjen_ [signature]
PRESIDING JUROR

3/31/2023
DATE