AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN   DISTRICT OF   TENNESSEE

| UNITED STATES OF AMERICA | | | | | | EXHIBIT AND WITNESS LIST |
|---|---|---|---|---|---|---|
| V. | | | | | | |
| JEFFREY W. YOUNG, JR. | | | | | | Case Number: 1:19-cr-10040-001 |

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| JOHN T. FOWLKES, JR. | | | Katherine Payerle, Andrew Pennebaker | | | Claiborne H. Ferguson, Ramon Damas |
| HEARING DATE(S): | | | COURT REPORTER | | | COURTROOM DEPUTY |
| March 23, 2023 | | | Lashawn Marshall & Tina Gibson | | | Ross Herrin |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| √ | | 03/28/2023 | √ | | | |
| 1 | | 03/28/2023 | | √ | √ | Text Message Chain |
| 2 | | 03/28/2023 | | √ | √ | Photo – Mr. Young's Office |
| 3 | | 03/28/2023 | | √ | √ | Text Message |
| 4 | | 03/28/2023 | | √ | √ | 1 Page – Face Book Excerpt |
| 5 | | 03/28/2023 | | √ | √ | 7 Page Text Message Chain |
| 6 | | 03/28/2023 | | √ | √ | Email from Pharmacy Manager to Richard Denton |
| √ | | 03/28/2023 | √ | √ | √ | Kristie Gutgsell |
| 7 | | 03/28/2023 | | √ | √ | 11 – Photos PreventaGenix |
| 8 | | 03/28/2023 | | √ | √ | Master Appointment List |
| 9 | | 03/28/2023 | | √ | √ | Clinic Floor Plan |
| 10 | | 03/28/2023 | | √ | √ | Ben Elston Patient File |
| 11 | | 03/28/2023 | | √ | √ | Advertisement |
| 12 | | 03/28/2023 | | √ | √ | Digital Video Disc – RockDoc Video Trailer |
| 13 | | 03/28/2023 | | √ | √ | Text Message Chain |
| 14 | | 03/28/2023 | | √ | √ | 7 Pages - Text Message Chain |
| 15 | | 03/28/2023 | | √ | √ | 9 Pages – Email Chain From: Kristie Gutgsell, To: Andrew Rudin |
| 16 | | 03/28/2023 | | √ | √ | 1 Page - Text Message |
| 17 | | 03/28/2023 | | √ | √ | 4 Pages - Text Messages |
| 18 | | 03/28/2023 | | √ | √ | Letter from Humana 12/22/2016 |
| 19 | | 03/28/2023 | | √ | √ | Digital Video Disc – Haters Video |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | UNITED STATES OF AMERICA   vs.   JEFFREY W. YOUNG, JR. | | | | | CASE NO. 1:19-cr-10040-001 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| 20 | | 03/28/2023 | | √ | √ | Face Book Message Post |
| √ | | 03/28/2023 | √ | | | Hope Rogers |
| 21 | | 03/28/2023 | | √ | √ | Intake Information Form |
| 22 | | 03/28/2023 | | √ | √ | Copies of Prescriptions |
| 23 | | 03/28/2023 | | √ | √ | Hope Rogers Agreement - CSMD/FB Summary |
| | 24 | 03/28/2023 | | √ | √ | Hospital Photo – Hope Rogers & Child |
| √ | | 03/28/2023 | | √ | √ | Daniel Rogers |
| 25 | | 03/28/2023 | | √ | √ | Patient Records – Andy Azbill |
| √ | | 03/28/2023 | √ | | | Katie (Scott) Tripp |
| 26 | | 03/28/2023 | | √ | √ | Prescription – Dated 05/04/2016 |
| 27 | | 03/28/2023 | | √ | √ | Face Book - Messages |
| 28 | | 03/28/2023 | | √ | √ | Digital Video Disc – Video of Dr. Office Visit |
| 29 | | 03/28/2023 | | √ | √ | Digital Video Disc – Video of Dr. Office Visit |
| 30 | | 03/28/2023 | | √ | √ | Digital Video Disc – Video of Dr. Office Visit |
| 31 | | 03/28/2023 | | √ | √ | Digital Video Disc – Video of Dr. Office Visit |
| 32 | | 03/28/2023 | | √ | √ | Digital Video Disc – Video of Dr. Office Visit |
| 33 | | 03/28/2023 | | √ | √ | Digital Video Disc – Video of Dr. Office Visit |
| 34 | | 03/28/2023 | | √ | √ | Prescription dated 06/07/2016 |
| 35 | | 03/28/2023 | | √ | √ | Prescription dated 07/12/2023 |
| 36 | | 03/28/2023 | | √ | √ | Prescription dated 08/16/2023 |
| 37 | | 03/28/2023 | | √ | √ | Prescription dated 09/13/2016 |
| 38 | | 03/29/2023 | | | | Prescription dated 10/11/2016 |
| 39 | | 03/29/2023 | | | | Prescription dated 10/11/2016 |
| √ | | 03/29/2023 | √ | | | Dr. Alexander Alperovich |
| | 40 | 03/29/2023 | | √ | √ | Letter Terminating Preceptorship by Dr. Alperovich |
| √ | | 03/29/2023 | √ | | | Tricia Stansell |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | UNITED STATES OF AMERICA vs. JEFFREY W. YOUNG, JR. | | | | CASE NO. 1:19-cr-10040-001 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| √ | | 03/29/2023 | √ | | | Natalie Seabolt – Consultant |
| 41 | | 03/29/2023 | | √ | √ | CSMD – Report: January 1st, 2015 – January 14th, 2015 |
| 42 | | 03/29/2023 | | √ | √ | Heat Map – Home Address Location of Patients |
| 43 | | 03/29/2023 | | √ | √ | TennCare Top Count Summary |
| 44 | | 03/29/2023 | | √ | √ | TennCare Patient Age Chart |
| 45 | | 03/29/2023 | | √ | √ | 2 Pages – Percentage of Female & Male – Controlled Substances |
| 46 | | 03/29/2023 | | √ | √ | Male & Female Age Chart – Controlled Substances |
| 47 | | 03/29/2023 | | √ | √ | Prescribed Controlled Substances Over Time |
| √ | | 03/29/2023 | √ | | | Shirley Pickering |
| 48 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 49 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 50 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 51 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 52 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 53 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 54 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 55 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 56 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 57 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 58 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 59 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 60 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 61 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 62 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 63 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 64 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | UNITED STATES OF AMERICA vs. JEFFREY W. YOUNG, JR. | | | | | CASE NO. 1:19-cr-10040-001 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 65 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 66 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 67 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 68 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| 69 | | 03/29/2023 | | √ | √ | Compact Disc – Interview of Jeffrey Young by Shirley Pickering |
| √ | | 03/29/2023 | | | | Spc. Agt. Kristina St. Laurent - TBI |
| 70 | | 03/29/2023 | | √ | √ | MRI Report – Christiana Norton (aka Laurent) |
| 71 | | 03/29/2023 | | √ | √ | Mill's Family Pharmacy – Receipt |
| | 72 | 03/29/2023 | | √ | √ | Intake Form & Opioid Contract |
| 73 | | 03/29/2023 | | √ | √ | Compact Disc – Office Visit - Christiana Norton (aka Laurent) |
| √ | | 03/29/2023 | √ | | | Spc. Agt. Demarcus Scales - TBI |
| 74 | | 03/29/2023 | | √ | √ | CSMD /SMS/MMS/FB Message Summary – Adrian McKenzie |
| 75 | | 03/29/2023 | | √ | √ | CSMD /SMS/MMS/FB Message Summary – Courtney Howell |
| 76 | | 03/29/2023 | | √ | √ | CSMD /SMS/MMS/FB Message Summary – Storey / Morris / Williams |
| 77 | | 03/29/2023 | | √ | √ | CSMD /SMS/MMS/FB Message Summary – Daphne Joyner Montoya |
| 78 | | 03/29/2023 | | √ | √ | CSMD /SMS/MMS/FB Message Summary – Amy Sanders |
| 79 | | 03/30/2023 | | √ | √ | CSMD /SMS/MMS/FB Message Summary – Whitney Henly |
| 80 | | 03/30/2023 | | √ | √ | CSMD /SMS/MMS/FB Message Summary – Christina (Tina) Powers |
| 81 | | 03/30/2023 | | √ | √ | CSMD /SMS/MMS/FB Message Summary – Shantell Davis |
| 82 | | 03/30/2023 | | √ | √ | CSMD /SMS/MMS/FB Message Summary – Tiffany Webb |
| 83 | | 03/30/2023 | | √ | √ | CSMD /SMS/MMS/FB Message Summary – Ben Elston |
| 84 | | 03/30/2023 | | √ | √ | CSMD /SMS/MMS/FB Message Summary – Jay Green |
| 85 | | 03/30/2023 | | √ | √ | CSMD /SMS/MMS/FB Message Summary – Will Stone |
| 86 | | 03/30/2023 | | √ | √ | Text Message & CSMD Summary – Lydia Spencer |
| 87 | | 03/30/2023 | | √ | √ | CSMD /SMS/MMS/FB Message Summary – Keith Moffatt |
| 88 | | 03/30/2023 | | √ | √ | Text Message Exchange – Scott Bartlett |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

