# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:19-cr-10040-JTF |
| **JEFFREY YOUNG, JR.,** | ) |
| Defendant. | ) |

## ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO LIFT GAG ORDER

On March 31, 2023, the Government concluded its case-in-chief and the Defendant elected not to present any evidence. After the parties presented their respective closing arguments, the jury received final jury instructions and began its deliberations in this matter. Prior to adjourning, the Government moved the Court to allow the parties to discuss this matter publicly. The motion was unopposed by the Defense. Thereafter, the undersigned granted the motion *ore tenus*. Accordingly, the "gag order" that was imposed by Honorable J. Daniel Breen before this matter was transferred to the undersigned Court for trial is lifted.

In addition, all requests for copies of any exhibits that were introduced as evidence in this case should be made by written motion and filed on the Record. Thereafter, the parties are directed to file any responses to said motions within seven (7) days after filing.

**IT IS SO ORDERED** on this 4th day of April, 2023.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE