# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-10040-JTF |
| | ) | |
| **JEFFREY W. YOUNG, JR.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ON JURY VERDICT

This cause came on for trial before a jury on Monday, March 27, 2023, with Assistant United States Attorneys Katherine Payerle & Andrew Pennebaker representing the United States. Attorneys Claiborne Ferguson & Ramon Damas appeared on behalf of the Defendant Jeffrey W. Young, Jr.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments, and the jury instructions, the jurors were excused to begin their deliberations on Friday, March 31, 2023. After due consideration, the jury returned in open court on Friday afternoon, March 31, 2023, and announced that they had reached a unanimous verdict. The jurors found the Defendant Jeffrey W. Young, Jr. guilty as to all Counts: Count 1, conspiracy to distribute controlled substances; Counts 2-7, unlawfully distributing oxycodone and hydrocodone, to a pregnant woman; Counts 8-14, unlawfully distributing and dispensing controlled substances, specifically, hydrocodone and oxycodone, not for legitimate medical purposes and outside of the usual course

of professional practice; and Count 15, knowingly using and maintaining a place, named PREVENTAGENIX at 162 Murray Guard Drive in Jackson, Tennessee, for purposes of distributing Schedule II controlled substances outside of the usual course of professional practice and without a legitimate medical purpose. The Court polled the jurors individually and excused them from service.

Judgment will be entered in accordance with the jury's verdict and a sentencing hearing will be held on Thursday, August 3, 2023, at 9:30 a.m.

**IT IS SO ORDERED** on this 4th day of April, 2023.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE