# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | Cr. No. 1:19-cr-10040-JDB |
| ) | |
| v. ) | |
| ) | |
| **Jeffrey W. Young, Jr.,** ) | |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S REDACTION REQUEST

The Department of Justice provides notice of its intent to redact from trial transcripts in this matter, identified at Docket Entries 275, 276, 278, 281, and 282, personal identifiers, as required by Federal Rule of Criminal Procedure 49.1, Federal Rule of Civil Procedure 5.2, and Administrative Order No. 2008-35 of the U.S. District Court for the Western District of Tennessee.

The Department respectfully requests that the unredacted transcripts be filed under seal, and that the version available to the public contains the redactions reflected in **Exhibit A**.

The United States' proposed redaction is attached as Exhibit A.

        Respectfully submitted,

        Kevin G. Ritz
        United States Attorney

        By:   /s/ Drew Pennebaker
        Andrew Pennebaker, Trial Attorney
        United States Department of Justice
        Criminal Division, Fraud Section
        Ph: (202) 597-0683
        Andrew.Pennebaker@usdoj.gov