# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    Criminal No.   1:19-cr-10040-JTF-1<br>) |
| JEFFREY YOUNG, JR.,<br>    Defendant, | )<br>) |

## ORDER CONTINUING SENTENCING

Upon the motion of the Defendant for an order continuing the sentencing hearing presently set for Thursday, 08/03/2023 at 9:30 a.m. to a later date and for good cause shown, the Court hereby finds that the motion is well taken and shall be granted. The sentencing in this cause is reset to Thursday, November 30th, 2023 at 9:30 a.m.

**IT IS SO ORDERED, ADJUDGED AND DECREED** on this 18th day of July, 2023.

*s/John T. Fowlkes, Jr.*
**JOHN T. FOWLKES JR.**
**U.S. DISTRICT JUDGE**