# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) Cr. No.: 1:19-cr-10040-JTF |
| vs. | ) |
| **JEFFREY YOUNG,** | ) |
| Defendant. | ) |

## NOTICE OF FILING:
## EXHIBITS ACCOMPANYING DOC. 325, UNITED STATES' BRIEF IN SUPPORT OF THE GUIDELINE CALCULATIONS AND SENTENCING RECOMMENDATION SET FORTH IN THE FINAL PSR

Comes now the United States of America, through undersigned counsel, and would show the Court the following:

On December 29, 2023, the government filed, at ECF Docket Entry No. 325, its Brief in Support of the Guideline Calculations and Sentencing Recommendation Set Forth in the Final PSR (the "Brief").

The government provided the exhibits referenced in the Brief to defense counsel December 28, and to the Court December 29, by means of a file transfer protocol tool, USAfx, but inadvertently omitted them from its December 29, 2023 ECF filing.[1]

---

[1] At the time of those transfers, the government also provided defense counsel and the Court, as a courtesy, items that were *not* exhibits to the Brief: the audio files (both excerpted "snips" and complete audio recordings) used to create Sentencing Exhibit 11, and sortable spreadsheets used to create Sentencing Exhibits 1, 3, 4, 5, and 6.

The government does not intend to offer into evidence at the January 16 hearing the complete audio files or the sortable spreadsheets (though it may offer the audio snips corresponding to the transcribed excerpts comprising Sentencing Exhibit 11).

For the sake of a complete record, and to comply with the Western District of Tennessee's ECF Policies and Procedures § 7.1 (Dec. 1, 2016), the government now provides this Notice of Filing to enter the exhibits to the Brief into the ECF record.

Respectfully submitted,

/s/ *Drew Pennebaker*
Katherine Payerle
Assistant Chief
Andrew Pennebaker
Trial Attorney
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed through ECF on December 31, 2023.

/s/ *Drew Pennebaker*
Andrew Pennebaker
Trial Attorney