| Sent. Ex. 1 | | Patient-by-patient |
|---|---|---|
| CDW Method 1 | (Indictment Drugs Only) | Prescribing Summary |

|  | Sum of CDW (kg) |
|---|---:|
| **ALLEN** |  |
|   **JESSICA** |  |
|     ALPRAZOLAM | 0.02 |
|     CLONAZEPAM | 0.02 |
|     FENTANYL TRANSDERMAL SYSTEM | 0.56 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 22.11 |
|     OXYCODONE HCL | 17.09 |
|     OXYCODONE HCL / ACETAMINOPHEN | 34.67 |
|  |  |
| **AZBILL** |  |
|   **ANDY** |  |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 19.60 |
|     OXYCODONE HCL | 36.18 |
|     OXYCODONE HCL / ACETAMINOPHEN | 29.15 |
|     OXYCONTIN | 48.24 |
|  |  |
| **BEAVER** |  |
|   **AARON** |  |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 4.52 |
|  |  |
| **BENNETT** |  |
|   **ANTHONY** |  |
|     FENTANYL TRANSDERMAL SYSTEM | 0.56 |
|     OXYCODONE HCL | 192.96 |
|  |  |
| **BROWN** |  |
|   **ANASTASIA** |  |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 0.67 |
|  |  |
| **CARROLL** |  |
|   **CHELSEA** |  |
|     ALPRAZOLAM | 0.01 |
|  |  |
| **CROWDER** |  |
|   **KATIE** |  |
|     FENTANYL TRANSDERMAL SYSTEM | 0.88 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 15.08 |
|  |  |
| **DAVIS** |  |
|   **EDWARD** |  |
|     ALPRAZOLAM | 0.05 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 179.90 |
|     OXYCODONE HCL / ACETAMINOPHEN | 6.03 |
|  |  |
| **DAVIS** |  |
|   **SHANTELL** |  |

Case 1:19-cr-10040-JTF   Document 327-1   Filed 12/31/23   Page 2 of 6   PageID 5368

| Sent. Ex. 1 | | Patient-by-patient |
|---|---|---|
| CDW Method 1 | (Indictment Drugs Only) | Prescribing Summary |

| | |
|---|---:|
| OXYCODONE HCL / ACETAMINOPHEN | 2.26 |
| | |
| **DEFOREST** | |
|   **DOTTIE** | |
|     ALPRAZOLAM | 0.01 |
|     CLONAZEPAM | 0.01 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 12.06 |
|     OXYCODONE HCL / ACETAMINOPHEN | 6.03 |
| | |
| **DITTO** | |
|   **JEFFERY** | |
|     ALPRAZOLAM | 0.11 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 162.81 |
|     OXYCODONE HCL | 6.03 |
| | |
| **ELSTON** | |
|   **BEN** | |
|     DIAZEPAM | 0.03 |
|     ENDOCET | 4.52 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 150.75 |
|     OXYCODONE HCL / ACETAMINOPHEN | 38.53 |
| | |
| **ELSTON** | |
|   **JERRY** | |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 71.10 |
|     OXYCODONE HCL / ACETAMINOPHEN | 24.87 |
| | |
| **GERMAN** | |
|   **LEE** | |
|     ALPRAZOLAM | 0.13 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 162.81 |
| | |
| **GOSLEE** | |
|   **HEATHER** | |
|     ALPRAZOLAM | 0.03 |
|     CLONAZEPAM | 0.03 |
|     OXYCODONE HCL / ACETAMINOPHEN | 1.01 |
| | |
| **GRAY** | |
|   **ALEXANDRIA** | |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 5.03 |
| | |
| **GREEN** | |
|   **JAY** | |
|     ALPRAZOLAM | 0.01 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 37.19 |

| Sent. Ex. 1 | | Patient-by-patient |
|---|---|---|
| CDW Method 1 | (Indictment Drugs Only) | Prescribing Summary |

| | |
|---|---:|
| **GUTGSELL** | |
|   **KRISTIE** | |
|     ALPRAZOLAM | **0.01** |
|     OXYCODONE HCL / ACETAMINOPHEN | **3.02** |
| | |
| **HENLEY** | |
|   **WHITNEY** | |
|     ALPRAZOLAM | **0.01** |
|     OXYCODONE HCL | **6.03** |
| | |
| **HOWELL** | |
|   **COURTNEY** | |
|     ALPRAZOLAM | **0.01** |
|     DIAZEPAM | **0.02** |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | **6.03** |
| | |
| **JACO** | |
|   **CHESLEY E** | |
|     CLONAZEPAM | **0.01** |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | **15.75** |
| | |
| **JAMES** | |
|   **TESSA** | |
|     ALPRAZOLAM | **0.02** |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | **4.02** |
| | |
| **JOYNER** | |
|   **DAPHNEE** | |
|     OXYCODONE HCL | **16.08** |
| | |
| **KEETON** | |
|   **DOUGLAS** | |
|     ALPRAZOLAM | **0.08** |
| | |
| **MCCOWN** | |
|   **REBECCA** | |
|     ALPRAZOLAM | **0.01** |
| | |
| **MCKENZIE** | |
|   **ADRIENNE** | |
|     ALPRAZOLAM | **0.01** |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | **4.67** |
| | |
| **MOFFITT** | |
|   **KEITH** | |
|     ALPRAZOLAM | **0.13** |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | **6.03** |

