# Sent. Ex. 2

# From Rudin Plea Calculations – June 2016 to January 2017

| Young prescribing during Dr. Rudin era | | | | | |
|---|---|---|---|---|---|
| Row Labels | Sum of Quantity | mg/pill | total mg | total grams | Total CDW (kg) |
| HYDROCODONE-ACETAMIN 10-325 MG | 101434 | 10 | 1014340 | 1014.34 | 6796.078 |
| HYDROCODONE-ACETAMIN 7.5-325 | 62073 | 7.5 | 465547.5 | 465.5475 | 3119.16825 |
| OXYCODON-ACETAMINOPHEN 7.5-325 | 10621 | 7.5 | 79657.5 | 79.6575 | 533.70525 |
| OXYCODONE HCL 10 MG TABLET | 32474 | 10 | 324740 | 324.74 | 2175.758 |
| OXYCODONE HCL 15 MG TABLET | 9976 | 15 | 149640 | 149.64 | 1002.588 |
| OXYCODONE HCL 20 MG TABLET | 15090 | 20 | 301800 | 301.8 | 2022.06 |
| OXYCODONE HCL 30 MG TABLET | 25752 | 30 | 772560 | 772.56 | 5176.152 |
| OXYCODONE HCL 5 MG TABLET | 60 | 5 | 300 | 0.3 | 2.01 |
| OXYCODONE-ACETAMINOPHEN 10-325 | 22605 | 10 | 226050 | 226.05 | 1514.535 |
| | | | | **Grand Total CDW** | **22,342.05** |