Sent. Ex. 4 - Total Indictment Drug and C2 Prescribing CDW

|  | Total CDW (kg) | Total pills |
|---|---:|---:|
| AMPHETAMINE SALTS | 28987 | 70962 |
| HYDROCODONE BITARTRATE ACETAMINOPHEN | 25800 | 449107 |
| OXYCODONE HCL | 24370 | 196338 |
| DEXTROAMPH SACC | 11067 | 25570 |
| OXYCODONE HCL / ACETAMINOPHEN | 6211 | 105001 |
| VYVANSE | 5850 | 6367 |
| MIXED AMPHETAMINE SALT | 2763 | 5549 |
| ADDERALL | 1535 | 3021 |
| MORPHINE SULFATE | 736 | 27210 |
| HYDROCODONE BITARTRATE-IBUPROFEN | 536 | 8916 |
| OXYCONTIN | 338 | 2390 |
| ENDOCET | 262 | 4050 |
| HYDROMORPHONE HCL | 90 | 9893 |
| ALPRAZOLAM | 31 | 493385 |
| DEXTROAMPHETAMINE SULFATE AND AMPHETAMINE SULFATE | 24 | 60 |
| FENTANYL TRANSDERMAL SYSTEM | 18 | 1233 |
| VICODIN | 8 | 120 |
| ZOHYDRO | 8 | 30 |
| CLONAZEPAM | 8 | 125975 |
| FOCALIN | 5 | 4499 |
| METHYLPHENIDATE HCL | 5 | 2895 |
| DEXMETHYLPHENIDATE HCL | 4 | 2565 |
| LORCET | 3 | 90 |
| FENTANYL | 2 | 235 |
| DIAZEPAM | 1 | 23084 |
| CONCERTA | 1 | 390 |
| **Grand Total** | **108,663kg CDW** | **1,568,935 pills** |