Sent. Ex. 5 - Total Indictment Drug Prescribing

| | Total CDW (kg) | Total pills |
|---|---|---|
| HYDROCODONE BITARTRATE ACETAMINOPHEN | 25800 | 449107 |
| OXYCODONE HCL | 24370 | 196338 |
| OXYCODONE HCL / ACETAMINOPHEN | 6211 | 105001 |
| HYDROCODONE BITARTRATE-IBUPROFEN | 536 | 8916 |
| OXYCONTIN | 338 | 2390 |
| ENDOCET | 262 | 4050 |
| ALPRAZOLAM | 31 | 493385 |
| FENTANYL TRANSDERMAL SYSTEM | 18 | 1233 |
| VICODIN | 8 | 120 |
| ZOHYDRO | 8 | 30 |
| CLONAZEPAM | 8 | 125975 |
| LORCET | 3 | 90 |
| FENTANYL | 2 | 235 |
| DIAZEPAM | 1 | 23084 |
| **Grand Total** | **57,597kg CDW** | **1,409,954 pills** |