Case 1:19-cr-10040-JTF   Document 327-6   Filed 12/31/23   Page 1 of 7   PageID 5521

Sent. Ex. 6                                                    Patient-by-patient
(Indictment Drugs +C2s)                                        Prescribing Summary

|  | Sum of CDW (kg) |
|---|---:|
| **ALLEN** |  |
|   **JESSICA** |  |
|     ALPRAZOLAM | 0.02 |
|     AMPHETAMINE SALTS | 204.00 |
|     CLONAZEPAM | 0.02 |
|     FENTANYL TRANSDERMAL SYSTEM | 0.56 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 22.11 |
|     OXYCODONE HCL | 17.09 |
|     OXYCODONE HCL / ACETAMINOPHEN | 34.67 |
| **AZBILL** |  |
|   **ANDY** |  |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 19.60 |
|     HYDROMORPHONE HCL | 5.55 |
|     OXYCODONE HCL | 36.18 |
|     OXYCODONE HCL / ACETAMINOPHEN | 29.15 |
|     OXYCONTIN | 48.24 |
| **BARTLETT** |  |
|   **SCOTT** |  |
|     AMPHETAMINE SALTS | 180.00 |
|     DEXTROAMPH SACC | 36.00 |
| **BEAVER** |  |
|   **AARON** |  |
|     ALPRAZOLAM | 0.00 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 4.52 |
|     HYDROMORPHONE HCL | 3.04 |
| **BENNETT** |  |
|   **ANTHONY** |  |
|     BUTRANS | 0.20 |
|     FENTANYL TRANSDERMAL SYSTEM | 0.56 |
|     OXYCODONE HCL | 192.96 |
| **BROWN** |  |
|   **ANASTASIA** |  |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 0.67 |
| **CARROLL** |  |
|   **CHELSEA** |  |
|     ALPRAZOLAM | 0.01 |
| **CROWDER** |  |
|   **KATIE** |  |
|     FENTANYL TRANSDERMAL SYSTEM | 0.88 |

Case 1:19-cr-10040-JTF   Document 327-6   Filed 12/31/23   Page 2 of 7   PageID 5522

Sent. Ex. 6                          (Indictment Drugs +C2s)                    Patient-by-patient Prescribing Summary

| | |
|---|---:|
| HYDROCODONE BITARTRATE ACETAMINOPHEN | 15.08 |
| **DAVIS** | |
|   **EDWARD** | |
|     ALPRAZOLAM | 0.05 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 179.90 |
|     OXYCODONE HCL / ACETAMINOPHEN | 6.03 |
| **DAVIS** | |
|   **SHANTELL** | |
|     CLONAZEPAM | 0.00 |
|     OXYCODONE HCL / ACETAMINOPHEN | 2.26 |
| **DEFOREST** | |
|   **DOTTIE** | |
|     ALPRAZOLAM | 0.01 |
|     AMPHETAMINE SALTS | 36.00 |
|     CLONAZEPAM | 0.01 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 12.06 |
|     OXYCODONE HCL / ACETAMINOPHEN | 6.03 |
| **DITTO** | |
|   **JEFFERY** | |
|     ALPRAZOLAM | 0.11 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 162.81 |
|     OXYCODONE HCL | 6.03 |
| **ELSTON** | |
|   **BEN** | |
|     AMPHETAMINE SALTS | 234.00 |
|     DIAZEPAM | 0.03 |
|     ENDOCET | 4.52 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 150.75 |
|     OXYCODONE HCL / ACETAMINOPHEN | 38.53 |
| **ELSTON** | |
|   **JERRY** | |
|     DIAZEPAM | 0.00 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 71.10 |
|     OXYCODONE HCL / ACETAMINOPHEN | 24.87 |
| **GERMAN** | |
|   **LEE** | |
|     ALPRAZOLAM | 0.13 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 162.81 |
| **GOSLEE** | |

Case 1:19-cr-10040-JTF   Document 327-6   Filed 12/31/23   Page 3 of 7   PageID 5523

