**OFFICE OF THE MEDICAL EXAMINER**
**Center for Forensic Medicine**
**Nashville, Tennessee**

## REPORT OF INVESTIGATION BY COUNTY MEDICAL EXAMINER

Madison County Medical Examiner: Tony Emison

Judicial District Number: 26

District Attorney: Honorable Jerry Woodall

State Number: 17-57-0008

Case Number: MEC17-1094

| Name of Decedent | | Age | Race | Date of Birth | Sex |
|---|---|---|---|---|---|
| Aaron Christopher Beaver | | 32 Years | White | 984 | Male |

| Address |
|---|
| Jackson, TN |

| Date of Death | Type of Death | Investigating Agency/Complaint #: |
|---|---|---|
| 04/23/2017 1:05 AM | Suspected Overdose | Jackson Police Department |

| Place of Death |
|---|
| Jackson, TN |

**Narrative Summary**

Reportedly this 32 year-old Caucasian male was at a local motel in Jackson, TN on 04/22/2017 where he normally resides with his girlfriend. He was last seen alive by her at 21:45 hours before she fell asleep. At 23:45 hours she awoke to find the bathroom door shut and locked. He did not answer and she summoned the help of a friend and forced entry. He was discovered in the bathtub and they pulled him out onto the floor. 9-1-1 was contacted on 04/23/2017 at 00:05 hours. EMS arrived to the scene and noted obvious death without any life saving measures initiated. According to Tara Upton, Jackson County M.E., she responded to the incident location at the Scottish Inn and pronounced death at 01:05 hours. She stated that there is no trauma noted to the decedent, no recent reported falls and no foul play suspected. There was vomitus noted to the nares and mouth. She did note 4 small white colored rocks suspected to be heroin. She is unsure if they may be Carfentanil. They were collected by Jackson Police. 3 hypodermic needles and a spoon were noted in the bathroom, along with a shoelace in the bathtub suspected to be a tourniquet. The decedent has no known medical history and per his girlfriend he has a history of heroin abuse, but was suspected to be clean for the past 18 months. He is a smoker and there is no mental health history reported. The decedent was transported by Yarborough to the Center for Forensic Medicine so that an examination could be performed to determine a cause and manner of death.

Philip Miller - Medicolegal Death Investigator
04/23/2017

| Jurisdiction Accepted | Autopsy Ordered | Toxicology Ordered |
|---|---|---|
| Yes | Yes | Yes |

| Physician Responsible for Death Certificate |
|---|
| Chester S Gwin, M.D. |

| Cremation Approved | Funeral Home |
|---|---|
| No | Arrington Funeral Directors |

**Cause of Death**

Toxic effects of fentanyl and morphine

**Contributory Cause of Death**

**Manner of Death**

Accident

OFFICE OF THE MEDICAL EXAMINER
Center for Forensic Medicine
850 R.S. Gass Blvd.
Nashville, Tennessee 37216-2640

CASE: MEC17-1094
County: MADISON

## AUTOPSY REPORT

**NAME OF DECEDENT:** BEAVER, AARON    **RACE:** White    **SEX:** Male    **AGE:** 32

**DATE AND TIME OF DEATH:** April 23, 2017 at 1:05 a.m.

**DATE AND TIME OF AUTOPSY:** April 23, 2017 at 9:15 a.m.

**FORENSIC PATHOLOGIST:** Chester S. Gwin, M.D.

**COUNTY MEDICAL EXAMINER:** Tony Emison, M.D.

**DISTRICT ATTORNEY GENERAL:** Honorable Jerry Woodall

### PATHOLOGIC DIAGNOSES

1. Toxic effects of fentanyl and morphine:

   A. Postmortem toxicology significant for fentanyl (10 ng/mL) and morphine (7 ng/mL).
   B. Reported history of illicit drug use.
   C. Drug paraphernalia found in the bathroom along with the decedent.
   D. Pulmonary congestion and edema.

