Jeff Young Jail Calls                                                        4/4/23 Call 141
                                                                             3:08-3:21

[00:00:00]
Male Speaker: Do-, do they have a theory on what went wrong?

[00:00:03]
Jeff Young: Yes. Oh, we know what went wrong. And Fowlkes even alluded to it. We'll win on direct appeal.

[00:00:08]
Male Speaker: I-, I-, I figured he didn't give the jury instructions correct or something.

[00:00:11]
Jeff Young: That's exactly what happened.

Jeff Young Jail Calls                                            3/31/23 Call 142
                                                                 7:00-7:40

[00:00:00]
Jeff Young: Yup. And I just don't think that Fowlkes wanted to set precedent of any kind. So it just went [Crosstalk 00:00:06] back.

[00:00:06]
Male Speaker: So-, so, yeah. I-, I mean it's just not on you, it's dad gum manipulation but I thought a judge, you know, would-, would be firmer about things. Is it 'cause you just…

[00:00:18]
Jeff Young: Yeah.

[00:00:19]
Male Speaker: It was just too complex or something?

[00:00:21]
Jeff Young: Yes. That's basically what he alluded too. That it was just too complex of an issue … Because at-, at that moment Ruan-, I mean-, I mean… Ruan. God. Uh, Ramon and Claiborne looked at each other and Claiborne said, "Wouldn't it be funny if this wound up in front of the Supreme Court again and the Supreme Court said, 'Look, you fuckers, we all ready told you guys what to do.'"

Jeff Young Jail Calls                                             3.31.2023 Call 144
                                                                  7:02-7:46

[00:00:00]
Jeff Young: The case, what they-, they spent their whole time talking about wasn't even part of the indictment.

[00:00:05]
Jeff Young's Father: Right. Well, they were painting a picture. You know? And it was all-, it was all for the jury's sake. I mean, they knew what they were doing.

[00:00:13]
Jeff Young: Yeah.

[00:00:13]
Jeff Young's Father: You know? But that's their job. I mean, that's what, uh, you know, Claiborne told me… [Crosstalk 00:00:18].

[00:00:18]
Jeff Young: But the point is is, you know, if-, if they had me they should be able to just have me. You know? They don't need-, they shouldn't have to manipulate the data, and manipulate things to look like something that it's not.

Jeff Young Jail Calls                                      4/3/23 Call 166
                                                           3:51-4:18

[00:00:00]
Jeff Young: I mean, do you understand what I was telling you about why this thing wound up at the Sixth Circuit , how it's going to get reversed? Did you understand what I was trying to say?

[00:00:06]
Male Speaker: Well, and… Well, it almost… Yeah, I mean, but I don't understand how a judge can be so cavalier with someone else's life. I don't understand how they can say, "Okay, I'm-, I'm tired of listening to this. Just appeal it." I don't understand.

[00:00:18]
Jeff Young: Well, it's the system, bro. If you haven't figured out how fucked up the system is in this whole thing with me, um, you know, it's just the system is horribly broken. I mean…

Jeff Young Jail Calls                                    4/4/23 Call 170
                                                          11:58-12:18

[00:00:00]
Jeff Young: I'll tell ya the strangest thing. Um, when I came back, obviously, everybody, including all the guards, had expected me to go. I mean, it-, [Crosstalk 00:00:10] the only people that weren't expecting me to win was Dawn and the prosecutors.

[00:00:10]
Female Speaker: Yeah.

[00:00:15]
Jeff Young: Everybody else in the entire world was expecting me [Crosstalk 00:00:18] to walk out the court room that day.

[00:00:18]
Female Speaker: Mm-hm [Affirmative].

Jeff Young Jail Calls

4/4/2023 Call 171
12:09-12:50

[00:00:00]
Jeff Young: No, the First Step Act that Trump put into place was 15 days a month of good time. Which knocked it down to 65%. Okay?

[00:00:11]
Female Speaker: Okay. Okay, fine.

[00:00:11]
Jeff Young: Everybody starts at 85%. If you go to a camp, which I don't have any criminal history points that kind of thing, baby. A camp you can get it down to 50%. And let me tell you what my attorney-, [Laughter] let me tell you what my attorney told me. He's like, "When Dr. Litton went to the camp… They don't even report you missing for 72 hours. There's no fences. I told you, Johnny used to go out to eat with his wife and stuff when he did his camp time."

Jeff Young Jail Calls

4/4/23 Call 172
1:20-1:41

[00:00:00]
Jeff Young: There is-, there is definitely something evil behind this. And this is a battle for my soul. This is a battle for your soul. This is a battle against whatever amazing calling and-, and stuff that-, that God has promised us.