Case 1:19-cr-10040-JTF Document 327-12 Filed 12/31/23 Page 1 of 5 PageID 5589
Case 1:19-cr-10040-JDB Document 77-12 Filed 07/12/19 Page 1 of 5 PageID 282

1

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TENNESSEE
 2                          WESTERN DIVISION
    _____
 3
    UNITED STATES OF AMERICA,
 4          Plaintiff,

 5   V.                               No. 1:19-cr-10040-JDB

 6
    JEFFREY W. YOUNG, JR.,
 7          Defendant.
    _____
 8
```

**MOTION HEARING**

**BEFORE THE HONORABLE J. DANIEL BREEN**

**MAY 20, 2019**

CATHY BEST, RPR
Official Court Reporter
167 North Main Street, Suite 242
Memphis, Tennessee 38103

UNREDACTED TRANSCRIPT

1  officers. And that's why we brought you that evidence.
2  There's no conditions that can control that
3  but to detain him. Thank you.
4  **THE COURT**: All right. This matter is before
5  the Court on de novo review from the decision of
6  Magistrate Judge John York, which granted bond to
7  Mr. Young.
8  The Court has conducted a lengthy hearing both
9  a week ago Monday and today. It is now 6:20. We've been
10 going all day on this one and certainly a good part of
11 half a day previously.
12 Of course, there is a presumption that the
13 government has raised for the type of offense which
14 Mr. Young has been charged, which is not significantly
15 difficult to overcome I think based upon what has been
16 presented, that Mr. Young has overcome that presumption.
17 However, the government still has the burden
18 of -- persuasion remains with the government to establish
19 that Mr. Young does pose a danger or is a flight risk. I
20 don't think there's really an indication that Mr. Young
21 is a flight risk. So the question now comes before the
22 Court dealing with does he pose a danger to the
23 community.
24 Again, the nature and circumstances of the
25 offense in the Court's mind does raise a rebuttal

Case 1:19-cr-10040-JTF Document 327-12 Filed 12/31/23 Page 3 of 5 PageID 5591
Case 1:19-cr-10040-JTF Document 327-14 Filed 07/10/19 Page 337 of 457 PageID 5131

337

```
 1   presumption in favor of detention under 18, USC,
 2   Section 3142(e)3, again, which can be overcome, but it
 3   does involve the distribution of controlled substances.
 4              There is certainly -- a grand jury has
 5   returned an indictment.  So there's probable cause to
 6   believe that the defendant committed the offense.  Of
 7   course, that's not trial.  It's simply probable cause
 8   establishment, the grand jury's determination.
 9              The next factor the Court is to consider is
10   the weight of the evidence, which goes to the -- the fact
11   goes to the weight of the evidence, the dangerousness,
12   not the weight of the evidence of the defendant's guilt.
13              The Court has heard over the last couple of
14   days, today and last Monday, a number of witnesses and
15   evidence that would indicate that Mr. Young has, in fact,
16   made statements, has conducted himself in a manner that
17   would seem, to me, that he has actually threatened
18   people.
19              There's photographs indicating that he may
20   have inflicted injuries on other individuals at times.
21   And he has made fairly strong statements about other
22   individuals that have disagreed with him or attempted to
23   in any way impact his business or his activities.
24              Fortunately, he hasn't acted on that anytime
25   soon.  Of course, he's been under bond and federal
```

Case 1:19-cr-10040-JTF Document 327-12 Filed 12/31/23 Page 4 of 5 PageID 5592
Case 1:19-cr-10040-JDB Document 327-14 Filed 07/10/19 Page 338 of 457 PageID 519

338

1   charges at this point.  Certainly prior to that time,
2   during the time when the indictment, the accusations
3   against him, there was that.  And there's still some
4   indication both of Facebook and text messages that do
5   appear to indicate his propensity for violence or some
6   type of acts of retribution or whatever.  I think that
7   factor probably weighs against Mr. Young's continued
8   release.
9           History and characteristics of the defendant.
10  There has been some involvement with the criminal justice
11  system, not any convictions, of course.  But there have
12  been some activities in which the proof has presented
13  that Mr. Young again has had some issues.  Some of it may
14  have been related to his mental capacity or some use of
15  alcohol.
16          There has been testimony that indicates he
17  presently seems to be in a fairly decent mental state.
18  Be that as it may, he does have a history again of some
19  outbursts and other indications about his saying things
20  to others and threatening them and posting matters.
21          Certainly, I've already mentioned the video
22  that was shown and some of the activities that Mr. Young
23  was involved, particularly the one certainly -- it was
24  difficult to watch.  But in my opinion, the relationship,
25  the sexual relationship Mr. Young was apparently having

UNREDACTED TRANSCRIPT

Case 1:19-cr-10040-JTF Document 327-12 Filed 12/31/23 Page 5 of 5 PageID 5593
Case 1:19-cr-10040-JTF Document 37-14 Filed 07/10/19 Page 339 of 457 PageID 5283

339

```
 1   with the woman that appeared, to me, to be at least
 2   semi-conscious if not fully under some type of
 3   circumstance that she was not in complete control of her
 4   faculties, that obviously is certainly a problem from the
 5   Court's standpoint.
 6              Again, it's a close question in terms of his
 7   other aspects, but I still think that that particular
 8   factor, that history and characteristic, does indicate
 9   that his background and some of his actions have proven
10   to be of concern to the Court during the course of these
11   events.
12              And finally, the danger to the community that
13   Mr. Young poses by his continued release, whether or not
14   there are any conditions or combination of conditions
15   that can be imposed to protect the safety of the
16   community, considering all the evidence the Court has
17   heard over these last couple days, the Court concludes
18   that, again, based upon review of all the testimony here
19   that there are no conditions, combination of conditions,
20   that would assure the safety of the community by
21   Mr. Young's continued release.  The Court is going to
22   find that he should be detained pending the trial of this
23   case.
24              We'll go ahead and set a release -- excuse me,
25   a report date.  I know, of course, Mr. Ferguson indicates
```

UNREDACTED TRANSCRIPT