in the above city and county on or about September 1, 2016

Further, affiant makes oath that the essential facts constituting said offense, the sources of affiant's information, and the reasons why his/her information is believable concerning said facts are as follows:

According to A— B————— on September 1, 2016 at about 0945 hours at 182 Murry Guard Dr., parking lot, she was approached by a male, Jeffrey Young Jr., in a very threatening manner. She said he kept getting in her face cursing and screaming for her to get off his fucking parking lot. Ms. Bustamante said he kept yelling to stop soliciting his patients and for her to get off his mother fucking parking lot. She said she tried to explain that she had a dental appointment at 186 Murry Guard Dr. and the lady, L— R. F— with her was an employee for the veterans administration that had agreed to meet her there so her husband could fill out paper work since he is a veteran. Ms. B————— said as she was going to move the car a few rows over he followed her still yelling and when she attempted to back out of the parking space he got behind the car and started yelling come on, come on. Ms. B————— said she thought Mr. Young was going to assault her and his actions put her in great fear for her safety.

X _Yeler Cardona_
Affiant's Signature
Y. Cardona #2521
Print name
234 Institute St.
Address
Jackson, TN 38301
Phone Number

WITNESSES
Name: A— B—————
Address: 110 Guy Mcadams Rd Henderson, TN 38340
Phone Number: 731-435-9717
Name: L— R. F—
Address: 1298 N. Highland Ave
Phone Number: 731-215-2405

Sworn to and subscribed to me this 2nd day of September 2016
Judge -- Clerk or Deputy Clerk

NOTICE- YOU ARE CHARGED WITH A STATE CRIMINAL OFFENSE. THIS SUMMONS HAS BEEN ISSUED IN LIEU OF AN ARREST WARRANT. YOUR FAILURE TO APPEAR IN COURT ON THE DAY AND TIME ASSIGNED BY THIS SUMMONS OR THE FAILURE TO APPEAR FOR BOOKING AND PROCESSING AS DIRECTED BY THIS SUMMONS WILL RESULT IN YOUR ARREST FOR SEPARATE CRIMINAL OFFENSES PUNISHABLE AS PROVIDED IN TENNESSEE CODE ANNOTATED 39-16-609 REGARDLESS OF THE DISPOSITION OF THE CHARGE FOR WHICH YOU WERE ORIGINALLY SUMMONED. YOU ARE ENCOURAGED TO CONSULT WITH AN ATTORNEY ABOUT THIS SUMMONS. THE SIGNING AND ACCEPTANCE OF THIS SUMMONS IS NOT AN ADMISSION OF GUILT OF THE CRIMINAL OFFENSE CHARGED.

I UNDERSTAND I MUST APPEAR AT THE MADISON COUNTY JAIL LOCATED IN THE CRIMINAL JUSTICE COMPLEX AT 515 S. LIBERTY ST., JACKSON, TENNESSEE, (PHONE Number 988-3056), FOR BOOKING AND PROCESSING BETWEEN THE HOURS OF 9:00 AM AND 3:00 PM MONDAY-FRIDAY BEFORE Thursday (Day of Week) September 20 (Date), 20 16. DO NOT APPEAR ON HOLIDAYS OR WEEK-ENDS. I UNDERSTAND THAT MY FAILURE TO DO SO MAY RESULT IN ADDITIONAL CHARGES AND A PHYSICAL ARREST.

Signature of Defendant

(Court Copy)

September 3rd 2016
Date Served