Cancel Jeff-Young-Shelby-County-affidavi..

## AFFIDAVIT OF COMPLAINT

STATE OF TENNESSEE
SHELBY COUNTY

Personally appeared before me **Sgt. Russ Tilton, #2862,** and made oath that on or about the 18th day of November, 2016, in said County, and within the jurisdiction of the Criminal Court of Shelby County, Tennessee, one **Jeffery Young**, age **43**, sex **Male**, whose last known address is ▉**Greendale Drive, Jackson, TN 38305**, did unlawfully commit the offense(s) of **Assault 39-13-101,** and the essential facts constituting said offense(s) and the source of the affiant's information are as follows:

On October 1, 2016, J▉▉ R▉▉ was sitting in a chair at Minglewood Hall, 1555 Madison, watching a concert. Jeffery Young approached her from behind and began aggressively hugging her and rubbing his face on her face. R▉ said she put her arm up and told Young to leave her alone. She said Young taunted her and repeatedly asked her what w[as] wrong. Young then turned to girlfriend A▉▉ E▉ and told her to take a picture of the incident. The photo shows Young standing behind R▉▉, leaning over her and making a face. Then Young again aggressively hugged R▉▉, aggressive[ly] rubbed his face on hers and knocked R▉ to the floor. R▉ said she bruised her back and buttocks on the chair and floor. R▉ identified Young from a photographic line-up as the one who assaulted her.

This offense occurred in Memphis, Shelby County, Tennessee.

_____
Affiant, 201 Poplar Ave.

Sworn to and subscribed before me this **18** day of **November, 2016**.

_Rhonda W. Harris_ RWH
Judicial Commissioner, General Sessions Criminal Court of Shelby County Tennessee

---

STATE OF TENNESSEE
SHELBY COUNTY

### WARRANT

TO ANY LAWFUL OFFICER OF THE STATE:

Information on oath having been made that the offense(s) of **Simple Assault 39-13-101,** and have been committed, and accusing **Jeffery Young** thereof, YOU ARE HEREBY COMMANDED IN THE NAME OF THE STATE TO ARREST said defendant and bring him/her before me or any Judge of the General Sessions Criminal Court State of Tennessee, Shelby County.

This **18** day of **November, 2016**.    Bond is set at $ **BTBS**

_Rhonda___ RWH
Judicial Commissioner, General Sessions Criminal Court of Shelby County

4

