| OFFENSE REPORT | | COPY | WALTON COUNTY SHERIFFS OFFICE |
|---|---|---|---|
| WCSO11OFF003895 | | | Printed On: 03/22/2017 @ 13:13 |

| Offense Number | Offense Description | | CAD Incident No |
|---|---|---|---|
| WCSO11OFF003895 | Z109 DOMESTIC - BATTERY (SIMPLE) | | WCSO11CAD090640 |
| Range of Occurrence: | 08/28/2011 06:00 08/28/2011 08:18 | Reported 08/28/2011 08:18 | Arrived 08/28/2011 08:32 | Completed 08/28/2011 10:09 |

**ADDRESS OF OCCURRENCE**

| No. | Di | Street | A/L | City | ST | Zip |
|---|---|---|---|---|---|---|
| 119 | | PELICAN CIR | | PANAMA CITY BEACH | FL | 32413 |
| (GEO) | | (Latitude / Longitude) | | | | |
| 3 - 3C - CAMP - | | 30.29239 / -86.05665 | | | | |

**PERSONS**

**[S /SUSPECT]**     MNI ID: WCSO11MNI010723

| Last | First | Middle | Title | R | S | DOB | Age |
|---|---|---|---|---|---|---|---|
| YOUNG | JEFFREY | WATTER | | W | M | 09/09/1973 | 37 |

| Hgt | Wgt | Eyes | Hair | I.D. No. | St | Type | Ethnicity: |
|---|---|---|---|---|---|---|---|
| 5'10" | 180 | BLU | BRO | ///////// | TN | | |

Residence: Within country

Extent of Injury: N/A          Verify For Rape Exam: No     Treated For Rape Injury: No

General Appearance:  - Casual
Demeanor:            - Calm
Clothing:            - Shirt - Shorts
Clothing Description:
Probable Destination:
Birth Location: State: OH
Address:
   159 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Occupation:
   * none reported *

**[V /VICTIM ]**     MNI ID: WCSO11MNI010728

| Last | First | Middle | Title | R | S | DOB | Age |
|---|---|---|---|---|---|---|---|
| Y▓▓▓ | D▓▓▓ | | | W | F | 11/09/1971 | 39 |

| Hgt | Wgt | Eyes | Hair | I.D. No. | St | Type | Ethnicity: |
|---|---|---|---|---|---|---|---|
| 5'04" | 0 | GRN | BRO | ///////// | TN | | |

Residence: Within country

Status: Victim On ALL Offenses
Victim/Offender Relationship: Wife  Offender Known To Victim: Yes
Extent of Injury: Minor (treated in hospital)     Verify For Rape Exam: No     Treated For Rape Injury: No
General Appearance:  - Casual
Demeanor:
Clothing:
Clothing Description:
Probable Destination:
Birth Location: City: JACKSON State: TN
Address:
   159 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Occupation:
   Business: DAVITA DIALYSIS, Job Title: RN

**[WB/WITNESS]**     MNI ID: WCSO11MNI010727

```
OFFENSE REPORT                          COPY            WALTON COUNTY SHERIFFS OFFICE
WCSO11OFF003895                                              Printed On: 03/22/2017 @ 13:13
```

| Last | First | Middle | Title | R | S | DOB | Age |
|------|-------|--------|-------|---|---|-----|-----|
| L███ | R███ |        |       | W | M | 09/13/1952 | 58 |

| Hgt | Wgt | Eyes | Hair | I.D. No. | St | Type | Ethnicity: |
|-----|-----|------|------|----------|----|----|------------|
| 5'08" | 0 | BLU | GRY | UNKNOW | AL | | |

Residence: **Within country**

Extent of Injury:                                   Verify For Rape Exam: No    Treated For Rape Injury: No

General Appearance:   - Casual
Demeanor:             - Calm
Clothing:
Clothing Description:
Probable Destination:
Birth Location: City: FT BRAGG State: NC
Address:
███████████████████████████████████

Occupation:
   Business: RETIRED

---

**[WB/WITNESS]**          MNI ID:  WCSO11MNI010726

| Last | First | Middle | Title | R | S | DOB | Age |
|------|-------|--------|-------|---|---|-----|-----|
| S███ | J███ |        |       | W | F | 06/30/1982 | 29 |

| Hgt | Wgt | Eyes | Hair | I.D. No. | St | Type | Ethnicity: |
|-----|-----|------|------|----------|----|----|------------|
| 5'09" | 0 | HAZ | BLN | ///// | AL | | |

