# INCIDENT/INVESTIGATION REPORT

| Agency Name | Jackson Police Department |
|---|---|
| ORI | TN0570100 |
| Location of Incident | 92 Greendale Dr, Jackson TN 38305- |
| Premise Type | Residence/home |
| Zone/Tract | JKN1 |
| Case# | 16-005271 |
| Date / Time Reported | 04/02/2016 20:02 Sat |
| Last Known Secure | 04/02/2016 05:00 Sat |
| At Found | 04/02/2016 20:02 Sat |

## Incident Data

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Forcible Rape 11A | | Personal Weapon | | | | N |
| #2 | Crime Incident | ( ) | | | | | |
| #3 | Crime Incident | ( ) | | | | | |

## Victim

# of Victims: 1   Type: INDIVIDUAL/ NOT LAW   Injury: Um

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | G[redacted] A[redacted] | 1, | 23 | W | F | IRU | Resident | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

## Others Involved

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)
Type: INDIVIDUAL/ NOT LAW ENFORCEMENT   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| RP | E[redacted] A[redacted] | | 55 | W | F | | Non-Resident | |

Type:    Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address:   Home Phone:
Employer Name/Address:   Business Phone:   Mobile Phone:

## Property

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 27F | EVID | $0.00 | | 1 | PHOTOGRAPH(S)/DISC | | |
| 1 | 77AN | EVID | $0.00 | | 1 | RAPE KIT | | |
| 1 | 77AH | EVID | $0.00 | | 1 | BLOOD | | |
| 1 | 06E | EVID | $0.00 | | 1 | YELLOW BRA | | |
| 1 | 06R | EVID | $0.00 | | 1 | SHIRT/BLACK | | |
| 1 | 06T | EVID | $0.00 | | 1 | SHORTS/PINK | | |
| 1 | 77 | EVID | $0.00 | | 1 | PLASTIC BAG | | |

Officer/ID#   HOLMES, KELLEN JARODD   (2566)
Invest ID#   STANFILL, JAY NELSON   (2318)
Supervisor   HENSON, ROBERT DAVID   (2019)

Status   Complainant Signature   Case Status: Active   04/02/2016   Case Disposition:   Page 1

R_CS1IBR   Printed By: 2425MW,   Sys#: 1197039   03/19/2019 15:21

## CASE SUPPLEMENTAL REPORT

Printed: 03/19/2019 15:21

**Jackson Police Department**  OCA: **16005271**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** ACTIVE   **Case Mng Status:** ACTIVE/OPEN/ASSIGNED   **Occurred:** 04/02/2016
**Offense:** FORCIBLE RAPE

**Investigator:** JONES, DANIELLE EVETT  (2337)   **Date / Time:** 04/06/2016 14:28:18, Wednesday
**Supervisor:** JONES, DANIELLE EVETT  (2337)   **Supervisor Review Date / Time:** 04/06/2016 14:28:38, Wednesday
**Contact:**   **Reference:** Victim Interview

On April 2, 2016 I responded to JMCGH and made contact with A▮ G▮ G▮ advised that the night before she was at a house party with friends after leaving the club Slide and Ride. A▮ went on to say that while at the house party Jeff Young made her drinks. She advised that she had been talking to G▮ ll night and the two later ended up in a room with bunk beds. She stated G▮ ut the mattresses on the floor and the two laid on them talking. At some point she passed out but woke at one point and saw Jeff on top of her. She could not advise on exactly what happened. She left Young's home around 11 or 11:30 on 4/2/16 and said that when she woke up she was naked and had some bruises on her thigh and knees. A complete formal adopted written statement was taken from A▮ and will be included in the case file. A▮ lothing was collected as evidence in this case as well as her rape kit. Please see supplements for more information regarding this case. [04/06/2016 14:36, 2337DJ, 184, JPD]

[04/22/2016 12:15, 2066JK, 5, JPD]

Investigator Signature   Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/19/2019 15:21

**Jackson Police Department**  OCA: **16005271**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *ACTIVE*  Case Mng Status: *ACTIVE/OPEN/ASSIGNED*  Occurred: *04/02/2016*

Offense: *FORCIBLE RAPE*

Investigator: JONES, DANIELLE EVETT  (2337)  Date / Time: *04/11/2016 16:13:08, Monday*
Supervisor: JONES, DANIELLE EVETT  (2337)  Supervisor Review Date / Time: *04/11/2016 16:13:25, Monday*
Contact:  Reference: *Additional Information*

On this date I spoke with A▮▮ G▮▮ in regards to this case on a follow up. A▮▮ still could not advise on seeing any one other than Jeff on top of her. She was able to tell me that G▮▮ last name is H▮ and I was able to pull a photo of H▮ and confirm it was the same G▮▮ H▮ she spoke of. She did advise that police had come to Jeff's house prior to her passing out and walked around due to a call about a girl crying in the car. A▮ s still unable to remember anything that may have happened sexually to her. While she was here myself and Inv. Stanfill obtained permission from her to dump her phone for text messages and the call log. Please see supplements for more information regarding this case. [04/11/2016 16:17, 2337DJ, 184, JPD]

[04/22/2016 12:16, 2066JK, 5, JPD]

Investigator Signature  Supervisor Signature