UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA,**
         Plaintiff,

vs.                                                                                   No. 1:19-cr-10040-JTF-1

**JEFFREY YOUNG,**
         Defendant.

### MOTION TO CONTINUE SENTENCING HEARING

Comes now, Defendant by and through his counsel and Moves this Court to continue the Sentencing currently set on January 16, 2024 to another date as the government has recently filed its sentencing memorandum that actually addresses how they intend to prove the weight of the illegal prescriptions.  The filing was nearly 30 pages long, included several dozen individuals, and over a 1000 pages of exhibits.

Council needs to review said filing with his client and will need to locate the patient files, as well as interview them.

This is especially important as their filing alleges that a member of this Court's CJA panel was involved in wrongdoing, listed as a patient they will argue was receiving illegal prescriptions.

Counsel needs a continuance to insure the Defendant's rights are protected and not for delay purposes.

I conferred with the Government an they have no position on this request.

### CONCLUSION

Based on the numerous pages of filings and the number of witnesses that need to be spoken to, Counsel requests a resenting of the sentencing hearing.

        **The**
**CLAIBORNE ✠ FERGUSON**
**Law Firm, P.A**.
294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
Claiborne@midsouthcriminaldefense.com

/s/Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (BPR 20457)

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 8th day of January 2024, I served a true and correct copy of the foregoing upon the person(s) listed below by the following method(s) of service:

[   ] Depositing it in the U.S. mail, first class postage prepaid and properly addressed;
[   ] Hand delivery;
[   ] Facsimile transmission
[ **X**] Electronic Transmission - PACER

Jillian Willis
U.S. Department of Justice
Criminal Division, Fraud Section
202-257-5852

                                            <u>/s/ Claiborne H. Ferguson</u>