**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cr. No.: 1:19-cr-10040** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JEFFREY YOUNG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**GOVERNMENT'S JOINDER OF DEFENDANT'S MOTION TO CONTINUE
SENTENCING**

Comes now the United States of America through undersigned counsel, and
shows as follows:

1. On January 9, 2024, the Defendant moved to continue the sentencing in the
   captioned matter in order to ensure an opportunity to thoroughly review and
   respond to the government's sentencing brief.

2. In advance of filing his motion to continue the sentencing, counsel for the
   defendant conferred with the government, representing that he required more
   time to adequately answer the government's patient-by-patient analysis. The
   government expressed a preference to proceed with the sentencing as planned
   as planned, and noted that there the government's sentencing brief was based
   on trial evidence, which has been available to the defendant since the trial in
   March 2023. However, knowing defense counsel to be a competent and diligent
   attorney, and taking the intervening holidays into account, the government
   agreed that it would take no position on the continuance motion.

3.  On January 9, 2024, the undersigned attorney for the government was ordered to report for jury service in the District of the District of Columbia (Superior Court), and on January 10, was selected as a juror for a three-week criminal trial in that district.

4.  In order to permit the undersigned to complete her jury service, and in light of defense counsel's representation that he needs more time to undertake a more thorough analysis in light of the government's filing, the government now joins the defendant's motion to continue.

.

Respectfully submitted,

/s/ *Katherine Payerle*
Katherine Payerle
Assistant Chief
Andrew Pennebaker
Trial Attorney
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed through ECF on January 10, 2024.

 /s/ *Andrew Pennebaker*
Andrew Pennebaker
Trial Attorney

2