# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**vs.**                                                                                              No. 1:19-cr-10040-JTF-1

**JEFFREY YOUNG,**
    **Defendant.**

### ORDER ON DEFENDANT'S MOTION TO CONTINUE SENTENCING

Upon the Motion of the Defendant, and for good cause shown in the motion filed in this request, the Court hereby GRANTS the motion and [will set this for a sentencing hearing under separate notice] [sets this matter for sentencing on the 18th day of March, 2034 at 9:30 A.M.

SO ORDERED THIS THE 11th day of January 2024.

                                        *s/John T. Fowlkes, Jr.*
                                        Hon. John T. Fowlkes, Jr.
                                        District Court Judge