## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

---

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**vs.**                                      **No. 1:19-cr-10040-JTF-1**

**JEFFREY YOUNG,**
    **Defendant.**

---

## NOTICE OF FILING

---

Comes now, Defendant by and through his counsel and files the addendum to his Sentencing Memorandum as an exhibit to the person Jeff Young was before the transformation.

**The**
**CLAIBORNE ⬡ FERGUSON**
**Law Firm, P.A**.
294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
Claiborne@midsouthcriminaldefense.com

/s/Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (BPR 20457)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of March, 2024, I served a true and correct copy of the foregoing upon the person(s) listed below by the following method(s) of service:

[     ] Depositing it in the U.S. mail, first class postage prepaid and properly addressed;
[     ] Hand delivery;
[     ] Facsimile transmission
[  X] Electronic Transmission - PACER

U.S. Department of Justice
Criminal Division, Fraud Section
202-257-5852

/s/ Claiborne H. Ferguson