

# My MIRACLE
## AND LIVING THE GOSPEL

The Story of **Resurrection** from the Dead

*Lee Stoneking*

---

FEAR IS THE DARK ROOM
WHERE SATAN DEVELOPS
HIS PICTURES IN OUR LIVES

---

Chapter Fourteen



# OFFICIAL REPORT FROM DOCTOR YOUNG



Dr. Jeff Young Jr.
Dr. Young is expertise personified—
He is brilliant and totally professional in his field!

Official Medical Report: On November 12, 2003, Reverend Stoneking suffered a cardiac arrest due to a massive heart attack. He suffered this ventricular fibrillation arrest at the airport in Sydney, Australia.



Ventricular fibrillation (VF) is the most commonly identified arrhythmia in cardiac arrest patients. This arrhythmia is a severe derangement of the heartbeat that usually ends in death within minutes unless corrective measures are promptly taken. Cardiopulmonary resuscitation (CPR) was administered by bystanders until paramedics could arrive. I quote a letter I received from Dr. Mark Pitney in Australia *(Brother Stoneking's attending physician while in the hospital overseas)*: "Even with intubation *(a breathing tube in place)*, paramedic CPR and repeated cardio versions *(shocks to the heart—ten total shocks!)*, a stable rhythm *(heartbeat)* and output *(circulation)* was not gained for thirty minutes." Basically, in common everyday vernacular, Brother Stoneking was dead for thirty minutes. The first miracle of this was that he lived at all. Sudden cardiac death accounts for approximately 300,000 deaths per year in the United States, of which 75-80% is due to VF. More deaths are attributable to VF than to lung cancer, breast cancer, or AIDS. A major adverse outcome from a VF event is anoxic encephalopathy *(brain damage due to lack of oxygen)*, which occurs in 30-80% of patients.

Irreversible brain damage usually occurs within 6 minutes. Again, according to Brother Stoneking's reports and the doctors I spoke with directly in Australia, no adequate heartbeat or circulation was established for thirty minutes. When he collapsed, he struck his head on the concrete floor causing large hematomas. As if a heart attack and VF arrest were not enough, this was a terribly complicating set of events. A hematoma is a localized mass of blood confined within a space. So when he fell he developed blood on the brain.

The reason this complicates matters so, is that the number one treatment for a patient having a heart attack is the use of powerful blood thinners. Since he had bleeding on the brain he could not undergo any treatment for his heart attack. Also, the fall caused a fracture of his skull. He was taken to the cardiac catheterization lab *(a special procedure room used to take angiograms or pictures of the arteries of the heart)*. There they "initially" felt he needed to have open-heart surgery. However, when I spoke with Dr. Pitney he stated to me, "I will send you Mr. Stoneking's films for you and your colleagues to look at because I can't explain what happened between the first shot and the second shot!" What he meant by this was, with the first pictures taken it looked as though Brother Stoneking would need three to four bypasses because it looked like he had several severe blockages. However, in the very next picture his blockages looked better. Because of this miraculous finding, as well as, a spontaneous and what I can only explain as miraculous resolution of his heart attack, it was felt by his neurologist and cardiologist in Sydney that he could be stabilized and sent back to the states for any procedures he might require. Miraculously, and that is the only words I can use because it is a miracle, Brother Stoneking recovered in Sydney without any brain damage. Upon getting him back to the states we readmitted him to the hospital and my colleagues and I began our own work-up. The MRI of his brain here miraculously showed "no evidence of bleeding or even prior bleeding." This is a documented miracle, because I have a CT scan report from Australia that shows blood on the brain. We also did a repeat CT scan after the MRI results to better assess his skull fracture. I was in the CT room with Brother Stoneking and the radiologist

 MY MIRACLE ~ AND LIVING THE GOSPEL

kept getting more and more pictures and questioned me about whether the doctors in Sydney were correct about the skull fracture because the only fracture he could find on CT here was one that looked "old." This was another miracle!! Brother Stoneking finally underwent successful balloon angioplasty and stent to a 100% blocked right coronary artery. The final miracle of it all was discovered in our Cath Lab here in the states. Brother Stoneking's heart was functioning at about half of what it should. As a result of this he had some fluid on his lungs in Australia, a common complication following a heart attack of this magnitude. With any heart attack there is usually some residual damage and this can be indefinite and can take up to 6 months for stunned myocardium *(heart muscle)* to recover, if it recovers at all. When we reassessed his heart function here, his heart function was entirely normal!!! I can truly say that Brother Stoneking's recovery and medical course is miraculous. He was nicknamed the "miracle patient" at our hospital and people would come by just to see and talk with him. To God be the glory!! God is still in the miracle working business in the 21st century!

*Dr. Jeff Young Jr.*



IF YOU CAN'T HANDLE REJECTION OR JEALOUSY, YOU CAN'T BE USED BY GOD, BECAUSE A SPIRITUAL MAN WILL ATTRACT BOTH