AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN    DISTRICT OF    TENNESSEE

| UNITED STATES OF AMERICA V. JEFFREY W. YOUNG, JR. | | | | | | EXHIBIT AND WITNESS LIST Case Number: 1:19-10040-001-JTF |
|---|---|---|---|---|---|---|
| PRESIDING JUDGE JOHN T. FOWLKES, JR. | | | | | | PLAINTIFF'S ATTORNEY Katherine Payerle, Andrew Pennebaker | DEFENDANT'S ATTORNEY Claiborne Ferguson |
| HEARING DATE(S): November 30, 2023 & March 18, 20204 | | | | | | COURT REPORTER Lashawn Marshall | COURTROOM DEPUTY Ross Herrin |
| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 11/30/2023 | | √ | √ | Patient by Patient Prescribing Summary |
| 2 | | 11/30/2023 | | √ | √ | Summary of Drug Weights & Names of Patients – Explanation for Inclusion |
| 3 | | 11/30/2023 | | √ | √ | From Rudin Plea Calculations – June 2016 to January 2017 |
| 4 | | 11/30/2023 | | √ | √ | Expert Witness Statement by Tricia Aultman, MD  04/18/2019 |
| 5 | | 11/30/2023 | | √ | √ | TBI Investigative Report & Expert Witness Statement by Tricia Aultman, MD 01/30/2018 |
| | 6 | 03/18/2024 | | √ | √ | Affidavit |
| | √ | 03/18/2024 | √ | | | Andy Azbill |
| | √ | 03/18/2024 | √ | | | Barbara K. Blankenship |
| | √ | 03/18/2024 | √ | | | Jeffrey Walter Young, Sr. |
| | | | | | | *s/Ross Herrin* D.C.   March 18, 2024 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     1     Pages