# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**vs.**                                                                 **No. 1:19-cr-10040-JTF-1**

**JEFFREY YOUNG,**
**Defendant.**

___

## MOTION FOR EXTENSION OF TIME TO REPLY
___

Comes now, Defendant by and through his counsel, Claiborne H. Ferguson, and Moves this Court to extend the time to reply to the Government's Response in Opposition to Defendant's Motion to Dismiss for Lack of Jurisdiction, granting an extension up to and including **5 April 2024**, and as grounds therefore states the following:

1. That Counsel has had a death in the family and will be out of town for the duration of the week.

2. That Counsel has contacted the AUSA assigned to this case and there are no objections to the extension.

WHEREFORE, the Appellant prays that the Court of Appeals grant an enlargement of time to file his brief until and including 5 April 2024.

**The**
**CLAIBORNE ⚜ FERGUSON**
**Law Firm, P.A**.
294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
Claiborne@midsouthcriminaldefense.com

/s/Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (BPR 20457)

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March 2024, I served a true and correct copy of the foregoing upon the person(s) listed below by the following method(s) of service:

[  ]  Depositing it in the U.S. mail, first class postage prepaid and properly addressed;
[  ]  Hand delivery;
[  ]  Facsimile transmission
[ **X** ]  Electronic Transmission - PACER

U.S. Department of Justice
Criminal Division, Fraud Section
202-257-5852

/s/Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (BPR 20457)