IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS ) | CR. NO. 1:19-10040-001-JTF |
| JEFFREY YOUNG ) | |
| Defendant ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO REPLY**

Before the Court is the Defendant's (re: de# 338) Motion for Extension of Time to Reply. After consideration by the Court and for good cause shown, the Defendant's Motion is GRANTED. The Defendant's time to reply is extended up to and including Friday the 5th day of April 2024.

It is so ORDERED, this the 26tht day of March, 2024.

*s/John T. Fowlkes, Jr.*
John T. Fowlkes, Jr.
United States District Court Judge