UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

---

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**vs.**      No. 1:19-cr-10040-JTF-1

**JEFFREY YOUNG,**
    **Defendant.**

---

**REPLY**

---

Comes now, Defendant by and through his counsel and Replies thus:

Counsel has reviewed the Government's Response (D.E. 337) and feels his position was well articulated in the Motion to Dismiss with incorporated memorandum of law (D.E. 333), especially in light of the arguments relating to the more recent Supreme Court precedence in *Gonzales v Oregon*, 546 U.S. 243 (2006) (which seems to overrule or abrogate *United States v Moore*, 423 U.S. 122 (1975) and the looming fall of the *Chevron/Auer* Deference. While Defendant disagrees with this Court's oral denial of his Motion to Dismiss from the bench at the sentencing hearing, Defendant respects the decision and preserves the issues raised in that motion for appeal.

Without waiving this or any other issue, Counsel would ask the Court to enter the judgment and Defendant will timely file his appeal.

**The**

**CLAIBORNE ✦ FERGUSON**

**Law Firm, P.A**.

294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
Claiborne@midsouthcriminaldefense.com


/ s/Claiborne H. Ferguson
CLAIBORNE H. FERGUSON BPR 20457)


CERTIFICATE OF SERVICE


      I hereby certify that on this 4th day of April 2024, I served a true and correct copy of the foregoing upon the person(s) listed below by the following method(s) of service:

[     ] Depositing it in the U.S. mail, first class postage prepaid and properly addressed;
[     ] Hand delivery;
[     ] Facsimile transmission
[  **X**] Electronic Transmission - PACER


/ s/ Claiborne H. Ferguson