# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 1:19-cr-10040 |
| | ) |
| JEFFREY YOUNG, | ) |
|    Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Jeffrey Young, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the denial of his pre-trial motions, trial error, and final judgment entered in this action on the 19th day of April 2024.

Respectfully submitted,

The
CLAIBORNE ✸ FERGUSON
Law Firm, P.C.
294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
claiborne101@yahoo.com

s/ Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (20457)
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via the Court's electronic filing system, this the 29th day of April 2024.

s/Claiborne H. Ferguson
CLAIBORNE H. FERGUSON