1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

_____
                                    |
UNITED STATES OF AMERICA,           |
                                    |
          Plaintiff,                |
                                    |
vs.                                 |   NO. 19-CR-10040
                                    |
JEFFREY W. YOUNG, JR.,              |
                                    |
          Defendant.                |
_____


TRANSCRIPT OF THE JURY TRIAL

BEFORE THE HONORABLE JOHN T. FOWLKES

AFTERNOON SESSION

GOVERNMENT'S OPENING STATEMENT


MONDAY

MARCH 27, 2023


TINA DuBOSE GIBSON, RPR
OFFICIAL REPORTER
FOURTH FLOOR FEDERAL BUILDING
MEMPHIS, TENNESSEE 38103

**UNREDACTED TRANSCRIPT**

1                    A P P E A R A N C E S

2


3          Appearing on behalf of the Government:

4                  KATHERINE PAYERLE
                   ANDREW PENNEBAKER
5                  United States Department of Justice
                   Fraud Section
6                  1400 New York Avenue, NW
                   Washington, DC 20530
7                  (202) 341-4227
                   katherine.payerle@usdoj.gov
8                  andrew.pennebaker@usdoj.gov

9

          Appearing on behalf of the Defendant:
10
                   CLAIBORNE H. FERGUSON
11                 RAMON DAMAS
                   The Claiborne Ferguson Law Firm, PA
12                 294 Washington Avenue
                   Memphis, Tennessee 38103
13                 (901) 529-6400
                   claiborne@midsouthcriminaldefense.com
14                 ramon@midsouthcriminaldefense.com

15

16

17

18

19

20

21

22

23

24

25


**UNREDACTED TRANSCRIPT**

3

MONDAY

MARCH 27, 2023

----------------------

THE COURT:  All right.  Thank you, Mr. Ferguson.

We are going to go ahead and proceed with opening statements at this time.  And so it will be -- the Government, you may proceed.

MR. PENNEBAKER:  Andrew Pennebaker for the government, Your Honor.  We have a few slides that I've shared with Mr. Ferguson.  I don't think that there's any objection.

THE COURT:  Is that correct, Mr. Ferguson?

MR. FERGUSON:  That's correct.

THE COURT:  If there's any objection, just let me know.

You may go ahead and proceed.

MR. PENNEBAKER:  Members of the jury, first, I want to echo what Judge Fowlkes has said repeatedly about your time and how everyone at these tables is so grateful for you taking time out of your lives to come and decide this matter that's so important to the stakeholders here.  Thank you for helping justice to be done in the United States of America.  It's such a huge part of what makes our country great, and we appreciate it.

**UNREDACTED TRANSCRIPT**

1          Medical professionals hold a special position of

2   trust in our communities.  They're trusted to care for the

3   sick.  They're trusted to be healers.  As a family nurse

4   practitioner in Jackson, Tennessee, that's how the defendant,

5   Jeff Young, held himself out in his community.  But the

6   evidence will show that the defendant used his position of

7   trust and his power to prescribe dangerous drugs like opioids

8   for other purposes:  To get sex, to get fame and to get money

9   as the Rock Doc, a character the defendant invented for

10   himself and then shopped to major networks hoping to land a

11   reality TV series where he was the star.

12          And what you see behind me are screenshots from

13   that effort set at the defendant's PREVENTAGENIX clinic.

14   You're going to see some of that footage during the trial.

15   That and the other evidence you'll hear in this case will

16   show how Jeff Young's friends, his girlfriends, his

17   hangers-on and others, who had something he wanted, could

18   come to PREVENTAGENIX and get the prescriptions they wanted

19   from the so-called Rock Doc, how that was particularly true

20   if they were young and female.  And you'll hear how the

21   prescriptions these patients wanted were for what are called

22   "controlled substances."

