IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

UNITED STATES OF AMERICA,      )
                               )
     Plaintiff,                )
                               )
v.                             )     No. 1:19-10040-001-JTF-jay
                               )
JEFFREY W. YOUNG, JR.,         )
                               )
     Defendant.                )
_____

ORDER OF REFERENCE
_____


     Defendant's Motion to Declare Indigent for Appeal (DE# 344)

are hereby referred to Magistrate Judge, Jon A. York for

determination.


     IT IS SO ORDERED THIS 13th DAY OF May, 2024.


                              s/John T. Fowlkes, Jr.
                         UNITED STATES DISTRICT JUDGE