UNITED STATES OF AMERICA vs. JEFFREY W. YOUNG, JR.  CASE NO. 1:19-cr-10040-001

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| 89 | | 03/30/2023 | | √ | √ | SMS/PMP Message Summary – Doug Keeton |
| 90 | | 03/30/2023 | | √ | √ | SMS/PMP Message Summary – Chad Newsom |
| 91 | | 03/30/2023 | | √ | √ | Patient File Chart & PMP Comparison – Chad Newsom |
| 92 | | 03/30/2023 | | √ | √ | SCMD/FB – Hope Rogers |
| | 93 | 03/30/2023 | | √ | √ | PMP – Amy Sanders |
| | 94 | 03/30/2023 | | √ | √ | CSMD – Cyndal Storey |
| | 95 | 03/30/2023 | | √ | √ | PMP – Ben Elston |
| | 96 | 03/30/2023 | | √ | √ | Stipulation of Parties as to November 2016 Video |
| | 97 | 03/30/2023 | | √ | √ | Digital Video Disc - Video of Dr. Office Visit - |
| √ | | 03/30/2023 | √ | | | Dr. Tricia Aultman |
| 98 | | 03/30/2023 | | √ | √ | Patient File – Aaron Beaver |
| 99 | | 03/30/2023 | | √ | √ | Patient File – Katie Crowder |
| | 100 | 03/30/2023 | | | | Patient File – Daphne Montoya |
| | 101 | 03/30/2023 | | | | Patient File – Hope Rogers |
| | | | | | | *s/Ross Herrin* D.C.   March 30, 2023 |

Page  5  of _____ Pages