Case 1:19-cr-10040-JTF   Document 327-1   Filed 12/31/23   Page 4 of 6   PageID 5370

| Sent. Ex. 1 | | Patient-by-patient |
| CDW Method 1 | (Indictment Drugs Only) | Prescribing Summary |

| | |
|---|---:|
| OXYCODONE HCL | 353.76 |
| | |
| **MONTOYA** | |
|   **DAPHNE** | |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 18.09 |
|     OXYCODONE HCL | 55.28 |
|     OXYCODONE HCL / ACETAMINOPHEN | 45.23 |
| | |
| **MOODY** | |
|   **RANDALL** | |
|     ALPRAZOLAM | 0.07 |
|     FENTANYL TRANSDERMAL SYSTEM | 0.38 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 14.07 |
|     OXYCODONE HCL | 85.43 |
|     OXYCODONE HCL / ACETAMINOPHEN | 9.05 |
| | |
| **MORRIS** | |
|   **JONATHAN** | |
|     CLONAZEPAM | 0.08 |
|     FENTANYL TRANSDERMAL SYSTEM | 0.19 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 3.02 |
|     OXYCODONE HCL | 60.30 |
| | |
| **MOSS** | |
|   **MELISSA** | |
|     ALPRAZOLAM | 0.09 |
|     CLONAZEPAM | 0.02 |
|     OXYCONTIN | 16.75 |
| | |
| **NEWSOM** | |
|   **CHAD** | |
|     ALPRAZOLAM | 0.02 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 153.26 |
|     OXYCODONE HCL | 30.15 |
| | |
| **NORTON** | |
|   **CHRISTINA** | |
|     OXYCODONE HCL | 18.09 |
| | |
| **ORMEROD** | |
|   **ALAN** | |
|     OXYCODONE HCL | 180.90 |
| | |
| **POWERS** | |
|   **CHRISTINA** | |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 22.61 |

Case 1:19-cr-10040-JTF   Document 327-1   Filed 12/31/23   Page 5 of 6   PageID 5371

Sent. Ex. 1     Patient-by-patient
CDW Method 1     (Indictment Drugs Only)     Prescribing Summary

| | |
|---|---:|
| **PUSSER** | |
|   **BETHANY** | |
|     CLONAZEPAM | 0.02 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 24.97 |
| | |
| **ROBBINS** | |
|   **ROSE** | |
|     ALPRAZOLAM | 0.13 |
|     OXYCODONE HCL | 524.61 |
| | |
| **ROGERS** | |
|   **DANIEL** | |
|     ALPRAZOLAM | 0.01 |
| | |
| **ROGERS** | |
|   **HOPE** | |
|     ALPRAZOLAM | 0.12 |
|     ENDOCET | 16.08 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 27.14 |
|     OXYCODONE HCL / ACETAMINOPHEN | 73.37 |
| | |
| **SANDERS** | |
|   **AMY** | |
|     OXYCODONE HCL | 162.81 |
| | |
| **SMITH** | |
|   **KATIE** | |
|     ALPRAZOLAM | 0.03 |
|     OXYCODONE HCL / ACETAMINOPHEN | 24.12 |
| | |
| **SPENCER** | |
|   **LYDIA** | |
|     CLONAZEPAM | 0.04 |
| | |
| **STANSELL** | |
|   **TRICIA** | |
|     FENTANYL TRANSDERMAL SYSTEM | 0.50 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 2.01 |
|     OXYCODONE HCL | 62.31 |
|     OXYCODONE HCL / ACETAMINOPHEN | 18.59 |
| | |
| **STONE** | |
|   **WILLIAM** | |
|     ALPRAZOLAM | 0.02 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 124.62 |
| | |
| **STOREY** | |

Case 1:19-cr-10040-JTF   Document 327-1   Filed 12/31/23   Page 6 of 6   PageID 5372

Sent. Ex. 1 | | Patient-by-patient
CDW Method 1 | (Indictment Drugs Only) | Prescribing Summary

| | |
|---|---:|
| **CYNDAL** | |
| ALPRAZOLAM | **0.04** |
| HYDROCODONE BITARTRATE ACETAMINOPHEN | **3.02** |
| OXYCODONE HCL | **66.33** |
| OXYCODONE HCL / ACETAMINOPHEN | **6.03** |
| | |
| **TOWNSLEY** | |
| **JENNIFER** | |
| ALPRAZOLAM | **0.11** |
| HYDROCODONE BITARTRATE ACETAMINOPHEN | **61.81** |
| HYDROCODONE BITARTRATE-IBUPROFEN | **1.51** |
| | |
| **WEBB** | |
| **TIFFANY** | |
| ALPRAZOLAM | **0.04** |
| FENTANYL TRANSDERMAL SYSTEM | **0.13** |
| HYDROCODONE BITARTRATE ACETAMINOPHEN | **10.55** |
| OXYCODONE HCL | **89.45** |
| | |
| **WOOLEY** | |
| **MADISON** | |
| ALPRAZOLAM | **0.03** |
| | |
| **WRIGHT** | |
| **KARLA** | |
| OXYCODONE HCL / ACETAMINOPHEN | **2.26** |
| | |
| **YANCEY** | |
| **MICHAEL** | |
| ALPRAZOLAM | **0.01** |
| CLONAZEPAM | **0.01** |
| HYDROCODONE BITARTRATE ACETAMINOPHEN | **2.01** |
| OXYCODONE HCL / ACETAMINOPHEN | **18.09** |
| ZOHYDRO | **8.04** |
| | |
| **GRAND TOTAL CDW (KG)** | **3,753.28** |