Sent. Ex. 6                                                                Patient-by-patient
(Indictment Drugs +C2s)                                                    Prescribing Summary

| | |
|---|---:|
| **HEATHER** | |
|   ALPRAZOLAM | **0.03** |
|   AMPHETAMINE SALTS | **24.00** |
|   CLONAZEPAM | **0.03** |
|   OXYCODONE HCL / ACETAMINOPHEN | **1.01** |
| | |
| **GRAY** | |
|   **ALEXANDRIA** | |
|     AMPHETAMINE SALTS | **12.00** |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | **5.03** |
| | |
| **GREEN** | |
|   **JAY** | |
|     ALPRAZOLAM | **0.01** |
|     CLONAZEPAM | **0.00** |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | **37.19** |
| | |
| **GUTGSELL** | |
|   **KRISTIE** | |
|     ALPRAZOLAM | **0.01** |
|     CLONAZEPAM | **0.00** |
|     OXYCODONE HCL / ACETAMINOPHEN | **3.02** |
| | |
| **HENLEY** | |
|   **WHITNEY** | |
|     ALPRAZOLAM | **0.01** |
|     OXYCODONE HCL | **6.03** |
| | |
| **HOWELL** | |
|   **COURTNEY** | |
|     ALPRAZOLAM | **0.01** |
|     DIAZEPAM | **0.02** |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | **6.03** |
| | |
| **JACO** | |
|   **CHESLEY E** | |
|     CLONAZEPAM | **0.01** |
|     DIAZEPAM | **0.00** |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | **15.75** |
| | |
| **JAMES** | |
|   **TESSA** | |
|     ALPRAZOLAM | **0.02** |
|     AMPHETAMINE SALTS | **174.00** |
|     DEXTROAMPH SACC | **36.00** |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | **4.02** |
|     VYVANSE | **24.00** |

Case 1:19-cr-10040-JTF   Document 327-6   Filed 12/31/23   Page 4 of 7   PageID 5524

Sent. Ex. 6                                                                                                    Patient-by-patient
(Indictment Drugs +C2s)                                                                          Prescribing Summary

| | |
|---|---:|
| **JOYNER** | |
|   **DAPHNEE** | |
|     OXYCODONE HCL | **16.08** |
| | |
| **KEETON** | |
|   **DOUGLAS** | |
|     ALPRAZOLAM | **0.08** |
|     DEXTROAMPH SACC | **18.00** |
| | |
| **LINDSEY** | |
|   **KATIE** | |
|     ALPRAZOLAM | **0.00** |
|     AMPHETAMINE SALTS | **6.00** |
| | |
| **MCCOWN** | |
|   **REBECCA** | |
|     ALPRAZOLAM | **0.01** |
|     DEXTROAMPH SACC | **60.00** |
| | |
| **MCKENZIE** | |
|   **ADRIENNE** | |
|     ALPRAZOLAM | **0.01** |
|     AMPHETAMINE SALTS | **36.00** |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | **4.67** |
| | |
| **MOFFITT** | |
|   **KEITH** | |
|     ALPRAZOLAM | **0.13** |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | **6.03** |
|     OXYCODONE HCL | **353.76** |
| | |
| **MONTOYA** | |
|   **DAPHNE** | |
|     ADDERALL | **18.00** |
|     AMPHETAMINE SALTS | **90.00** |
|     CLONAZEPAM | **0.00** |
|     DEXTROAMPH SACC | **96.00** |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | **18.09** |
|     OXYCODONE HCL | **55.28** |
|     OXYCODONE HCL / ACETAMINOPHEN | **45.23** |
| | |
| **MOODY** | |
|   **RANDALL** | |
|     ALPRAZOLAM | **0.07** |
|     FENTANYL TRANSDERMAL SYSTEM | **0.38** |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | **14.07** |

Case 1:19-cr-10040-JTF   Document 327-6   Filed 12/31/23   Page 5 of 7   PageID 5525

Sent. Ex. 6                      (Indictment Drugs +C2s)                     Patient-by-patient Prescribing Summary