2. Focal severe (80%) atherosclerotic stenosis of the left anterior descending coronary artery.

3. History that the decedent was found unresponsive in a bathroom.

**CAUSE OF DEATH:** Toxic effects of fentanyl and morphine

**MANNER OF DEATH:** Accident

*I hereby certify that I, Chester S. Gwin, M.D., have performed an autopsy on the body of Aaron Beaver on April 23, 2017 at 9:15 a.m. at the Center for Forensic Medicine. The purpose of this report is to provide a certified opinion to the County Medical Examiner and District Attorney General. The facts and findings to support these conclusions are filed with the Tennessee Department of Health.*

**AUTHORIZATION:** This autopsy is performed at the request of the Medical Examiner of Madison County.

**EXTERNAL EXAMINATION:** The body is identified by tags. Fingerprints and photographs are taken.

The decedent is received wearing blue jeans, a white shirt, gray shorts, camouflage undershorts, a black sock, and a brown boot. A white metal necklace is around the neck.

The body is that of a well-developed, well-nourished, 68 inches long and 231 pound, white male appearing to be the reported age of 32 years. Rigor mortis is fully developed, and livor mortis is posterior, red and blanching.

Copious frothy fluid exudes from the mouth and nares. The head and neck have red congestion. The scalp is covered by brown-red hair. The face has a red-brown mustache and chin beard. The forehead is symmetric. The pupils are symmetric and the irides are blue. The conjunctivae are congested. The nose is symmetric, the external nares are patent, and the nasal septum is intact. The lips are symmetric. The oral cavity has partial native dentition in fair repair; there are no lower teeth, however, there are several metal posts. The ears are properly positioned. The neck is symmetric and the trachea is within the midline.

The chest is symmetric. The abdomen is soft and slightly rounded. The back is well-formed. The upper and lower extremities are proportional. The anterior aspect of the left lower leg has focal scabs.

The external genitalia are those of an adult male. The anus has no abnormalities.

**IDENTIFYING MARKS AND SCARS:** The right upper arm has a sun-type tattoo. The proximal back has a tattoo of wings, "DANIEL BEAVER" and numerous dates.

The anterior aspect of the right lower leg has several scars.

**EVIDENCE OF TREATMENT:** None.

**EVIDENCE OF INJURY:** None.

### INTERNAL EXAMINATION

**Organ weights**

| | | | | | |
|---|---|---|---|---|---|
| Heart - | 440 g | Liver - | 2490 g | Left kidney - | 190 g |
| Right lung - | 1050 g | Spleen - | 310 g | Brain - | 1440 g |
| Left lung - | 1030 g | Right kidney - | 170 g | | |

**Body cavities:** The thoracic and abdominal organs are in their normal anatomic positions. The body cavities contain no adhesions or abnormal collections of fluid.

**Head:** The scalp, subscalpular area, and skull are unremarkable. The dura and dural sinuses are unremarkable. There are no epidural, subdural, or subarachnoid hemorrhages. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical, with an unremarkable gyral pattern. The cranial nerves and blood vessels are unremarkable. Sections

through the cerebral hemispheres, brainstem, and cerebellum are unremarkable. No hemorrhages are visible within the deep white matter or the basal ganglia. The cerebral ventricles contain no blood. The spinal cord, as viewed from the cranial cavity, is unremarkable. The sphenoid sinuses contain negligible red-tinged fluid.

**Neck:** The soft tissues and prevertebral fascia are unremarkable. The hyoid bone and laryngeal cartilages are intact. The lumen of the larynx is not obstructed.

**Cardiovascular System:** The intimal surface of the abdominal aorta is free of significant atherosclerosis. The aorta and its major branches, and the great veins are normally distributed. The pulmonary arteries contain no thromboemboli. The coronary arterial system has focal 80% atherosclerotic stenosis of the proximal segment of the left anterior descending coronary artery; the remaining coronary arteries are widely patent. The myocardium is dark red-brown and firm, and has no focal abnormalities. The pericardium, epicardium, and endocardium are smooth and glistening. The endocardium has no mural thrombi. The foramen ovale is closed. The atrial and ventricular septa are intact. The cardiac valves are unremarkable. The left ventricle has concentric hypertrophy, averaging 1.6 cm thick.