Residence: **Within country**

Extent of Injury:                                   Verify For Rape Exam: No    Treated For Rape Injury: No

General Appearance:
Demeanor:
Clothing:
Clothing Description:
Probable Destination:
Birth Location: City: CHINO State: CAL
Address:
███████████████████████████████████

Oc███████████████████████████████████

---

**CHARGES/OFFENSES**

Statute: **784.03.1a1**                Counts : 1       UCR: 130B       NCIC :

   Charge :   **BATTERY**
   Desc :     **TOUCH OR STRIKE**
   General Offense Code... (GOC) :   P   Principal
   Arrest Charge Level......(ACL) :  M   Misdemeanor
   Arrest Charge Degree...(ACD) :    F   First Degree
   Arrest Offense Number.(AON) :     1319
                                     (DOMESTIC VIOLENCE)

---

| | | |
|---|---|---|
| OFFENSE REPORT | COPY | WALTON COUNTY SHERIFFS OFFICE |
| WCSO11OFF003895 | | Printed On: 03/22/2017 @ 13:13 |

| | |
|---|---|
| Weapon | - Hand or Fist, etc. |
| Location Category | Residence |
| Location Type | Apartment/condo. |
| Location Description | Vacation Rental |
| Location Status | Inhabited |
| Number of Premises Burglarized | 0 |
| Target | - Person |
| Entry Method | - No Force |
| Point of Entry (POE) | |
| POE Visible From | |
| Point of Exit | |
| Suspect Actions | - Struck Victim |
| Circumstances | |
| Weather | - Clear |
| Lighting Condition | Daylight |
| Security Used | |
| Crime Scene? : No | |
| If NO, Explain : | |
| Crime Scene Officer: | |
| Physical Evidence Collected: | 0 |

< NARRATIVE >

| DATE | TIME | TYPE | OFFICER REPORTING | CALL # | REP TAKER | EDIT DATE | EDIT TIME |
|---|---|---|---|---|---|---|---|
| 8/28/2011 | 10:41 | INITIAL | CALASSO, ANTHONY JR | 324 | AHOGEBOOM | 8/28/2011 | 16:44 |
| Status: APPROVED | | HOGEBOOM, ANGIE | | 8/28/2011 | 16:44 | | |

On August 28, 2011, Sgt. A. Hogeboom and I responded to the listed address in reference to a physical domestic disturbance. Communications advised both parties were still present at the home, along with twelve other people. Communications also advised the male half of the disturbance was not aware of his wife contacting law enforcement.

On arrival we made contact with D▇▇ Y▇▇ and a friend, J▇▇ S▇▇. I noted Mrs. Y▇▇ was favoring her left arm and she stated her husband, Jeffrey Young, threw her to the floor during an argument earlier in the morning. She further stated her husband exhibited rude and vulgar behavior with several females in the home the night prior, namely groping and touching the females in intimate areas. Mrs. Y▇▇ also explained she believed her husband intended to commit sexual battery against her the night prior. When asked to clarify, she stated he was making sexual advances towards her against her will as he was naked, however no penetration occurred at any time. The incident was interrupted by S▇▇, who witnessed Mr. Young naked standing over his wife, as she was yelling for help. Both females verified no sexual acts took place and the incident lasted moments. Mrs. Y▇▇ mentioned this was not the first and only instance of domestic violence between the couple, having other instances outside of this jurisdiction. During this time, I noted swelling to Mrs. Y▇▇ left forearm, and Young advised she would find transportation to the hospital, refusing EMS services.

Several of the guests at the home, who are all common friends here for a wedding, stated they heard a verbal argument between the Young's for the majority of the night. They also stated Mr. Young was extremely intoxicated and they took turns watching him to ensure he kept away from Mrs. Young. Mr. R▇▇ L▇▇ stated he was involved with the

| OFFENSE REPORT | **COPY** | WALTON COUNTY SHERIFFS OFFICE |
|---|---|---|
| WCSO11OFF003895 | | Printed On: 03/22/2017 @ 13:13 |

disturbance more than the other guests, and stated he was sleeping on a couch in the living room; the couch was adjacent to a bedroom Mrs. Y▮▮▮ was sleeping in by herself. L▮▮▮ volunteered to sleep here to keep watch for Mrs. Y▮▮▮. L▮▮▮ also stated he heard his name being yelled from the room between 6:00am to 6:30am. He further stated he attempted to enter the room and the door was locked; he then went to a rear porch and accessed the bedroom, where he saw Mr. Young standing over Mrs. Y▮▮▮ yelling at her and becoming belligerent. Lambert also advised he observed Mrs. Y▮▮▮ in a fetal position holding her left arm as if she was hurt.