23          You've heard a little bit about that already.

24   These are drugs that have medical uses but also a high

25   potential for abuse.  And they include opioids like

**UNREDACTED TRANSCRIPT**

1   oxycodone, hydrocodone and even fentanyl, one of the

2   strongest and most dangerous narcotics out there.

3          In addition to opioids, you'll hear about other

4   types of controlled drugs the defendant prescribed.  Drugs

5   used to treat muscle spasms, like, carisoprodol, also known

6   as Soma; drugs needed to treat anxiety, like, alprazolam,

7   also known as Xanax and clonazepam, also known as Klonopin;

8   and stimulant drugs used to treat attention disorders like

9   Adderall.  You'll hear how these drugs can be deadly.  You'll

10  hear how they can get people hooked.  They can ruin lives and

11  families.  So under most circumstances, they are illegal to

12  posses and distribute.

13         The difficulty, though, is some of them have

14  legitimate medical purposes.  And so our laws entrust people

15  with special training, doctors, nurse practitioners, like the

16  defendant, with the important job of making sure they are

17  only used to -- only used and distributed when they are

18  legitimately needed for a medical purpose.  And if they

19  aren't, if someone uses or distributes them for some other

20  purpose to get high, to get sex, to get famous, then they're

21  not practicing medicine.  They're just dealing drugs.  And

22  that's true even if someone has a license as a nurse or wears

23  a stethoscope.  Drug dealing is still illegal.

24         You'll hear evidence that the defendant's

25  prescribing at PREVENTAGENIX often had nothing do with the

**UNREDACTED TRANSCRIPT**

```
 1    standard of medical care.  He used his position of trust and
 2    that prescribing power in the pursuit of sex, fame and money.
 3    Ladies and gentlemen, here's how those three things -- sex,
 4    fame and money -- fueled what happened at PREVENTAGENIX.
 5              First, you'll hear how Jeff Young used his
 6    prescription pad to get sex.  How he would ply women who were
 7    half his age with prescriptions for powerful, addictive
 8    opioids like oxycodone and even fentanyl, how he prescribed
 9    other addictive drugs along with these opioids increasing the
10    potential danger.  And how he used these woman for sexual
11    gratification often right there in his office at
12    PREVENTAGENIX.
13              You'll hear how Jeff Young's prescribing fed
14    addictions, how families tried to warn the defendant that
15    their loved ones were abusing or selling the medications and
16    that oftentimes he just ignored these warnings.
17              You'll see evidence from the defendant's cell
18    phone and social media accounts obtained by investigators
19    through search warrants how Young groomed women seeking pills
20    from him.
21              Before the Government rests, you'll hear from
22    Tennessee Bureau of Investigation Agent Demarcus Scales
23    sitting here at counsel table with us.  He'll walk you
24    through examples of some of this.  And Ms. Payerle gave you a
25    fair warning, I think, that some of this evidence is
```

**UNREDACTED TRANSCRIPT**

1   explicit.

2          Agent Scales will show you how the instant

3   message conversations in white matched or corresponded with

4   data in gray from what's called the state's prescription

5   monitoring program or the CSMD database.  You'll hear about

6   CSMD.  The CSMD database is where pharmacies report what

7   controlled drugs they dispense to whom.

8          In this one, the defendant describes 270 pills of

9   the powerful opioid hydrocodone to a woman in a three-month

10  period.  During the same time, Jeff Young exchanges explicit

11  images with the woman.  At one point asking her, whether I

12  need to prepare my office and instructing her, wear a short

13  skirt and no panties, to which she says, yes, sir.

14          Here's another example where Young's exchanging

15  explicit images with a different woman as he prescribed

16  oxycodone to her in large quantities.  At some point the

17  woman asks for another frequently abused drug by name, the

18  muscle relaxer, Soma.  Doc, you seriously going to put me

19  back on Soma.  So what happens?  The Rock Doc prescribes.

20  And afterwards she thanks him for taking care of her.  Not

21  with just the sex and satisfaction, but the Soma.  Couldn't

22  be clearer.