| | |
|---|---:|
| OXYCODONE HCL | 85.43 |
| OXYCODONE HCL / ACETAMINOPHEN | 9.05 |
| | |
| **MORRIS** | |
|   **JONATHAN** | |
|     CLONAZEPAM | 0.08 |
|     FENTANYL TRANSDERMAL SYSTEM | 0.19 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 3.02 |
|     OXYCODONE HCL | 60.30 |
| | |
| **MOSS** | |
|   **MELISSA** | |
|     ALPRAZOLAM | 0.09 |
|     CLONAZEPAM | 0.02 |
|     HYDROMORPHONE HCL | 12.00 |
|     OXYCONTIN | 16.75 |
| | |
| **NEWSOM** | |
|   **CHAD** | |
|     ALPRAZOLAM | 0.02 |
|     AMPHETAMINE SALTS | 312.00 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 153.26 |
|     OXYCODONE HCL | 30.15 |
| | |
| **NORTON** | |
|   **CHRISTINA** | |
|     OXYCODONE HCL | 18.09 |
| | |
| **ORMEROD** | |
|   **ALAN** | |
|     OXYCODONE HCL | 180.90 |
| | |
| **POWERS** | |
|   **CHRISTINA** | |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 22.61 |
| | |
| **PUSSER** | |
|   **BETHANY** | |
|     CLONAZEPAM | 0.02 |
|     DEXTROAMPH SACC | 54.00 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 24.97 |
| | |
| **ROBBINS** | |
|   **ROSE** | |
|     ALPRAZOLAM | 0.13 |
|     DEXTROAMPH SACC | 18.00 |
|     MIXED AMPHETAMINE SALT | 342.00 |

| | |
|---|---:|
| OXYCODONE HCL | 524.61 |
| | |
| **ROGERS** | |
|   **DANIEL** | |
|     ALPRAZOLAM | 0.01 |
| | |
| **ROGERS** | |
|   **HOPE** | |
|     ALPRAZOLAM | 0.12 |
|     ENDOCET | 16.08 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 27.14 |
|     OXYCODONE HCL / ACETAMINOPHEN | 73.37 |
| | |
| **SANDERS** | |
|   **AMY** | |
|     OXYCODONE HCL | 162.81 |
| | |
| **SMITH** | |
|   **KATIE** | |
|     ALPRAZOLAM | 0.03 |
|     OXYCODONE HCL / ACETAMINOPHEN | 24.12 |
| | |
| **SPENCER** | |
|   **LYDIA** | |
|     ADDERALL | 132.00 |
|     AMPHETAMINE SALTS | 132.00 |
|     CLONAZEPAM | 0.04 |
| | |
| **STANSELL** | |
|   **TRICIA** | |
|     FENTANYL TRANSDERMAL SYSTEM | 0.50 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 2.01 |
|     OXYCODONE HCL | 62.31 |
|     OXYCODONE HCL / ACETAMINOPHEN | 18.59 |
| | |
| **STONE** | |
|   **WILLIAM** | |
|     ALPRAZOLAM | 0.02 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 124.62 |
| | |
| **STOREY** | |
|   **CYNDAL** | |
|     ALPRAZOLAM | 0.04 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 3.02 |
|     OXYCODONE HCL | 66.33 |
|     OXYCODONE HCL / ACETAMINOPHEN | 6.03 |

Case 1:19-cr-10040-JTF  Document 327-6  Filed 12/31/23  Page 7 of 7  PageID 5527

Sent. Ex. 6            (Indictment Drugs +C2s)            Patient-by-patient Prescribing Summary

| | |
|---|---:|
| **TOWNSLEY** | |
|   JENNIFER | |
|     ALPRAZOLAM | 0.11 |
|     AMPHETAMINE SALTS | 540.00 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 61.81 |
|     HYDROCODONE BITARTRATE-IBUPROFEN | 1.51 |
|     MIXED AMPHETAMINE SALT | 18.00 |
| | |
| **WEBB** | |
|   TIFFANY | |
|     ALPRAZOLAM | 0.04 |
|     DIAZEPAM | 0.00 |
|     FENTANYL TRANSDERMAL SYSTEM | 0.13 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 10.55 |
|     OXYCODONE HCL | 89.45 |
| | |
| **WOOLEY** | |
|   MADISON | |
|     ALPRAZOLAM | 0.03 |
|     AMPHETAMINE SALTS | 12.00 |
|     DEXTROAMPH SACC | 6.00 |
|     VYVANSE | 24.00 |
| | |
| **WRIGHT** | |
|   KARLA | |
|     OXYCODONE HCL / ACETAMINOPHEN | 2.26 |
|     VYVANSE | 96.00 |
| | |
| **YANCEY** | |
|   MICHAEL | |
|     ALPRAZOLAM | 0.01 |
|     CLONAZEPAM | 0.01 |
|     HYDROCODONE BITARTRATE ACETAMINOPHEN | 2.01 |
|     OXYCODONE HCL / ACETAMINOPHEN | 18.09 |
|     ZOHYDRO | 8.04 |
| | |
| **GRAND TOTAL CDW (KG)** | **6,744.08** |