**Respiratory System:** The upper and lower airways are not obstructed. The laryngeal, tracheal, and bronchial mucosae are smooth and coated by white froth. The pleural surfaces are smooth and glistening. The pulmonary parenchyma is purple-red and has intense congestion with expression of edematous frothy fluid.

**Hepatobiliary System:** The liver is covered by a smooth, glistening capsule. The hepatic parenchyma is red-brown. The gallbladder contains approximately 10 mL of brown-green bile, and no calculi.

**Gastrointestinal System:** The esophageal mucosa is gray, smooth, and unremarkable. The stomach contains approximately 350 mL of green-brown partially digested food with admixed liquid. There are no tablets or capsules. The gastric mucosa has normal rugal folds, and there are no ulcers. The small and large intestines are unremarkable externally. The appendix is present. The pancreas is unremarkable externally and upon sectioning.

**Genitourinary System:** The capsules of both kidneys strip with ease to reveal smooth, slightly lobulated surfaces. The cortices are of normal thickness, with well-demarcated corticomedullary junctions. The calyces, pelves, and ureters are unremarkable. The urinary bladder contains approximately 60 mL of clear yellow urine. The mucosa is gray, smooth, and unremarkable. The prostate gland is unremarkable both externally and upon sectioning.

**Endocrine System:** The thyroid and adrenal glands are unremarkable externally and upon sectioning.

**Lymphoreticular System:** The spleen is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red. The cervical, hilar, and peritoneal lymph nodes are not enlarged.

**Musculoskeletal System:** The clavicles, ribs, sternum, pelvis, and vertebral column have no fractures. The diaphragm is intact.

**TOXICOLOGY:**   Samples are collected and submitted to AEGIS for analysis. Fentanyl (10 ng/mL) and morphine (7 ng/mL) are present.

MEC17-1094
BEAVER, AARON
Page 4 of 4

**CONCLUSION:** Based on the autopsy and history available to me, it is my opinion that Aaron Beaver, a 32-year-old white male, died as a result of the toxic effects of fentanyl and morphine.

*\*\*Electronically signed by Chester S. Gwin, M.D. on Tuesday, July 18, 2017\*\**
Chester S. Gwin, M.D.
Forensic Pathologist

CSG/pc
T: 4/29/2017

# LABORATORY REPORT



## Client Information

Client: Forensic Medical - Nashville

Report To: Dr. C Gwin
Forensic Medical - Nashville
850 RS Gass Blvd
Nashville, TN 37216

**Amended Report**

## Case / Sample Information

Specimen ID: 4652049
Workorder ID: 62879
Client Case ID: 17-1094 Beaver, Aaron
Reason for Test: Postmortem

Specimen Type: Femoral Blood
Collected: 04/23/2017 10:30
Received: 04/24/2017 16:00
Reported: 07/01/2017 13:35   *Amended, see comments*

## Test(s) Performed

40599B FM - Comprehensive Profile - Blood
70561B - Confirmation Opiates
71117B - Buprenorphine Confirm
72628B - Confirmation 6-AM
71351B - Confirm Fentanyl Analogues