    Contact was made with Mr. Young who was seated on the rear porch of the home. Sgt. Hogeboom and I informed him we were investigating a domestic disturbance and possible sexual battery involving him and his wife. He was read his Miranda warnings from a department approved, pre-printed card; after the warning was given, Mr. Young stated, "well, I guess I should wait and talk to my attorney", paused, then began to explain the events from his point of view. Mr. Young stated he woke up this morning at 6:00am to pack his vehicle. After that, he went the room where his wife was sleeping and told her the car was ready and it was time to leave, citing a long drive. Mr. Young further explained his wife told him she was not going with him and fell out of the bed. Mr. Young stated this could have been the cause of the injury to her arm. It should be noted the distance between the top of the bed and the floor is approximately one to two feet.

    Mr. Young also denied the allegation of the sexual battery and mentioned everyone in the home was intoxicated the night prior, and the accusations of groping other females were false. Throughout the recorded interview, Mr. Young's answers to certain questions would change, such as the side of the bed his wife was sleeping on in correlation to the side she fell from during the argument. He also claimed to have talked to her best friend for about an hour and was under the impression that everything was fine, although no one in the home could confirm that conversation. Also, the time Mr. Young claimed to have packed his vehicle and the time of his wife's injury is separated by one and a half hours, contradicted by L▮▮▮ earlier statement of the struggle taking place at about 6:30 am. During the interview, Mr. Young verified he and Mrs. Y▮▮▮ have been married for five years and have three children in common.

    Contact was again made with L▮▮▮ in the same room where the alleged incident of violence took place; it was here that ▮▮▮ was able to describe where he found Mrs. Y▮▮▮ on the floor and Mr. Young's position over her during the argument. L▮▮▮ pointed to an approximate area where she was laying on the floor, which was about three to four feet from the edge of the bed. Based on the information provided, it was determined Mr. Young did throw, or shove, Mrs. Y▮▮▮ from the bed to the floor, landing where L▮▮▮ described her location on the floor.

    Based on the statements made by all parties, the injury to Mrs. Y▮▮▮ arm, and the inconsistencies surrounding Mr. Young's statement, it was determined Mr. Young was the primary aggressor in this matter. Mr. Young was placed under arrest for Battery, Domestic Violence, handcuffed, and placed in the rear of my marked patrol vehicle. Mrs. Young was provided a Victim's Rights Brochure as well as a Domestic Violence pamphlet. I also noted the injury to her arm was now several light shades of pink and red, indicating a legitimate

| OFFENSE REPORT | COPY | WALTON COUNTY SHERIFFS OFFICE |
|---|---|---|
| WCSO11OFF003895 | | Printed On: 03/22/2017 @ 13:13 |

injury. L▮▮▮ S▮▮▮, and Mrs. Y▮▮▮ provided completed Affidavits of Complaint and Voluntary Statements, where applicable.

Just before transport to the Walton County Jail, Mr. Young informed me he was a kidney transplant patient and needed to take his medication with him to the facility. I allowed him to look in his luggage for the items while other males at the house looked in the home for the medication, which was not located at the time of this writing. Upon arrival at the county jail, I informed the correctional officers of Mr. Young's condition and his need for medical assistance should the need arise. Copies of all supporting documents area scanned and attached to this report. Nothing further. A copy of this report has been faxed to the Shelter House.

---

| 8/28/2011 12:19 | SUPPLEMENT | HOGEBOOM, ANGIE | 201 | AHOGEBOOM 8/28/2011 13:11 |
|---|---|---|---|---|
| Status: APPROVED | CLARK, DONALD WAYNE | 8/28/2011 | 14:21 | |

On August 28, 2011 I responded as dispatch with Deputy Calasso to 119 Pelican Circle in reference to a domestic situation. Upon arrival I made contact with D▮▮▮ Y▮▮▮, who was visibly upset and holding her left arm. I could see that there was swelling up above her elbow and bruising. Mrs. Y▮▮▮ was asked what had taken place. She stated that she and her husband were down from Tennessee to attend a wedding. Her husband, Jeffrey had been drinking heavily the night before and was being inappropriate with other females attending the party. They had slept in separate bedrooms for the night, with a friend of Jeffrey's "guarding" the doorway to prevent him from leaving his bedroom. At some point early on August 28, Jeffrey had entered the bedroom that D▮▮▮ had been sleeping in. She stated that he began to yell at her and had grabbed her from the bed, throwing her onto the floor. This action caused her left arm to be injured. D▮▮▮ filled out an affidavit of complaint and later provided a recorded statement of the events. Photographs of D▮▮▮ arm were taken and placed into the case file. D▮▮▮ was asked if she wanted EMS and stated no. She said she was going to have friend take her to the ER after we were done with our investigation.