23          You'll hear from Agent Scales about many other

24  woman who received prescriptions from Young for opioids and

25  other drugs at or near the time exchanges like these took

**UNREDACTED TRANSCRIPT**

1   place.  These are a couple of examples of many.  So that's

2   the sex.

3           Then there's the fame that the Rock Doc wanted.

4   Overprescribing to addicts serve another important purpose

5   for Jeff Young.  To him, it meant a large and devoted fan

6   base.  You'll hear how Young wanted to be famous so badly

7   that he created and paid a professional production company to

8   help him create and promote RockDoc TV.  The evidence will

9   show that at the height of his prescribing at PREVENTAGENIX

10  Young was convinced that he had obtained the celebrity status

11  he wanted.  And in Jackson maybe he had.  You'll hear how

12  this is a real flyer that the defendant created because he

13  wanted to give back to his fans, to give them a chance to

14  sail away with the Rock Doc.

15          The evidence will show that the defendant wanted

16  a large and devoted fan base to combat what he called "his

17  haters."  You'll hear that he thought there were people out

18  to get him, people like his ex-wife, former business

19  partners, employees, nursing board, whoever, that he believed

20  were jealous of him or didn't believe in his rock and roll

21  lifestyle.

22          You'll hear a recording where the defendant tells

23  an investigator with the nursing board that all of the

24  complaints about him are really just a witch hunt.  After the

25  evidence is in, you'll be the judges of that.

**UNREDACTED TRANSCRIPT**

1          Finally, there's money.  Jeff Young inspired to

2  be rich so he packed PREVENTAGENIX with more and more people

3  by prescribing more and more drugs.  And you'll hear that the

4  wait to see Young at PREVENTAGENIX got longer and longer as

5  more and more drug seekers became customers.  You'll hear

6  that a steady stream of pain patients was actually part of

7  his business plan.  The defendant's overprescribing meant

8  more patients, and, theoretically, more patients meant more

9  money.  So he prescribed over a million pills in a two-year

10  period.

11          Now, money wasn't the only form of payment the

12  defendant accepted.  You'll see evidence that Jeff Young used

13  what he called the "barter system" at PREVENTAGENIX.  The

14  defendant wrote prescriptions for controlled drugs for tattoo

15  artists, members of famous rock bands and owners of local

16  clubs.  He even had what he called his "body guards."  Of

17  course, he didn't pay them with money.  They were receiving

18  scripts.  They were to protect him from his so-called haters.

19          You'll see evidence that he would write

20  prescriptions for these people without consults, without an

21  office visit, even if they failed drug screens.  And in the

22  face of other signs, the pills he prescribed were being

23  abused.

24          The evidence will show that if you had something

25  the Rock Doc wanted, there was literally a different door

**UNREDACTED TRANSCRIPT**

1  into his clinic for you.  Here's an example you'll see of an

2  exchange between Jeff Young and a famous musician.  The

3  evidence will show that by the time of this exchange, the

4  defendant had already started prescribing him Adderall, a

5  powerful stimulant.  When the rock star asked Jeff Young how

6  to get his Adderall prescription refilled, the defendant

7  responds by asking him to come into PREVENTAGENIX to get a

8  prescription.  He really needs to establish a chart.  You'll

9  hear that establishing a chart is what you're supposed to do

10  before you prescribe a drug like Adderall.

11       The evidence will show that Rock Doc would break

12  the rules for what he called his VIPs.  So after telling his

13  client he needs to come in this time, the defendant assures

14  him, we'll bring you in through the VIP entrance.  That's the

15  way the Grizz executives do it and my other high end clients.

16  We have a discreetness policy.  Special door for you if

17  you're VIP.

18       Members of the jury, I want to pause here to make

19  something very clear, and it's important that you understand

20  this and keep it in mind.  Jeff Young is not now and will

21  never be on trial because he liked to have sex with women or

22  because he has tattoos or because he lived a rock and roll

23  lifestyle or because he wanted to be famous.  We all know

24  that none of that is illegal.  We set aside our biases in

25  that regard.