| Tested For | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| 6-Acetylmorphine | NONE DETECTED | | 2 ng/mL |
| 6-Acetylmorphine | NONE DETECTED | | 2 ng/mL |
| 6-Acetylcodeine | NONE DETECTED | | 2 ng/mL |
| Heroin | NONE DETECTED | | 2 ng/mL |
| Acetaminophen | NONE DETECTED | | 10 mcg/mL |
| Alcohol - Volatiles | NEGATIVE | | 10 mg/dL |
| Amphetamines | NONE DETECTED | | 100 ng/mL |
| Antipsychotics | NONE DETECTED | | 100 ng/mL |
| Risperidone | NONE DETECTED | | 100 ng/mL |
| Quetiapine | NONE DETECTED | | 100 ng/mL |
| Atropine | NONE DETECTED | | 100 ng/mL |
| Atypical Antidepressants | NONE DETECTED | | 100 ng/mL |
| Sertraline | NONE DETECTED | | 100 ng/mL |
| Desmethylsertraline | NONE DETECTED | | 100 ng/mL |
| Bupropion | NONE DETECTED | | 100 ng/mL |
| Hydroxybupropion | NONE DETECTED | | 100 ng/mL |
| Citalopram | NONE DETECTED | | 100 ng/mL |
| m-CPP | NONE DETECTED | | 100 ng/mL |
| Trazodone | NONE DETECTED | | 100 ng/mL |
| Venlafaxine | NONE DETECTED | | 100 ng/mL |
| O-desmethylvenlafaxine | NONE DETECTED | | 100 ng/mL |
| Duloxetine | NONE DETECTED | | 100 ng/mL |
| Fluoxetine | NONE DETECTED | | 100 ng/mL |
| Barbiturates | NONE DETECTED | | 100 ng/mL |
| Benzodiazepines | NONE DETECTED | | 100 ng/mL |
| Buprenorphine | NONE DETECTED | | 1 ng/mL |
| Total Buprenorphine | NONE DETECTED | | 1 ng/mL |
| Total Norbuprenorphine | NONE DETECTED | | 1 ng/mL |
| Total Naloxone | NONE DETECTED | | 0.1 ng/mL |
| Cannabinoids (Marijuana) | NONE DETECTED | | 4 ng/mL |
| Cardioactives | NONE DETECTED | | 100 ng/mL |
| Verapamil | NONE DETECTED | | 100 ng/mL |
| Diltiazem | NONE DETECTED | | 100 ng/mL |
| Atenolol | NONE DETECTED | | 100 ng/mL |
| Bisoprolol | NONE DETECTED | | 100 ng/mL |

*Electronic Signature represented by plain textual name and date of when individual applied Electronic Signature Certification in Aegis LIMS.
Aegis CRIMES® is an ASCLD/LAB-*International* Accredited Laboratory Since September 7, 2013 (Cert # ALI-292-T)



Page 1 of 6

365 Great Circle Road, Nashville, TN 37228 • Phone 615.255.2400 • Fax 615.255.3030
Copyright © 2015 Aegis Sciences Corporation All Rights Reserved

# LABORATORY REPORT



## Client Information

Client: Forensic Medical - Nashville

Report To: Dr. C Gwin
Forensic Medical - Nashville
850 RS Gass Blvd
Nashville, TN 37216

## Case / Sample Information

Specimen ID: 4652049
Workorder ID: 62879
Client Case ID: 17-1094 Beaver, Aaron
Reason for Test: Postmortem

Specimen Type: Femoral Blood
Collected: 04/23/2017 10:30
Received: 04/24/2017 16:00
Reported: 07/01/2017 13:35   *Amended, see comments*