J▮▮▮ S▮▮▮ stated that last night on August 27, D▮▮▮ was upset due to Jeffrey's behavior. After they had calmed her down and she went back into her bedroom, she heard D▮▮▮ yelling "stop, stop, get off." J▮▮▮ ran to Dawn's room and observed Jeff naked and grabbing D▮▮▮ who was clothed. J▮▮▮ said that Jeff was holding D▮▮▮ down and she was trying to get away from him.

We then made contact with Jeffrey Young, who was sitting outside. Mr. Young was advised that we were recording the conversation and was read his Miranda rights. Mr. Young stated that " I guess I should wait to talk to an attorney" but then started telling us how he got up around 6 a.m. and starting packing the car, though he was told talking to us was up to him. He stated that last night he was accused of grabbing a girls butt. He told us how he and Dawn had slept in separate rooms. He went in to wake D▮▮▮ up this morning and said she fell out of the bed. Mr. Young stated that D▮▮▮ was sleeping in the middle of the bed. When I asked which side of the bed she fell off of, at first he stated the right, then he stated the left. I did not observe any signs of injury on Mr. Young. We asked Mr. Young if he wouldn't mind hanging around, while we conducted a few interviews. Mr. Young agreed to do so.

We then made contact with R▮▮▮ L▮▮▮. Mr. L▮▮▮ slept on the couch located just

---

| WCSO11OFF003895 | Page 5 of 6 | [ AHOGEBOOM | 08/28/2011 10:41 ] |

| OFFENSE REPORT | COPY | WALTON COUNTY SHERIFFS OFFICE |
|---|---|---|
| WCSO11OFF003895 | | Printed On:   03/22/2017 @ 13:13 |

outside of the bedroom where D▮▮ had been sleeping. Mr. L▮▮ said he tried everything he could to defuse the situation last night (Aug 27) R▮ L▮▮ said that Jeffrey had made several of the males upset and they wanted to "kick his ass" Mr. ▮▮ had thought the doors to D▮ bedroom were secured from the outside, but he was mistaken. While asleep on the coach, he heard his name being screamed for help. He got up and ran towards the noise. When he entered the room, he observed D▮ on the floor in a fetal position holding her arm. He observed Jeff standing over her and the were both arguing. R▮▮ told Jeff to leave the room, after he told him several different versions of what had happened. The room had been cleaned up prior to our arrival, but we were advised that the clock had been broken and flowers were knocked over. I observed that the clock on the side table was not in working order. The area where R▮ howed us where D▮ was laying, was not in close proximity to the bed. Photographs of the bed were taken and placed into the case file. Mr. L▮ provided a written statement and his interview was recorded and placed into case management.

Deputy Calasso placed Mr. Young under arrest for Battery Domestic Violence. He was transported to the Walton County Jail.

< END OF NARRATIVE >

| Offense Status | Yes -- Cleared | | Reporting Officer | |
|---|---|---|---|---|
| Closed | # Clearances | 1 | 324   CALASSO, ANTHONY JR | |
| | Clearance Date | 08/28/2011 | PATROL SHIFT D | |
| Warr./Arr. No. | Clearance Type | Arrest | | |
| | Except. Clear. Type | | *Forward for Approval / Followup To : | |
| | Age Classification | ADULT | RECORDS | |

| Supervisor   APPROVED | | | Case Screening Supv. | Investigator |
|---|---|---|---|---|
| ANGIE HOGEBOOM | | | | |
| | No | Concur   No | | |
| Date   Time | No | PtlF/U   No | Date   Time | |
| 08/28/2011   16:45 | No | InvF/U   No | | |

Report Last Modified   08/28/2011   16:45




Case 1:19-cr-10080-JTF Document 327-16 Filed 12/31/20 Page 9 of 9 PageID 5675