**UNREDACTED TRANSCRIPT**

1    He's here because the evidence will show that he

2  used his power to prescribe controlled substances in order to

3  get those things when they weren't medically necessary.  This

4  is a case about whether the defendant prescribed outside the

5  scope of professional practice and without a legitimate

6  medical purpose.  That's what this case is about.

7    So I want to be clear that your job after you

8  hear all the evidence, is to decide whether the Government

9  has proven that Jeff Young broke the law in the ways charged

10  in the indictment.  I would review those charges with you,

11  but you all probably -- you've heard them, I think, now three

12  times.  And so I'm not going to do that again.  I'm just

13  going to cut to how the Government is going to prove these

14  very serious federal crimes.

15    Let's talk about what the Government is going to

16  introduce.  It's going to take several forms.  Some of it

17  you've already heard about.  Some of it you just saw like

18  text messages.  There will be documents, photographs,

19  recordings, and you'll hear from several kinds of witnesses.

20  The judge talked to you a bit about hearing from the

21  witnesses and the credibility of the witnesses.

22    First, you'll hear from experts.  Dr. Tricia

23  Aultman and Nurse Natalie Seabolt will tell you these drugs

24  were distributed outside the scope of professional practice

25  and without a legitimate medical purpose.  We will walk you

**UNREDACTED TRANSCRIPT**

through the evidence so you can see why these prescriptions
were improper and illegal.

They'll tell you how Jeff Young's controlled drug
prescribing often lacked any legitimate medical purpose at
all.  And Dr. Aultman will talk to you about the specific
patient files, including Hope Rogers.  And that's the woman
to whom the defendant prescribed while she was pregnant.

You'll also hear from Ms. Rogers, a maternal
fetal medicine specialist, who treated her during her
pregnancy because she was considered high risk because she
was on opioids and other controlled drugs prescribed by the
defendant.  He'll tell you that he tried to get Ms. Rogers
weaned off because of the harm that the opioids could do to
her unborn child, ███████, to no avail thanks to the
defendant.

You'll hear from what I call insiders, people who
worked in and around PREVENTAGENIX, people who were there to
witness the events unfold.  You'll hear from the defendant's
first office manager, who will tell you how in the beginning,
Jeff Young seemed to want to help people.  She'll tell you
that's why she followed him to PREVENTAGENIX from her
previous job, that she even had her parents come in and see
him as patients.  But she'll tell you how over time things
spiraled, and the defendant got more and more out of
control.  When she tried to pump the brakes on the

**UNREDACTED TRANSCRIPT**

1    prescribing, Jeff Young fired her.

2              You'll hear from other employees at the clinic

3    about how the defendant would write anyone that worked there

4    whatever they wanted.  No office visit necessary.  No

5    questions asked.

6              And you'll see that most of the PREVENTAGENIX

7    employees were, in fact, getting controlled drugs in this

8    way, in care of Jeff Young.  You'll hear how employees would

9    dismiss patients for failing drug screens, but Jeff Young

10   would bring them back.

11             Jeff Young's former employees will tell you how

12   they saw women come in through the back door of PREVENTAGENIX

13   and enter Young's private office during clinic hours, how

14   they could sometimes hear them having sex and that it wasn't

15   uncommon for these women to leave Young's office with a

16   prescription without setting foot in an exam room.

17             You'll hear things like office group chats, and

18   you'll see them between the defendant and his PREVENTAGENIX

19   employees.  They'll point out when it was tap-that-ass

20   Tuesday or tap-that-ass Thursday, a reference to the sex the

21   defendant would have in his office.