| Tested For | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Labetalol | NONE DETECTED | | 100 ng/mL |
| Metoprolol | NONE DETECTED | | 100 ng/mL |
| Propranolol | NONE DETECTED | | 100 ng/mL |
| Carisoprodol/Meprobamate | NONE DETECTED | | 200 ng/mL |
| Chlorpheniramine | NONE DETECTED | | 100 ng/mL |
| Cocaine Metabolite | NONE DETECTED | | 100 ng/mL |
| Dextromethorphan | NONE DETECTED | | 100 ng/mL |
| Diphenhydramine | NONE DETECTED | | 50 ng/mL |
| Doxylamine | NONE DETECTED | | 100 ng/mL |
| **Fentanyl** | **POSITIVE** | | 1 ng/mL |
| Fentanyl | POSITIVE | 10 ng/mL | 1 ng/mL |
| Norfentanyl | NONE DETECTED | | 1 ng/mL |
| Acetyl fentanyl | NONE DETECTED | | 1 ng/mL |
| Acetyl norfentanyl | NONE DETECTED | | 1 ng/mL |
| Fentanyl Group | NONE DETECTED | | 1 ng/mL |
| Sufentanil | NONE DETECTED | | 1 ng/mL |
| Alfentanil | NONE DETECTED | | 1 ng/mL |
| Gabapentin | NONE DETECTED | | 0.1 mcg/mL |
| Hydroxyzine | NONE DETECTED | | 100 ng/mL |
| Lidocaine | NONE DETECTED | | 100 ng/mL |
| Meperidine | NONE DETECTED | | 100 ng/mL |
| Metaxalone | NONE DETECTED | | 100 ng/mL |
| Methadone | NONE DETECTED | | 100 ng/mL |
| Methocarbamol | NONE DETECTED | | 100 ng/mL |
| **Opiates** | **POSITIVE** | | 50 ng/mL |
| Morphine-Free | POSITIVE | 7 ng/mL | 5 ng/mL |
| Codeine-Free | NONE DETECTED | | 5 ng/mL |
| Dihydrocodeine-Free | NONE DETECTED | | 5 ng/mL |
| Hydrocodone-Free | NONE DETECTED | | 5 ng/mL |
| Hydromorphone-Free | NONE DETECTED | | 5 ng/mL |
| Oxymorphone-Free | NONE DETECTED | | 5 ng/mL |
| Oxycodone-Free | NONE DETECTED | | 5 ng/mL |
| Norcodeine-Free | NONE DETECTED | | 5 ng/mL |
| Noroxycodone-Free | NONE DETECTED | | 5 ng/mL |
| Norhydrocodone-Free | NONE DETECTED | | 5 ng/mL |
| Phencyclidine (PCP) | NONE DETECTED | | 4 ng/mL |
| Phenothiazines | NONE DETECTED | | 100 ng/mL |
| Pregabalin (Lyrica) | NONE DETECTED | | 0.1 mcg/mL |
| Propoxyphene | NONE DETECTED | | 100 ng/mL |

*Electronic Signature represented by plain textual name and date of when individual applied Electronic Signature Certification in Aegis LIMS.
Aegis CRIMES® is an ASCLD/LAB-*International* Accredited Laboratory Since September 7, 2013 (Cert # ALI-292-T).



365 Great Circle Road, Nashville, TN 37228 • Phone 615.255.2400 • Fax 615.255.3030
Copyright © 2015 Aegis Sciences Corporation All Rights Reserved

# LABORATORY REPORT



## Client Information

Client: Forensic Medical - Nashville

Report To: Dr. C Gwin
Forensic Medical - Nashville
850 RS Gass Blvd
Nashville, TN 37216

## Case / Sample Information

Specimen ID: 4652049
Workorder ID: 62879
Client Case ID: 17-1094 Beaver, Aaron
Reason for Test: Postmortem

Specimen Type: Femoral Blood
Collected: 04/23/2017 10:30
Received: 04/24/2017 16:00
Reported: 07/01/2017 13:35   Amended, see comments