22             Then there are the real patients, drug addicts

23   like Hope Rogers who Young prescribed opioids and Xanax

24   knowing she was pregnant, knowing she was running out of

25   those medications too fast, knowing the risk to Ms. Roger's

1    unborn child, ███████████.  And you'll hear about Trisha

2    Stansell, the opioid addicted mother of one of Mr. Young's

3    employees.  You'll hear that even after that employee warned

4    Jeff Young that her mom was a drug seeker, Young prescribed

5    her opioids and other drugs more powerful and in a higher

6    quantity than Ms. Stansell had ever received before.

7              Finally, you'll hear from current and former law

8    enforcement officers and oversite personnel.  I've already

9    mentioned the TBI agent Demarcus Scales sitting with us here.

10   We'll walk you through some of what Jeff Young said in

11   instant messages at the same time he was prescribing to

12   sexual partners, what he called VIPs.

13             In addition, you'll go inside the exam room,

14   because you're going to see video footage captured by two

15   female agents acting undercover who went and saw the

16   defendant.  You'll see how Jeff Young interacts with him, and

17   pay attention to that, how he talks more about RockDoc TV

18   than he does about their medical issues.

19             You'll see how he doesn't bat an eye about seeing

20   them both at the same time, same consult.  They'll tell you

21   they were perfectly healthy at the time.  Yet, Jeff Young

22   started one of them on oxycodone and then added fentanyl,

23   fentanyl, at her request by the time of her third visit.  She

24   was in her 20s at the time.

25             Remember how I mentioned earlier that Jeff Young

**UNREDACTED TRANSCRIPT**

1   was investigated by the nursing board, how he called it a

2   witch hunt.  We'll hear recordings of Jeff Young meeting with

3   the nursing board, Investigator Shirley Pickering.  And

4   you'll hear him claim to her that he was following all the

5   rules.

6          You'll hear other witnesses tell you that Jeff

7   Young made similar claims to deceive his supervising

8   physicians.  You see, the defendant is not actually a doctor.

9   He's a nurse practitioner.  And in Tennessee, a nurse

10  practitioner like the defendant has to have a supervising

11  physician.  Also, called a preceptor, to review and sign off

12  on his practice's charts.  It's a type of oversight.

13         You'll hear how Jeff Young didn't like being

14  supervised, so he cycled through supervising physicians until

15  he found one of his buddies who was willing to do it from out

16  of state.  You'll hear how Jeff Young called his out-of-state

17  buddy the perfect preceptor.

18         In the end less supervision and covering up and

19  concealing the truth about what was happening inside

20  PREVENTAGENIX, what he was doing with his prescription pad,

21  meant Jeff Young could continue to use his prescription pad

22  to get what the evidence will show he really wanted, what he

23  wanted more than anything else, sex, fame, money.

24         Members of the jury, when the evidence is in,

25  you'll be asked to decide whether the defendant committed

**UNREDACTED TRANSCRIPT**

1  each of the crimes that his honor and my colleague told you

2  about beyond a reasonable doubt.  And when the case is over,

3  my colleagues and I will have a chance to come up here and

4  address you again; and at that time, we will ask you for the

5  only verdict supported by this evidence:  Guilty on all

6  counts.  Thank you.

7              (Government opening statement concluded.)

**UNREDACTED TRANSCRIPT**

1                          **C E R T I F I C A T E**

2

3

4               I, TINA DuBOSE GIBSON, do hereby certify that the

5      foregoing 16 pages are, to the best of my knowledge, skill

6      and abilities, a true and accurate transcript from my

7      stenotype notes of the trial held on the 27th day of

8      March, 2023, in the matter of:

9

10

11     UNITED STATES OF AMERICA

12     vs.

13     JEFFREY W. YOUNG, JR.

14

15     Dated this 30th day of April, 2024.

16

17

18

19                          S/Tina DuBose Gibson

20                          _____
                            TINA DuBOSE GIBSON, RPR
21                          Official Court Reporter
                            United States District Court
22                          Western District of Tennessee

23

24

25

**UNREDACTED TRANSCRIPT**