| Tested For | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Salicylates | NONE DETECTED | | 50 mcg/mL |
| Sympathomimetics | NONE DETECTED | | 100 ng/mL |
| Synthetic Cathinones | NONE DETECTED | | 100 ng/mL |
| Tapentadol | NONE DETECTED | | 100 ng/mL |
| Topiramate (Topamax) | NONE DETECTED | | 100 ng/mL |
| Tramadol | NONE DETECTED | | 100 ng/mL |
| Tricyclic Antidepressants | NONE DETECTED | | 75 ng/mL |
| Zolpidem | NONE DETECTED | | 50 ng/mL |
| Eszopiclone/Zopiclone | NONE DETECTED | | 100 ng/mL |
| Zaleplon | NONE DETECTED | | 100 ng/mL |
| Ketamine | NONE DETECTED | | 100 ng/mL |
| Methoxetamine | NONE DETECTED | | 100 ng/mL |
| Paroxetine | NONE DETECTED | | 100 ng/mL |
| Phenytoin | NONE DETECTED | | 100 ng/mL |
| 5F-AB-PINACA | NONE DETECTED | | 0.1 mcg/mL |
| 5F-ADB-PINACA | NONE DETECTED | | 0.1 ng/mL |
| 5F-ADBICA | NONE DETECTED | | 0.1 ng/mL |
| 5F-NNEI | NONE DETECTED | | 0.1 ng/mL |
| 5F-PB-22 | NONE DETECTED | | 0.1 ng/mL |
| A-796260 | NONE DETECTED | | 0.1 ng/mL |
| AB-CHMINACA | NONE DETECTED | | 0.1 ng/mL |
| AB-FUBINACA | NONE DETECTED | | 0.1 ng/mL |
| AB-PINACA | NONE DETECTED | | 0.25 ng/mL |
| ADB-FUBINACA | NONE DETECTED | | 0.1 ng/mL |
| ADB-PINACA | NONE DETECTED | | 0.25 ng/mL |
| ADBICA | NONE DETECTED | | 0.1 ng/mL |
| AKB-48 | NONE DETECTED | | 0.5 ng/mL |
| AM-1220 | NONE DETECTED | | 1 ng/mL |
| AM-1248 | NONE DETECTED | | 0.1 ng/mL |
| AM-2201 | NONE DETECTED | | 1 ng/mL |
| AM-2233 | NONE DETECTED | | 0.1 ng/mL |
| AM-694 | NONE DETECTED | | 0.1 ng/mL |
| BB-22 | NONE DETECTED | | 0.1 ng/mL |
| FDU-PB-22 | NONE DETECTED | | 0.1 ng/mL |
| FUB-PB-22 | NONE DETECTED | | 0.1 ng/mL |
| JWH-018 | NONE DETECTED | | 0.1 ng/mL |
| JWH-018 5-chloropentyl | NONE DETECTED | | 0.1 ng/mL |
| JWH-018 adamantyl | NONE DETECTED | | 0.1 ng/mL |
| JWH-022 | NONE DETECTED | | 0.1 ng/mL |

*Electronic Signature represented by plain textual name and date of when individual applied Electronic Signature Certification in Aegis LIMS.
Aegis CRIMES® is an ASCLD/LAB-*International* Accredited Laboratory Since September 7, 2013 (Cert # ALI-292-T).



365 Great Circle Road, Nashville, TN 37228 • Phone 615.255.2400 • Fax 615.255.3030
Copyright © 2015 Aegis Sciences Corporation All Rights Reserved

# LABORATORY REPORT



## Client Information

Client: Forensic Medical - Nashville

Report To: Dr. C Gwin
Forensic Medical - Nashville
850 RS Gass Blvd
Nashville, TN 37216

## Case / Sample Information

Specimen ID: 4652049
Workorder ID: 62879
Client Case ID: 17-1094 Beaver, Aaron
Reason for Test: Postmortem

Specimen Type: Femoral Blood
Collected: 04/23/2017 10:30
Received: 04/24/2017 16:00
Reported: 07/01/2017 13:35   *Amended, see comments*

| Tested For | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| JWH-073 | NONE DETECTED | | 0.1 ng/mL |
| JWH-081 | NONE DETECTED | | 0.1 ng/mL |
| JWH-122 | NONE DETECTED | | 0.1 ng/mL |
| JWH-200 | NONE DETECTED | | 0.1 ng/mL |
| JWH-203 | NONE DETECTED | | 0.1 ng/mL |
| JWH-210 | NONE DETECTED | | 0.1 ng/mL |
| JWH-250 | NONE DETECTED | | 0.1 ng/mL |
| MAM-2201 | NONE DETECTED | | 0.1 ng/mL |
| MN-25 | NONE DETECTED | | 0.1 ng/mL |
| NNEI | NONE DETECTED | | 0.1 ng/mL |
| NPB-22 | NONE DETECTED | | 0.1 ng/mL |
| PB-22 | NONE DETECTED | | 0.1 ng/mL |
| RCS-4 | NONE DETECTED | | 0.1 ng/mL |
| RCS-8 | NONE DETECTED | | 0.25 ng/mL |
| SDB-006 | NONE DETECTED | | 0.1 ng/mL |
| STS-135 | NONE DETECTED | | 0.1 ng/mL |
| THJ | NONE DETECTED | | 0.1 ng/mL |
| THJ-018 | NONE DETECTED | | 0.1 ng/mL |
| THJ-2201 | NONE DETECTED | | 0.8 ng/mL |
| UR-144 | NONE DETECTED | | 0.1 ng/mL |
| XLR-11 | NONE DETECTED | | 0.1 ng/mL |

## Sample Comments

Amended Report. Original Report Date: 05/04/2017.

I certify that the specimen identified by this accession number has been handled and analyzed in accordance with all applicable requirements.

\* Examiner: Darlene Valencia          Date: 6/30/2017

*Electronic Signature represented by plain textual name and date of when individual applied Electronic Signature Certification in Aegis LIMS.
Aegis CRIMES® is an ASCLD/LAB-*International* Accredited Laboratory Since September 7, 2013 (Cert # ALI-292-T).



365 Great Circle Road, Nashville, TN 37228 • Phone 615.255.2400 • Fax 615.255.3030
Copyright © 2015 Aegis Sciences Corporation All Rights Reserved

# LABORATORY REPORT



## Client Information

Client: Forensic Medical - Nashville

Report To: Dr. C Gwin
Forensic Medical - Nashville
850 RS Gass Blvd
Nashville, TN 37216

## Case / Sample Information

Specimen ID: 4654675
Workorder ID: 62879
Client Case ID: 17-1094 Beaver, Aaron
Reason for Test: Postmortem

Specimen Type: Urine
Collected: 04/23/2017 10:30
Received: 06/27/2017 16:00
Reported: 07/01/2017 13:35   *Amended, see comments*

## Test(s) Performed

41626U - 6-Acetylmorphine (6-AM)

| Tested For | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| 6-Acetylmorphine | NONE DETECTED | | 10 ng/mL |
| 6-Acetylmorphine | NONE DETECTED | | 10 ng/mL |
| 6-Acetylcodeine | NONE DETECTED | | 10 ng/mL |
| Heroin | NONE DETECTED | | 10 ng/mL |

I certify that the specimen identified by this accession number has been handled and analyzed in accordance with all applicable requirements.

* Examiner: Darlene Valencia          Date: 6/30/2017



*Electronic Signature represented by plain textual name and date of when individual applied Electronic Signature Certification in Aegis LIMS.
Aegis CRIMES® is an ASCLD/LAB-*International* Accredited Laboratory Since September 7, 2013 (Cert # ALI-292-T).

# LABORATORY REPORT



## Client Information

Client: Forensic Medical - Nashville

Report To: Dr. C Gwin
Forensic Medical - Nashville
850 RS Gass Blvd
Nashville, TN  37216

## Case Information

Workorder ID: 62879
Client Case ID: 17-1094 Beaver, Aaron

## Samples Received - Not Tested

Specimen ID: 4652050
Reason for Test: Postmortem
Specimen Type: Heart Blood
Collected: 04/23/2017 10:30
Received: 04/24/2017 16:00
Reported: 07/01/2017 13:35

Comments: Testing not requested or indicated.
Comments: Amended Report. Original Report Date: 05/04/2017.

Specimen ID: 4652051
Reason for Test: Postmortem
Specimen Type: Vitreous
Collected: 04/23/2017 10:30
Received: 04/24/2017 16:00
Reported: 07/01/2017 13:35

Comments: Testing not requested or indicated.
Comments: Amended Report. Original Report Date: 05/04/2017.

I certify that the specimen(s) identified by this accession number(s) has been handled and analyzed in accordance with all applicable requirements.

* Examiner: Darlene Valencia         Date: 6/30/2017



*Electronic Signature represented by plain textual name and date of when individual applied Electronic Signature Certification in Aegis LIMS.
Aegis CRIMES® is an ASCLD/LAB-*International* Accredited Laboratory Since September 7, 2013 (Cert # ALI-292-T).

Page 6 of 6

365 Great Circle Road, Nashville, TN 37228 • Phone 615.255.2400 • Fax 615.255.3030
Copyright © 2015 Aegis Sciences Corporation All Rights Reserved